UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

In re: Proton Pump Inhibitor Products Liability Litigation

Case No.: 1:17-MD-2789 (CCC)(MF)

## NOTICE OF APPEARANCE

TO THE CLERK AND ALL PARTIES OF RECORD:

Daniel R. Lapinski, Esq., of the law offices of Wilentz, Goldman & Spitzer, P.A., hereby enters a Notice of Appearance on behalf of all Plaintiffs as a member of the Plaintiffs' Steering Committee.

Dated: September 5, 2017

Respectfully submitted,

/s/ Daniel R. Lapinski
Daniel R. Lapinski
WILENTZ, GOLDMAN & SPITZER, P.A.
90 Woodbridge Center Drive, Box 10
Woodbridge, N.J. 07095
dlapinski@wilentz.com
Tele.: 732.636.8000
Fax.: 732.726.4735

#9451500.1

## CERTIFICATION OF FILING AND SERVICE

I hereby certify that on the 5th day of September, 2017, a copy of a Notice of Appearance on behalf of all Plaintiffs as a member of the Plaintiffs' Steering Committee was filed via Electronic Case Filing. Notice of this filing will be sent to all parties via the Court's Electronic Case Filing System.

_____
Daniel R. Lapinski