# UNITED STATES DISTRICT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: PROTON-PUMP INIDBITOR<br>PRODUCTS LIABILITY LITIGATION (NO. II)<br><br>This Document Relates To:<br><br>Anthony Hornfeck v. AstraZeneca Pharmaceuticals LP; et al.<br>2:17-cv-05809 (CCC)(MF) | 17-md-2789 (CCC)(MF)<br>(MDL 2789) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: Plaintiff Anthony Hornfeck.

Date: September 6, 2017

Respectfully submitted,

By: ___Danielle Gold___
Danielle M. Gold (025282012)

Weitz & Luxenberg, P.C.
700 Broadway
New York, NY 10003
Tel.: (212) 558-5500
Fax: (212) 344-5461
dgold@weitzlux.com

## CERTIFICATION OF SERIVCE

I hereby certify that a copy of the above and foregoing was filed with the Clerk of the Court using the CM/ECF system this 6th day of September 2017, thereby giving notice to all counsel of record.

/s/ Danielle M. Gold