# EXHIBIT B

## In re: Proton Pump Inhibitor Products Liability Litigation (No. II)

### List of Pending State Court Cases

As of September 8, 2017

Total Number of Pending Cases: 133

| Master Count | Case Caption | State Where Case is Pending | Court/Cause No. | Judge/ Magistrate | Active Named Defendants | Plaintiff Counsel | Defense Counsel | Case Status |
|---|---|---|---|---|---|---|---|---|
| 1. | Abaya-Cruz, Roseanne v. AstraZeneca Pharmaceuticals LP, et al. | DE | Superior Court of the State of DE N17C-07-272 | John A. Parkins, Jr. | AstraZeneca only | Napoli Shkolnik, LLC & Bernstein Liebhard LLP | McCarter & English LLP | Consolidated. 9/5/17 Initial Status Conference No Discovery conducted. |

| Master Count | Case Caption | State Where Case is Pending | Court/Cause No. | Judge/ Magistrate | Active Named Defendants | Plaintiff Counsel | Defense Counsel | Case Status |
|---|---|---|---|---|---|---|---|---|
| 2. | Abraham, Richard v. AstraZeneca Pharmaceuticals LP, et al. | DE | Superior Court of the State of DE N17C-05-258 | John A. Parkins, Jr. | 1. AstraZeneca 2. Takeda 3. Pfizer | Napoli Shkolnik, LLC | 1. AZ-McCarter & English LLP 2. Takeda - Potter Anderson & Corroon LLP; Tucker Ellis LLP 3. Pfizer-DLA Piper LLP (US) | Consolidated. 9/5/17 Initial Status Conference No Discovery conducted. |
| 3. | Alexander, Brenda H. v. AstraZeneca Pharmaceuticals LP, et al. | DE | Superior Court of the State of DE N17C-05-597 | John A. Parkins, Jr. | 1. AstraZeneca 2. Wyeth 3. Pfizer | Napoli Shkolnik, LLC | 1. AZ-McCarter & English LLP 2. Pfizer and Wyeth-DLA Piper LLP (US) | Consolidated. 9/5/17 Initial Status Conference No Discovery conducted. |

2

| Master Count | Case Caption | State Where Case is Pending | Court/Cause No. | Judge/ Magistrate | Active Named Defendants | Plaintiff Counsel | Defense Counsel | Case Status |
|---|---|---|---|---|---|---|---|---|
| 4. | Anderson, Ivan A. v. AstraZeneca Pharmaceuticals LP, et al. | DE | Superior Court of the State of DE N17C-03-235 | John A. Parkins, Jr. | 1. AstraZeneca 2. Procter & Gamble 3.Valiant Pharmaceuticals | Napoli Shkolnik, LLC | AZ-McCarter & English LLP | Consolidated. 9/5/17 Initial Status Conference No Discovery conducted. |
| 5. | Anderson, Ronald W. v. AstraZeneca Pharmaceuticals LP, et al. | DE | Superior Court of the State of DE N17C-06-237 | John A. Parkins, Jr. | AstraZeneca only | Napoli Shkolnik, LLC | McCarter & English LLP | Consolidated. 9/5/17 Initial Status Conference No Discovery conducted. |
| 6. | Armand, Faye v. AstraZeneca Pharmaceuticals LP, et al. | DE | Superior Court of the State of DE N17C-03-126 | John A. Parkins, Jr. | AstraZeneca only | Napoli Shkolnik, LLC | McCarter & English LLP | Consolidated. 9/5/17 Initial Status Conference No Discovery |

| Master Count | Case Caption | State Where Case is Pending | Court/Cause No. | Judge/ Magistrate | Active Named Defendants | Plaintiff Counsel | Defense Counsel | Case Status |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | conducted. |
| 7. | Atkins, Douglas v. AstraZeneca Pharmaceuticals LP, et al. | DE | Superior Court of the State of DE N17C-03-1650 | John A. Parkins, Jr. | 1. AstraZeneca 2. Procter & Gamble | Napoli Shkolnik, LLC | AZ-McCarter & English LLP | Consolidated. 9/5/17 Initial Status Conference No Discovery conducted. |
| 8. | Babston, Zane v. AstraZeneca Pharmaceuticals LLP | DE | Superior Court of the State of DE N17C-07-293 | John A. Parkins, Jr. | AstraZeneca only | Napoli Shkolnik, LLC | McCarter & English LLP | Consolidated. 9/5/17 Initial Status Conference No Discovery conducted. |

| Master Count | Case Caption | State Where Case is Pending | Court/Cause No. | Judge/ Magistrate | Active Named Defendants | Plaintiff Counsel | Defense Counsel | Case Status |
|---|---|---|---|---|---|---|---|---|
| 9. | Barkie, Yvonne (deceased) (filed by Joseph C. Barkie) v. AstraZeneca Pharmaceuticals LP, et al. | DE | Superior Court of the State of DE N17C-06-394 | John A. Parkins, Jr. | AstraZeneca only | Napoli Shkolnik, LLC | McCarter & English LLP | Consolidated. 9/5/17 Initial Status Conference No Discovery conducted. |
| 10. | Barnett, Chester (brought by Janie Shearer) v. AstraZeneca Pharmaceuticals LP, et al. | DE | Superior Court of the State of DE N17C-06-204 | John A. Parkins, Jr. | 1. AstraZeneca 2. Procter & Gamble 3. Pfizer 4. Wyeth 5. GlaxoSmithKline | Napoli Shkolnik, LLC | AZ-McCarter & English LLP GSK-Reed Smith LLP Pfizer and Wyeth-DLA Piper LLP (US) | Consolidated. 9/5/17 Initial Status Conference No Discovery conducted. |

| Master Count | Case Caption | State Where Case is Pending | Court/Cause No. | Judge/ Magistrate | Active Named Defendants | Plaintiff Counsel | Defense Counsel | Case Status |
|---|---|---|---|---|---|---|---|---|
| 11. | Baughman, Tracy v. AstraZeneca Pharmaceuticals LP, et al. | DE | Superior Court of the State of DE NC17C-04-287 | John A. Parkins, Jr | AstraZeneca only | Napoli Shkolnik, LLC | McCarter & English LLP | Consolidated. 9/5/17 Initial Status Conference No Discovery conducted. |
| 12. | Bell, Carolyn v. AstraZeneca Pharmaceuticals LP, et al. | DE | Superior Court of the State of DE N17C-06-337 | John A. Parkins, Jr. | 1. AstraZeneca 2. Pfizer 3. Wyeth 4. Salix 5. Takeda | Napoli Shkolnik, LLC | 1. AZ-McCarter & English LLP 2. Pfizer-DLA Piper LLP (US) 3. Wyeth-DLA Piper LLP (US) 4. Salix 5. Takeda-Potter Anderson & Corroon LLP; Tucker Ellis LLP | Consolidated. 9/5/17 Initial Status Conference No Discovery conducted. |

| Master Count | Case Caption | State Where Case is Pending | Court/Cause No. | Judge/ Magistrate | Active Named Defendants | Plaintiff Counsel | Defense Counsel | Case Status |
|---|---|---|---|---|---|---|---|---|
| 13. | Cabanas, Jr., Albert v. AstraZeneca Pharmaceuticals LP, et al. | DE | Superior Court of the State of DE N17C-05-259 | John A. Parkins, Jr. | 1. AstraZeneca 2. Pfizer 3. Wyeth 4. Takeda | Napoli Shkolnik, LLC | 1. AZ- McCarter & English LLP 2. Pfizer-DLA Piper LLP (US) 3. Wyeth-DLA Piper LLP (US) 4. Takeda- Potter Anderson & Corroon LLP; Tucker Ellis LLP | Consolidated. 9/5/17 Initial Status Conference No Discovery conducted. |
| 14. | Cain, Lottie R. v. AstraZeneca Pharmaceuticals LP, et al. | DE | Superior Court of the State of DE N17C-04-336 | John Al Parkins, Jr. | 1. AstraZeneca 2. Pfizer, Inc. 3. Salix Pharmaceuticals | Napoli Shkolnik, LLC | 1. AZ- McCarter & English LLP 2. Pfizer-DLA Piper LLP (US) | Consolidated. 9/5/17 Initial Status Conference No Discovery conducted. |

| Master Count | Case Caption | State Where Case is Pending | Court/Cause No. | Judge/ Magistrate | Active Named Defendants | Plaintiff Counsel | Defense Counsel | Case Status |
|---|---|---|---|---|---|---|---|---|
| 15. | Celestino, Leticia v. AstraZeneca Pharmaceuticals LP, et al. | DE | Superior Court of the State of DE N17C-06-283 | John A. Parkins, Jr. | 1. AstraZeneca 2. Pfizer 3. Wyeth | Napoli Shkolnik, LLC | 1. AZ-McCarter & English LLP 2. Pfizer-DLA Piper LLP (US) | Consolidated. 9/5/17 Initial Status Conference No Discovery conducted. |
| 16. | Chapman, Deborah v. AstraZeneca Pharmaceuticals LP, et al. | DE | Superior Court of the State of DE N17C-04-320 | John A. Parkins, Jr | 1. AstraZeneca 2. Pfizer, Inc. | Napoli Shkolnik, LLC | 1. AZ-McCarter & English LLP 2. Pfizer-DLA Piper LLP (US) | Consolidated. 9/5/17 Initial Status Conference No Discovery conducted. |

8

| Master Count | Case Caption | State Where Case is Pending | Court/Cause No. | Judge/ Magistrate | Active Named Defendants | Plaintiff Counsel | Defense Counsel | Case Status |
|---|---|---|---|---|---|---|---|---|
| 17. | Cook, Mildred v. AstraZeneca Pharmaceuticals LP, et al. | DE | Superior Court of the State of DE  N17C-06-319 | John A. Parkins, Jr. | AstraZeneca only | Napoli Shkolnik, LLC | McCarter & English LLP | Consolidated.  9/5/17 Initial Status Conference  No Discovery conducted. |
| 18. | Copeland, Gregory v. AstraZeneca Pharmaceuticals LP, et al. | DE | Superior Court of the State of DE  N17C-03-1652 | John A. Parkins, Jr. | 1. AstraZeneca 2. Takeda | Napoli Shkolnik, LLC | 1. AZ- McCarter & English LLP  2. Takeda- Potter Anderson & Corroon LLP; Tucker Ellis LLP | Consolidated.  9/5/17 Initial Status Conference  No Discovery conducted. |
| 19. | Crain, Myrtle v. AstraZeneca Pharmaceuticals LP, et al. | DE | Superior Court of the State of DE  N17C-05- | John A. Parkins, Jr. | 1. AstraZeneca 2. Pfizer, Inc. | Napoli Shkolnik, LLC | 1. AZ- McCarter & English LLP  2. Pfizer- DLA Piper LLP | Consolidated.  9/5/17 Initial Status Conference |

| Master Count | Case Caption | State Where Case is Pending | Court/Cause No. | Judge/ Magistrate | Active Named Defendants | Plaintiff Counsel | Defense Counsel | Case Status |
|---|---|---|---|---|---|---|---|---|
| | | | 025 | | | | (US) | No Discovery conducted. |
| 20. | Creech, Beulah v. AstraZeneca Pharmaceuticals LP, et al. | DE | Superior Court of the State of DE N17C-05-247 | John A. Parkins, Jr. | 1. AstraZeneca 2. Procter & Gamble 3. Wyeth 4. Takeda 5. Pfizer | Napoli Shkolnik, LLC | 1. AZ-McCarter & English LLP 2. Procter & Gamble 3. Pfizer and Wyeth-DLA Piper LLP (US) 4. Takeda-Potter Anderson & Corroon LLP; Tucker Ellis LLP | Consolidated. 9/5/17 Initial Status Conference No Discovery conducted. |
| 21. | Cutler, Dennis S. and Melodie v. AstraZeneca Pharmaceuticals LP, et al. | DE | Superior Court of the State of DE N17C-04-322 | John A. Parkins, Jr | 1. AstraZeneca 2. Pfizer, Inc. | Napoli Shkolnik, LLC | 1. AZ-McCarter & English LLP 2. Pfizer-DLA Piper LLP (US) | Consolidated. 9/5/17 Initial Status Conference No Discovery conducted. |

10

| Master Count | Case Caption | State Where Case is Pending | Court/Cause No. | Judge/ Magistrate | Active Named Defendants | Plaintiff Counsel | Defense Counsel | Case Status |
|---|---|---|---|---|---|---|---|---|
| 22. | Davis, Carolyn F. v. AstraZeneca Pharmaceuticals LP, et al. | DE | Superior Court of the State of DE N17C-02-237 | John A. Parkins, Jr. | 1. AstraZeneca 2. Procter & Gamble 3. Wyeth 4. Pfizer, Inc. 5. Valeant Pharmaceuticals 6. Salix Pharmaceuticals | Napoli Shkolnik, LLC | 1. AZ-McCarter & English LLP 2. Pfizer and Wyeth-DLA Piper LLP (US) | Consolidated. 9/5/17 Initial Status Conference No Discovery conducted. |
| 23. | Davis, Mark v. AstraZeneca Pharmaceuticals LP, et al. | DE | Superior Court of the State of DE N17C-05-660 | John A. Parkins, Jr. | 1. AstraZeneca 2. Pfizer 3. Wyeth | Napoli Shkolnik, LLC | 1. AZ-McCarter & English LLP 2. Pfizer and Wyeth-DLA Piper LLP (US) | Consolidated. 9/5/17 Initial Status Conference No Discovery conducted. |

| Master Count | Case Caption | State Where Case is Pending | Court/Cause No. | Judge/ Magistrate | Active Named Defendants | Plaintiff Counsel | Defense Counsel | Case Status |
|---|---|---|---|---|---|---|---|---|
| 24. | Davis, Sandra v. AstraZeneca Pharmaceuticals LP, et al. | DE | Superior Court of the State of DE<br><br>N17C-05-270 | John A. Parkins, Jr. | 1. AstraZeneca<br>2. Procter & Gamble<br>3. Salix | Napoli Shkolnik, LLC | AZ-McCarter & English LLP | Consolidated.<br><br>9/5/17 Initial Status Conference<br><br>No Discovery conducted. |
| 25. | Derico, Mark and Mary v. AstraZeneca Pharmaceuticals LP, et al. | DE | Superior Court of the State of DE<br><br>N17C-05-657 | John A. Parkins, Jr. | AstraZeneca only | Napoli Shkolnik, LLC | McCarter & English LLP | Consolidated.<br><br>9/5/17 Initial Status Conference<br><br>No Discovery conducted. |

12

| Master Count | Case Caption | State Where Case is Pending | Court/Cause No. | Judge/ Magistrate | Active Named Defendants | Plaintiff Counsel | Defense Counsel | Case Status |
|---|---|---|---|---|---|---|---|---|
| 26. | Deringer, Dianna and William L. v. AstraZeneca Pharmaceuticals LP, et al. | DE | Superior Court of the State of DE N17C-06-115 | John A. Parkins, Jr. | AstraZeneca Only | Napoli Shkolnik, LLC | McCarter & English LLP | Consolidated. |
| 27. | Dolin, Bonnie S. v. AstraZeneca Pharmaceuticals LP, et al. | DE | Superior Court of the State of DE N17C-03-1689 | John A. Parkins, Jr. | AstraZeneca only | Napoli Shkolnik, LLC | McCarter & English LLP | Consolidated. 9/5/17 Initial Status Conference No Discovery conducted. |
| 28. | Eaglin, Henry F. v. AstraZeneca Pharmaceuticals LP, et al. | DE | Superior Court of the State of DE N17C-04-344 | John A. Parkins, Jr. | 1. AstraZeneca 2. Pfizer, Inc. | Napoli Shkolnik, LLC | 1. AZ-McCarter & English LLP 2. Pfizer -DLA Piper LLP (US) | Consolidated. 9/5/17 Initial Status Conference No Discovery conducted. |

13

| Master Count | Case Caption | State Where Case is Pending | Court/Cause No. | Judge/ Magistrate | Active Named Defendants | Plaintiff Counsel | Defense Counsel | Case Status |
|---|---|---|---|---|---|---|---|---|
| 29. | Edwards, Viola N. and Leon v. AstraZeneca Pharmaceuticals LP, et al. | DE | Superior Court of the State of DE  N17C-05-596 | John A. Parkins, Jr. | 1. AstraZeneca 2. Pfizer | Napoli Shkolnik, LLC | 1. AZ- McCarter & English LLP  2. Pfizer -DLA Piper LLP (US) | Consolidated.  9/5/17 Initial Status Conference  No Discovery conducted. |
| 30. | Eid, David v. AstraZeneca Pharmaceuticals LP, et al. | DE | Superior Court of the State of DE  N17C-06-234 | John A. Parkins, Jr. | AstraZeneca only | Napoli Shkolnik, LLC | McCarter & English LLP | Consolidated.  9/5/17 Initial Status Conference  No Discovery conducted. |

| Master Count | Case Caption | State Where Case is Pending | Court/Cause No. | Judge/ Magistrate | Active Named Defendants | Plaintiff Counsel | Defense Counsel | Case Status |
|---|---|---|---|---|---|---|---|---|
| 31. | Elizonda, Jr. Jose H. v. AstraZeneca Pharmaceuticals LP, et al. | DE | Superior Court of the State of DE N17C-06-241 | John A. Parkins, Jr. | AstraZeneca only | Napoli Shkolnik, LLC | McCarter & English LLP | Consolidated. 9/5/17 Initial Status Conference No Discovery conducted. |
| 32. | Epps, Tyna v. AstraZeneca Pharmaceuticals LP, et al. | DE | Superior Court of the State of DE N17C-07-081 | John A. Parkins, Jr. | AstraZeneca only | Napoli Shkolnik, LLC | McCarter & English LLP | Consolidated. 9/5/17 Initial Status Conference No Discovery conducted. |

15

| Master Count | Case Caption | State Where Case is Pending | Court/Cause No. | Judge/ Magistrate | Active Named Defendants | Plaintiff Counsel | Defense Counsel | Case Status |
|---|---|---|---|---|---|---|---|---|
| 33. | Fleming, Cathy v. AstraZeneca Pharmaceuticals LP, et al. | DE | Superior Court of the State of DE N17C-06-217 | John A. Parkins, Jr. | AstraZeneca only | Napoli Shkolnik, LLC | McCarter & English LLP | Consolidated. 9/5/17 Initial Status Conference No Discovery conducted. |
| 34. | Flowers, James W. (deceased) (brought by Sherrie L. Flowers) v. AstraZeneca Pharmaceuticals LP, et al. | DE | Superior Court of the State of DE N17C-07-170 | John A. Parkins, Jr. | AstraZeneca only | Napoli Shkolnik, LLC | McCarter & English LLP | Consolidated. 9/5/17 Initial Status Conference No Discovery conducted. |

| Master Count | Case Caption | State Where Case is Pending | Court/Cause No. | Judge/ Magistrate | Active Named Defendants | Plaintiff Counsel | Defense Counsel | Case Status |
|---|---|---|---|---|---|---|---|---|
| 35. | Frazier, John v. AstraZeneca Pharmaceuticals LP, et al. | DE | Superior Court of the State of DE N17C-06-227 | John A. Parkins, Jr. | 1. AstraZeneca 2. Pfizer 3. Wyeth | Napoli Shkolnik, LLC | 1. AZ-McCarter & English LLP 2. Pfizer -DLA Piper LLP (US) | Consolidated. 9/5/17 Initial Status Conference No Discovery conducted. |
| 36. | Gant, Magdaline v. AstraZeneca Pharmaceuticals LP, et al. | DE | Superior Court of the State of DE N17C-06-235 | John A. Parkins, Jr. | 1. AstraZeneca 2. Pfizer 3. Wyeth | Napoli Shkolnik, LLC | 1. AZ-McCarter & English LLP 2. Pfizer -DLA Piper LLP (US) | Consolidated. 9/5/17 Initial Status Conference No Discovery conducted. |

| Master Count | Case Caption | State Where Case is Pending | Court/Cause No. | Judge/ Magistrate | Active Named Defendants | Plaintiff Counsel | Defense Counsel | Case Status |
|---|---|---|---|---|---|---|---|---|
| 37. | Gardner, Edna P. v. AstraZeneca Pharmaceuticals LP, et al. | DE | Superior Court of the State of DE N17C-03-1699 | John A. Parkins, Jr. | 1. AstraZeneca 2. Takeda | Napoli Shkolnik, LLC | 1. AZ-McCarter & English LLP 2. Takeda - Potter Anderson & Corroon LLP; Tucker Ellis LLP | Consolidated. 9/5/17 Initial Status Conference No Discovery conducted. |
| 38. | Gerton, Bobby and Anita v. AstraZeneca Pharmaceuticals LP, et al. | DE | Superior Court of the State of DE N17C-07-016 | John A. Parkins, Jr. | 1. AstraZeneca 2. Procter & Gamble | Napoli Shkolnik, LLC | AZ-McCarter & English LLP | Consolidated. 9/5/17 Initial Status Conference No Discovery conducted. |

18

| Master Count | Case Caption | State Where Case is Pending | Court/Cause No. | Judge/ Magistrate | Active Named Defendants | Plaintiff Counsel | Defense Counsel | Case Status |
|---|---|---|---|---|---|---|---|---|
| 39. | Gibbs, A'Lydia M. v. AstraZeneca Pharmaceuticals LP, et al. | DE | Superior Court of the State of DE N17C-03-1695 | John A. Parkins, Jr. | 1. AstraZeneca 2. Procter & Gamble 3.Takeda | Napoli Shkolnik, LLC | 1. AZ-McCarter & English LLP 2. Procter & Gamble 3. Takeda-Potter Anderson & Corroon LLP; Tucker Ellis LLP | Consolidated. 9/5/17 Initial Status Conference No Discovery conducted. |
| 40. | Goins, Lonnie v. AstraZeneca Pharmaceuticals LP, et al. | DE | Superior Court of the State of DE N17C-04-319 | John A. Parkins, Jr | 1. AstraZeneca 2. Procter & Gamble | Napoli Shkolnik, LLC | AZ-McCarter & English LLP | Consolidated. 9/5/17 Initial Status Conference No Discovery conducted. |

19

| Master Count | Case Caption | State Where Case is Pending | Court/Cause No. | Judge/ Magistrate | Active Named Defendants | Plaintiff Counsel | Defense Counsel | Case Status |
|---|---|---|---|---|---|---|---|---|
| 41. | Gold, Gary v. Takeda Pharmaceuticals America, Inc., et al. | DE | Superior Court of the State of DE N17C-06-063 | John A. Parkins, Jr | Takeda only | Napoli Shkolnik, LLC | Takeda- Potter Anderson & Corroon LLP; Tucker Ellis LLP | Consolidated. 9/5/17 Initial Status Conference No Discovery conducted. |
| 42. | Gray, Susan v. AstraZeneca Pharmaceuticals LP, et al. | DE | Superior Court of the State of DE N17C-06-094 | John A. Parkins, Jr. | AstraZeneca only | Napoli Shkolnik, LLC | McCarter & English LLP | Consolidated. 9/5/17 Initial Status Conference No Discovery conducted. |

| Master Count | Case Caption | State Where Case is Pending | Court/Cause No. | Judge/ Magistrate | Active Named Defendants | Plaintiff Counsel | Defense Counsel | Case Status |
|---|---|---|---|---|---|---|---|---|
| 43. | Griffin, Mark A. and Bobbie L. v. AstraZeneca Pharmaceuticals LP, et al. | DE | Superior Court of the State of DE N17C-05-593 | John A. Parkins, Jr. | AstraZeneca only | Napoli Shkolnik, LLC | McCarter & English LLP | Consolidated. 9/5/17 Initial Status Conference No Discovery conducted. |
| 44. | Haas, Barry v. AstraZeneca Pharmaceuticals LP, et al. | DE | Superior Court of the State of DE N17C-06-229 | John A. Parkins, Jr. | 1. AstraZeneca 2. Salix 3. Santarus | Napoli Shkolnik, LLC | AZ-McCarter & English LLP | Consolidated. 9/5/17 Initial Status Conference No Discovery conducted. |

| Master Count | Case Caption | State Where Case is Pending | Court/Cause No. | Judge/ Magistrate | Active Named Defendants | Plaintiff Counsel | Defense Counsel | Case Status |
|---|---|---|---|---|---|---|---|---|
| 45. | Hahn, Lou Ann (deceased) (brought by William Hahn) v. AstraZeneca Pharmaceuticals LP, et al. | DE | Superior Court of the State of DE N17C-07-162 | John A. Parkins, Jr. | AstraZeneca only | Napoli Shkolnik, LLC | McCarter & English LLP | Consolidated. 9/5/17 Initial Status Conference No Discovery conducted. |
| 46. | Hairston, Estelle Reynolds-, et al. v. Takeda Pharmaceuticals America, Inc., et al. | DE | Superior Court of the State of Delaware N17C-04-285 | John A. Parkins. Jr. | Takeda only | Napoli Shkolnik LLC | Takeda- Potter Anderson & Corroon LLP; Tucker Ellis LLP | Consolidated. 9/5/17 Initial Status Conference No Discovery conducted. |
| 47. | Hall, Billy v. AstraZeneca Pharmaceuticals LP, et al. | DE | Superior Court of the State of Delaware N17C-06-008 | John A. Parkins, Jr. | 1. AstraZeneca 2. Takeda | Napoli Shkolnik, LLC | 1. AZ- McCarter & English LLP 2. Takeda- Potter Anderson & Corroon LLP; | Consolidated. 9/5/17 Initial Status Conference No Discovery |

22

| Master Count | Case Caption | State Where Case is Pending | Court/Cause No. | Judge/ Magistrate | Active Named Defendants | Plaintiff Counsel | Defense Counsel | Case Status |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Tucker Ellis LLP | conducted. |
| 48. | Harris, Deborah L. and Curtis v. AstraZeneca Pharmaceuticals LP, et al. | DE | Superior Court of the State of DE N17C-06-322 | John A. Parkins, Jr. | AstraZeneca only | Napoli Shkolnik, LLC | McCarter & English LLP | Consolidated. 9/5/17 Initial Status Conference No Discovery conducted. |

23

| Master Count | Case Caption | State Where Case is Pending | Court/Cause No. | Judge/ Magistrate | Active Named Defendants | Plaintiff Counsel | Defense Counsel | Case Status |
|---|---|---|---|---|---|---|---|---|
| 49. | Hartt, Mary v. AstraZeneca Pharmaceuticals LP, et al. | DE | Superior Court of the State of DE N17C-06-233 | John A. Parkins, Jr. | 1. AstraZeneca 2. GlaxoSmithKline 3. Takeda | Napoli Shkolnik, LLC | 1. AZ-McCarter & English LLP 2. GSK-Reed Smith LLP 3. Takeda-Potter Anderson & Corroon LLP; Tucker Ellis LLP | Consolidated. 9/5/17 Initial Status Conference No Discovery conducted. |
| 50. | Hathome, James M. (brought by Carmella Hathome) v. AstraZeneca Pharmaceuticals LP, et al. | DE | Superior Court of the State of DE N17C-05-595 | John A. Parkins, Jr. | 1. AstraZeneca 2. Pfizer 3. Wyeth | Napoli Shkolnik, LLC | 1. AZ-McCarter & English LLP 2. Pfizer and Wyeth -DLA Piper LLP (US) | Consolidated. 9/5/17 Initial Status Conference No Discovery conducted. |

24

| Master Count | Case Caption | State Where Case is Pending | Court/Cause No. | Judge/ Magistrate | Active Named Defendants | Plaintiff Counsel | Defense Counsel | Case Status |
|---|---|---|---|---|---|---|---|---|
| 51. | Hennard, Brenda v. AstraZeneca Pharmaceuticals LP, et al. | DE | Superior Court of the State of DE  N17C-07-017 | John A. Parkins, Jr. | 1. AstraZeneca 2. Pfizer 3. Wyeth | Napoli Shkolnik, LLC | 1. AZ-McCarter & English LLP  2. Pfizer and Wyeth -DLA Piper LLP (US) | Consolidated.  9/5/17 Initial Status Conference  No Discovery conducted. |
| 52. | Hess, Jeannine v. Pfizer Inc., et al. | DE | Superior Court of the State of DE  N17C-06-328 | John A. Parkins, Jr | 1. Pfizer 2. Wyeth 3. Takeda | Napoli Shkolnik, LLC | 1. Pfizer-DLA Piper LLP (US)  2. Wyeth-DLA Piper LLP (US)  3. Takeda-Potter Anderson & Corroon LLP; Tucker Ellis LLP | Consolidated.  9/5/17 Initial Status Conference  No Discovery conducted. |

25

| Master Count | Case Caption | State Where Case is Pending | Court/Cause No. | Judge/Magistrate | Active Named Defendants | Plaintiff Counsel | Defense Counsel | Case Status |
|---|---|---|---|---|---|---|---|---|
| 53. | Holder, Chelsea and Clara v. AstraZeneca Pharmaceuticals LP, et al. | DE | Superior Court of the State of DE N17C-06-113 | John A. Parkins, Jr. | 1. AstraZeneca 2. Pfizer 3. Procter & Gamble | Napoli Shkolnik, LLC | 1. AZ-McCarter & English LLP 2. Pfizer-DLA Piper LLP (US) | Consolidated. 9/5/17 Initial Status Conference No Discovery conducted. |
| 54. | Holmes, Curtis v. AstraZeneca Pharmaceuticals LP, et al. | DE | Superior Court of the State of DE N17C-06-288 | John A. Parkins, Jr. | 1. AstraZeneca 2. Pfizer 3. Wyeth | Napoli Shkolnik, LLC | 1. AZ-McCarter & English LLP 2. Pfizer and Wyeth-DLA Piper LLP (US) | Consolidated. 9/5/17 Initial Status Conference No Discovery conducted. |

26

| Master Count | Case Caption | State Where Case is Pending | Court/Cause No. | Judge/ Magistrate | Active Named Defendants | Plaintiff Counsel | Defense Counsel | Case Status |
|---|---|---|---|---|---|---|---|---|
| 55. | Honshul, Gary v. AstraZeneca Pharmaceuticals LP, et al. | DE | N17C-09-014 | John A. Parkins, Jr. | 1. AstraZeneca 2. Procter & Gamble 3. Pfizer 4. Wyeth | Napoli Shkolnik, LLC | 1. AZ-McCarter & English LLP 2. Procter & Gamble- 3. Pfizer and Wyeth-DLA Piper LLP (US) | Consolidated. 9/5/17 Initial Status Conference No Discovery conducted. |
| 56. | Houston, Jesse v. AstraZeneca Pharmaceuticals LP, et al. | DE | Superior Court of the State of DE N17C-07-273 | John A. Parkins, Jr. | AstraZeneca only | Napoli Shkolnik, LLC | McCarter & English LLP | Consolidated. 9/5/17 Initial Status Conference No Discovery conducted. |

27

| Master Count | Case Caption | State Where Case is Pending | Court/Cause No. | Judge/ Magistrate | Active Named Defendants | Plaintiff Counsel | Defense Counsel | Case Status |
|---|---|---|---|---|---|---|---|---|
| 57. | Hunter, Doris J. v. AstraZeneca Pharmaceuticals LP, et al. | DE | N17C-08-374 | John A. Parkins, Jr. | 1. AstraZeneca 2. Procter & Gamble | Napoli Shkolnik, LLC | McCarter & English LLP | Consolidated. |
| 58. | Hunter, Robin C. and Harold C. v. AstraZeneca Pharmaceuticals LP, et al. | DE | Superior Court of the State of DE N17C-04-325 | John A. Parkins, Jr | 1. AstraZeneca, Inc. 2. Pfizer, Inc. | Napoli Shkolnik, LLC | 1. AZ-McCarter & English LLP 2. Pfizer-DLA Piper LLP (US) | Consolidated. 9/5/17 Initial Status Conference No Discovery conducted. |
| 59. | Inwood, Carolyn v. AstraZeneca Pharmaceuticals LP, et al. | DE | Superior Court of the State of DE N17C-03-1697 | John A. Parkins, Jr. | 1. AstraZeneca 2. Procter & Gamble 3. Takeda | Napoli Shkolnik, LLC | 1. AZ-McCarter & English LLP 2. Procter & Gamble 3. Takeda-Potter Anderson & Corroon LLP; Tucker Ellis LLP | Consolidated. 9/5/17 Initial Status Conference No Discovery conducted. |

28

| Master Count | Case Caption | State Where Case is Pending | Court/Cause No. | Judge/ Magistrate | Active Named Defendants | Plaintiff Counsel | Defense Counsel | Case Status |
|---|---|---|---|---|---|---|---|---|
| 60. | James, Jacquelyn R. v. Pfizer, Inc., et al. (1) | DE | Superior Court of the State of DE N17C-07-243 | John A. Parkins, Jr. | 1. Pfizer, Inc. 2. Wyeth 3. Cadista Holdings 4. Teva 5. Camber Pharmaceuticals | Napoli Shkolnik, LLC | Pfizer and Wyeth-DLA Piper LLP (US) | Consolidated. 9/5/17 Initial Status Conference No Discovery conducted. |
| 61. | Jenkins, Robert D. v. AstraZeneca Pharmaceuticals LP, et al. | DE | Superior Court of the State of DE N17C-04-087 | John A. Parkins, Jr. | 1. AstraZeneca 2. Pfizer, Inc. 3.Procter & Gamble | Napoli Shkolnik, LLC | 1. AZ-McCarter & English LLP 2. Pfizer-DLA Piper LLP (US) | Consolidated. 9/5/17 Initial Status Conference No Discovery conducted. |

29

| Master Count | Case Caption | State Where Case is Pending | Court/Cause No. | Judge/ Magistrate | Active Named Defendants | Plaintiff Counsel | Defense Counsel | Case Status |
|---|---|---|---|---|---|---|---|---|
| 62. | Jones, Beverly A. and Timothy Jones v. AstraZeneca Pharmaceuticals LP, et al. | DE | N17c-08-338 | John A. Parkins, Jr. | AstraZeneca only | Napoli Shkolnik, LLC | McCarter & English LLP | Consolidated. 9/5/17 Initial Status Conference No Discovery conducted. |
| 63. | Jones, Mary Jo v. Pfizer, Inc. and Wyeth Pharmaceuticals Inc. (1) | DE | Superior Court of the State of DE N17C-06-392 | John A. Parkins, Jr. | 1. Pfizer, Inc. 2. Wyeth | Napoli Shkolnik, LLC | DLA Piper LLP (US) | Consolidated. 9/5/17 Initial Status Conference No Discovery conducted. |
| 64. | Kalsmith, Paula v. AstraZeneca Pharmaceuticals LP, et al. | DE | Superior Court of the State of DE N17C-03-1625 | John A. Parkins, Jr. | AstraZeneca only | Napoli Shkolnik, LLC | McCarter & English LLP | Consolidated. 9/5/17 Initial Status Conference No Discovery |

30

| Master Count | Case Caption | State Where Case is Pending | Court/Cause No. | Judge/ Magistrate | Active Named Defendants | Plaintiff Counsel | Defense Counsel | Case Status |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | conducted. |
| 65. | Krebs, Elizabeth v. AstraZeneca Pharmaceuticals LP, et al. | DE | Superior Court of the State of DE  N17C-07-260 | John A. Parkins, Jr. | 1. AstraZeneca 2. Takeda | Napoli Shkolnik, LLC | 1. AZ- McCarter & English LLP  2.. Takeda- Potter Anderson & Corroon LLP; Tucker Ellis LLP | Consolidated.  9/5/17 Initial Status Conference  No Discovery conducted. |
| 66. | Ledford, Jennie v. AstraZeneca Pharmaceuticals LP, et al. | DE | Superior Court of the State of DE  N17C-03-1639 | John A. Parkins, Jr. | AstraZeneca only | Napoli Shkolnik, LLC | McCarter & English LLP | Consolidated.  9/5/17 Initial Status Conference  No Discovery conducted. |

| Master Count | Case Caption | State Where Case is Pending | Court/Cause No. | Judge/Magistrate | Active Named Defendants | Plaintiff Counsel | Defense Counsel | Case Status |
|---|---|---|---|---|---|---|---|---|
| 67. | Lewis, Virginia v. AstraZeneca Pharmaceuticals LP, et al. | DE | Superior Court of the State of DE N17C-07-063 | John A. Parkins, Jr. | 1. AstraZeneca 2. Procter & Gamble 3. Pfizer 4. Wyeth 5. Salix 6. Santarus | Napoli Shkolnik, LLC | A1. Z-McCarter & English LLP 2. Pfizer and Wyeth-DLA Piper LLP (US) | Consolidated. 9/5/17 Initial Status Conference No Discovery conducted. |
| 68. | Lonas, Matthew T. v. AstraZeneca Pharmaceuticals LP, et al. | DE | Superior Court of the State of DE N17C-04-334 | John A. Parkins, Jr. | 1. AstraZeneca 2. Procter & Gamble 3. Pfizer, Inc. 4. Salix Pharmaceuticals | Napoli Shkolnik, LLC | 1. AZ-McCarter & English LLP 2. Pfizer-DLA Piper LLP (US) | Consolidated. 9/5/17 Initial Status Conference No Discovery conducted. |

32

| Master Count | Case Caption | State Where Case is Pending | Court/Cause No. | Judge/ Magistrate | Active Named Defendants | Plaintiff Counsel | Defense Counsel | Case Status |
|---|---|---|---|---|---|---|---|---|
| 69. | Lucas, Gloria v. AstraZeneca Pharmaceuticals LP, et al. | DE | Superior Court of the State of DE<br><br>N17C-05-257 | John A. Parkins, Jr. | 1. AstraZeneca<br>2. Pfizer<br>3. Wyeth<br>4. Takeda | Napoli Shkolnik, LLC | 1. AZ-McCarter & English LLP<br><br>2. Pfizer-DLA Piper LLP (US)<br><br>3. Wyeth-DLA Piper LLP (US)<br><br>4. Takeda-Potter Anderson & Corroon LLP; Tucker Ellis LLP | Consolidated.<br><br>9/5/17 Initial Status Conference<br><br>No Discovery conducted. |

33

| Master Count | Case Caption | State Where Case is Pending | Court/Cause No. | Judge/ Magistrate | Active Named Defendants | Plaintiff Counsel | Defense Counsel | Case Status |
|---|---|---|---|---|---|---|---|---|
| 70. | Lyons, Linda v. AstraZeneca Pharmaceuticals LP, et al. | DE | Superior Court of the State of DE N17C-06-395 | John A. Parkins, Jr. | 1. AstraZeneca 2. Pfizer 3. Wyeth | Napoli Shkolnik, LLC | 1. AZ-McCarter & English LLP 2. Pfizer and Wyeth-DLA Piper LLP (US) | Consolidated. 9/5/17 Initial Status Conference No Discovery conducted. |
| 71. | Mann, Ana v. AstraZeneca Pharmaceuticals LP, et al. | DE | Superior Court of the State of DE N17C-06-286 | John A. Parkins, Jr. | AstraZeneca only | Napoli Shkolnik, LLC | McCarter & English LLP | Consolidated. 9/5/17 Initial Status Conference No Discovery conducted. |

| Master Count | Case Caption | State Where Case is Pending | Court/Cause No. | Judge/ Magistrate | Active Named Defendants | Plaintiff Counsel | Defense Counsel | Case Status |
|---|---|---|---|---|---|---|---|---|
| 72. | Marshall, Mary and James E. v. AstraZeneca Pharmaceuticals LP, et al. | DE | Superior Court of the State of DE N17C-03-059 | John A. Parkins, Jr. | AstraZeneca only | Napoli Shkolnik, LLC | McCarter & English LLP | Consolidated. 9/5/17 Initial Status Conference No Discovery conducted. |
| 73. | McCann, Mack and Mary v. AstraZeneca Pharmaceuticals LP, et al. | DE | Superior Court of the State of DE N17C-05-267 | John A. Parkins, Jr. | 1. AstraZeneca 2. Wyeth 3. Takeda 4. Pfizer | Napoli Shkolnik, LLC | 1. AZ-McCarter & English LLP 2. Wyeth-DLA Piper LLP (US) 3. Takeda-Potter Anderson & Corroon LLP; Tucker Ellis LLP 4. Pfizer-DLA Piper LLP (US) | Consolidated. 9/5/17 Initial Status Conference No Discovery conducted. |

| Master Count | Case Caption | State Where Case is Pending | Court/Cause No. | Judge/ Magistrate | Active Named Defendants | Plaintiff Counsel | Defense Counsel | Case Status |
|---|---|---|---|---|---|---|---|---|
| 74. | McClendon, Brenda J. v. AstraZeneca Pharmaceuticals LP, et al. | DE | Superior Court of the State of DE<br><br>N17C-04-323 | John A. Parkins, Jr | 1. AstraZeneca<br>2. Procter & Gamble<br>3. Pfizer, Inc.<br>4. Salix Pharmaceuticals<br>5. Takeda | Napoli Shkolnik, LLC | 1. AZ-McCarter & English LLP<br><br>2. Procter & Gamble<br><br>3. Pfizer-DLA Piper LLP (US)<br><br>4. Salix<br><br>5. Takeda-Potter Anderson & Corroon LLP; Tucker Ellis LLP | Consolidated.<br><br>9/5/17 Initial Status Conference<br><br>No Discovery conducted. |

| Master Count | Case Caption | State Where Case is Pending | Court/Cause No. | Judge/ Magistrate | Active Named Defendants | Plaintiff Counsel | Defense Counsel | Case Status |
|---|---|---|---|---|---|---|---|---|
| 75. | McClendon, Patricia and Robert v. AstraZeneca Pharmaceuticals LP, et al. | DE | Superior Court of the State of DE N17C-06-238 | John A. Parkins, Jr. | 1. AstraZeneca 2. Pfizer 3. Wyeth 4. Salix 5. Santarus | Napoli Shkolnik, LLC | 1. AZ-McCarter & English LLP 2. Pfizer and Wyeth-DLA Piper LLP (US) | Consolidated. 9/5/17 Initial Status Conference No Discovery conducted. |
| 76. | McCoy, Roy L. v. AstraZeneca Pharmaceuticals LP, et al. | DE | Superior Court of the State of DE N17C-05-111 | John A. Parkins, Jr. | AstraZeneca only | Napoli Shkolnik, LLC | McCarter & English LLP | Consolidated. 9/5/17 Initial Status Conference No Discovery conducted. |

| Master Count | Case Caption | State Where Case is Pending | Court/Cause No. | Judge/ Magistrate | Active Named Defendants | Plaintiff Counsel | Defense Counsel | Case Status |
|---|---|---|---|---|---|---|---|---|
| 77. | McElroy, Joseph v. AstraZeneca Pharmaceuticals LP, et al. | DE | Superior Court of the State of DE N17C-07-028 | John A. Parkins, Jr. | AstraZeneca only | Napoli Shkolnik, LLC | McCarter & English LLP | Consolidated. 9/5/17 Initial Status Conference No Discovery conducted. |
| 78. | Mearidy, Tarquin D. and Letina Robinson v. AstraZeneca Pharmaceuticals LP, et al. | DE | Superior Court of the State of DE N17C-04-316 | John A. Parkins, Jr | 1. AstraZeneca 2. Procter & Gamble 3. Pfizer, Inc. 4.Salix Pharmaceuticals 5. Takeda 6. Wyeth | Napoli Shkolnik, LLC | 1. AZ-McCarter & English LLP 2. Procter & Gamble 3. Pfizer and Wyeth-DLA Piper LLP (US) 4. Salix 5. Takeda-Potter | Consolidated. 9/5/17 Initial Status Conference No Discovery conducted. |

| Master Count | Case Caption | State Where Case is Pending | Court/Cause No. | Judge/ Magistrate | Active Named Defendants | Plaintiff Counsel | Defense Counsel | Case Status |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Anderson & Corroon LLP; Tucker Ellis LLP | |
| 79. | Mellen, Douglas and Sherri v. AstraZeneca Pharmaceuticals LP, et al. | DE | Superior Court of the State of DE N17C-06-046 | John A. Parkins, Jr. | 1. AstraZeneca 2. Procter & Gamble | Napoli Shkolnik, LLC | AZ-McCarter & English LLP | Consolidated. 9/5/17 Initial Status Conference No Discovery conducted. |

| Master Count | Case Caption | State Where Case is Pending | Court/Cause No. | Judge/ Magistrate | Active Named Defendants | Plaintiff Counsel | Defense Counsel | Case Status |
|---|---|---|---|---|---|---|---|---|
| 80. | Meminger, Daniel and Erleen v. AstraZeneca Pharmaceuticals LP, et al. | DE | Superior Court of the State of DE N17C-08-146 | John A. Parkins, Jr. | 1. AstraZeneca 2. Salix 3. Santarus | Napoli Shkolnik, LLC | AZ-McCarter & English LLP | Consolidated. 9/5/17 Initial Status Conference No Discovery conducted. |
| 81. | Moore, Deborah M. v. AstraZeneca Pharmaceuticals LP, et al. | DE | Superior Court of the State of DE N17C-03-1658 | John A. Parkins, Jr. | 1. AstraZeneca 2. Pfizer, Inc. 3. Wyeth | Napoli Shkolnik, LLC | 1. AZ-McCarter & English LLP 2. Pfizer and Wyeth-DLA Piper LLP (US) | Consolidated. 9/5/17 Initial Status Conference No Discovery conducted. |

40

| Master Count | Case Caption | State Where Case is Pending | Court/Cause No. | Judge/ Magistrate | Active Named Defendants | Plaintiff Counsel | Defense Counsel | Case Status |
|---|---|---|---|---|---|---|---|---|
| 82. | Morford, Betty v. AstraZeneca Pharmaceuticals LP, et al. | DE | Superior Court of the State of DE N17C-03-092 | John A. Parkins, Jr. | 1. AstraZeneca 2. Procter & Gamble | Napoli Shkolnik, LLC | AZ-McCarter & English LLP | Consolidated. 9/5/17 Initial Status Conference No Discovery conducted. |
| 83. | Mumphrey, ShaCarla and Michael v. AstraZeneca Pharmaceuticals LP, et al. | DE | Superior Court of the State of DE N17C-04-293 | John A. Parkins, Jr | 1. AstraZeneca 2. Wyeth 3. Pfizer | Napoli Shkolnik, LLC | 1. AZ-McCarter & English LLP 2. Pfizer and Wyeth-DLA Piper LLP (US) | Consolidated. 9/5/17 Initial Status Conference No Discovery conducted. |
| 84. | Neal, Shirel A. v. AstraZeneca Pharmaceuticals LP, et al. | DE | Superior Court of the State of DE N17C-04-330 | John A. Parkins, Jr. | 1. AstraZeneca 2. Procter & Gamble | Napoli Shkolnik, LLC | AZ-McCarter & English LLP | Consolidated. 9/5/17 Initial Status Conference No Discovery conducted. |

41

| Master Count | Case Caption | State Where Case is Pending | Court/Cause No. | Judge/ Magistrate | Active Named Defendants | Plaintiff Counsel | Defense Counsel | Case Status |
|---|---|---|---|---|---|---|---|---|
| 85. | Newman, Peggy v. AstraZeneca Pharmaceuticals LP, et al. | DE | Superior Court of the State of DE N17C-07-294 | John A. Parkins, Jr. | 1. AstraZeneca 2. Salix 3. Santarus 4. Dr. Reddy's | Napoli Shkolnik, LLC | AZ-McCarter & English LLP | Consolidated. 9/5/17 Initial Status Conference No Discovery conducted. |
| 86. | Nichols Shirley and George v. AstraZeneca Pharmaceuticals LP, et al. | DE | Superior Court of the State of DE N17C-04-289 | John A. Parkins, Jr | 1. AstraZeneca 2. Pfizer, Inc. | Napoli Shkolnik, LLC | 1. AZ-McCarter & English LLP 2. Pfizer-DLA Piper LLP (US) | Consolidated. 9/5/17 Initial Status Conference No Discovery conducted. |
| 87. | Ono, Gloria E. v. AstraZeneca Pharmaceuticals LP, et al. | DE | Superior Court of the State of DE N17C-04-340 | John A. Parkins, Jr. | 1. AstraZeneca 2. Takeda 3. Pfizer | Napoli Shkolnik, LLC | 1. AZ-McCarter & English LLP 2. Takeda-Potter Anderson & Corroon LLP; | Consolidated. 9/5/17 Initial Status Conference No Discovery |

42

| Master Count | Case Caption | State Where Case is Pending | Court/Cause No. | Judge/ Magistrate | Active Named Defendants | Plaintiff Counsel | Defense Counsel | Case Status |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Tucker Ellis LLP<br><br>3. Pfizer-DLA Piper LLP (US) | conducted. |
| 88. | Painter, Coy (deceased) (brought by Jewell O. Hall v. AstraZeneca Pharmaceuticals LP, et al. | DE | Superior Court of the State of DE<br><br>N17C-05-087 | John A. Parkins, Jr. | 1. AstraZeneca<br>2. Pfizer | Napoli Shkolnik, LLC | 1. AZ-McCarter & English LLP<br><br>2. Pfizer-DLA Piper LLP (US) | Consolidated.<br><br>9/5/17 Initial Status Conference<br><br>No Discovery conducted. |
| 89. | Paskell, Mary and Shannon v. AstraZeneca Pharmaceuticals LP, et al. | DE | Superior Court of the State of DE<br><br>N17C-06-149 | John A. Parkins, Jr. | AstraZeneca only | Napoli Shkolnik, LLC | McCarter & English LLP | Consolidated.<br><br>9/5/17 Initial Status Conference<br><br>No Discovery conducted. |

43

| Master Count | Case Caption | State Where Case is Pending | Court/Cause No. | Judge/ Magistrate | Active Named Defendants | Plaintiff Counsel | Defense Counsel | Case Status |
|---|---|---|---|---|---|---|---|---|
| 90. | Peavy, Bruce v. AstraZeneca Pharmaceuticals LP, et al. | DE | Superior Court of the State of DE N17C-06-004 | John A. Parkins, Jr. | 1. AstraZeneca 2. Procter & Gamble 3. Pfizer 4. Wyeth | Napoli Shkolnik, LLC | 1. AZ-McCarter & English LLP 2. Pfizer and Wyeth-DLA Piper LLP (US) | Consolidated. 9/5/17 Initial Status Conference No Discovery conducted. |
| 91. | Powell, Thelma v. AstraZeneca Pharmaceuticals LP, et al. | DE | Superior Court of the State of DE N17C-05-656 | John A. Parkins, Jr. | AstraZeneca only | Napoli Shkolnik, LLC | McCarter & English LLP | Consolidated. 9/5/17 Initial Status Conference No Discovery conducted. |

44

| Master Count | Case Caption | State Where Case is Pending | Court/Cause No. | Judge/ Magistrate | Active Named Defendants | Plaintiff Counsel | Defense Counsel | Case Status |
|---|---|---|---|---|---|---|---|---|
| 92. | Price, Larry v. AstraZeneca Pharmaceuticals LP, et al. | DE | Superior Court of the State of DE N17C-08-145 | John A. Parkins, Jr. | 1. AstraZeneca 2. Procter & Gamble 3. Salix 4. Santarus 5. Apotex | Napoli Shkolnik, LLC | AZ-McCarter & English LLP | Consolidated. 9/5/17 Initial Status Conference No Discovery conducted. |
| 93. | Ramsey, Judy. v. Takeda Pharmaceuticals America, Inc., et al. | DE | Superior Court of the State of Delaware N17C-06-315 | John A. Parkins, Jr. | Takeda only | Napoli Shkolnik LLC | Takeda- Potter Anderson & Corroon LLP; Tucker Ellis LLP | Consolidated. 9/5/17 Initial Status Conference No Discovery conducted. |
| 94. | Regeski, Dianna et al. v. Takeda Pharmaceuticals America, Inc., et al. | DE | Superior Court of the State of Delaware N17C-04-343 | John A. Parkins, Jr. | Takeda only | Napoli Shkolnik LLC | Takeda- Potter Anderson & Corroon LLP; Tucker Ellis LLP | Consolidated. 9/5/17 Initial Status Conference No Discovery |

45

| Master Count | Case Caption | State Where Case is Pending | Court/Cause No. | Judge/ Magistrate | Active Named Defendants | Plaintiff Counsel | Defense Counsel | Case Status |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | conducted. |
| 95. | Reynolds, Vanessa v. AstraZeneca Pharmaceuticals LP, et al. | DE | Superior Court of the State of DE N17C-06-003 | John A. Parkins, Jr. | 1. AstraZeneca 2. Procter & Gamble | Napoli Shkolnik, LLC | AZ-McCarter & English LLP | Consolidated. 9/5/17 Initial Status Conference No Discovery conducted. |
| 96. | Richardson, Brenda v. AstraZeneca Pharmaceuticals LP, et al. | DE | Superior Court of the State of DE N17C-04-348 | John A. Parkins, Jr. | 1. AstraZeneca 2. Procter & Gamble | Napoli Shkolnik, LLC | AZ-McCarter & English LLP | Consolidated. 9/5/17 Initial Status Conference No Discovery conducted. |

46

| Master Count | Case Caption | State Where Case is Pending | Court/Cause No. | Judge/ Magistrate | Active Named Defendants | Plaintiff Counsel | Defense Counsel | Case Status |
|---|---|---|---|---|---|---|---|---|
| 97. | Riddle, Sr., Robert and Joyce v. AstraZeneca Pharmaceuticals LP, et al. | DE | Superior Court of the State of DE N17C-06-368 | John A. Parkins, Jr. | 1. AstraZeneca 2. Salix 3. Santarus 4. Takeda | Napoli Shkolnik, LLC | AZ-McCarter & English LLP | Consolidated. 9/5/17 Initial Status Conference No Discovery conducted. |
| 98. | Salsgiver, Barbara v. AstraZeneca Pharmaceuticals LP, et al. | DE | Superior Court of the State of DE N17C-07-314 | John A. Parkins, Jr. | 1. AstraZeneca 2. Salix 3. Santarus | Napoli Shkolnik, LLC | AZ-McCarter & English LLP | Consolidated. 9/5/17 Initial Status Conference No Discovery conducted. |

47

| Master Count | Case Caption | State Where Case is Pending | Court/Cause No. | Judge/ Magistrate | Active Named Defendants | Plaintiff Counsel | Defense Counsel | Case Status |
|---|---|---|---|---|---|---|---|---|
| 99. | Sanders, Brenda v. AstraZeneca Pharmaceuticals LP, et al. | DE | Superior Court of the State of DE N17C-06-334 | John A. Parkins, Jr. | 1. AstraZeneca 2. Takeda | Napoli Shkolnik, LLC | AZ-McCarter & English LLP | Consolidated. 9/5/17 Initial Status Conference No Discovery conducted. |
| 100. | Sanders, Lee C. and Robert v. AstraZeneca Pharmaceuticals LP, et al. | DE | Superior Court of the State of DE N17C-04-347 | John A. Parkins, Jr. | 1. AstraZeneca 2. Pfizer, Inc. | Napoli Shkolnik, LLC | 1. AZ-McCarter & English LLP 2. Pfizer-DLA Piper LLP (US) | Consolidated. 9/5/17 Initial Status Conference No Discovery conducted. |

48

| Master Count | Case Caption | State Where Case is Pending | Court/Cause No. | Judge/ Magistrate | Active Named Defendants | Plaintiff Counsel | Defense Counsel | Case Status |
|---|---|---|---|---|---|---|---|---|
| 101. | Scott, Jackalee v. AstraZeneca Pharmaceuticals LP, et al. | DE | Superior Court of the State of DE  N17C-07-252 | John A. Parkins, Jr. | 1. AstraZeneca 2. Pfizer 3. Wyeth | Napoli Shkolnik, LLC | 1. AZ- McCarter & English LLP  2. Pfizer and Wyeth-DLA Piper LLP (US) | Consolidated.  9/5/17 Initial Status Conference  No Discovery conducted. |
| 102. | Scott, Mary v. AstraZeneca Pharmaceuticals LP, et al. | DE | Superior Court of the State of DE  N17C-06-151 | John A. Parkins, Jr. | AstraZeneca only | Napoli Shkolnik, LLC | McCarter & English LLP | Consolidated.  9/5/17 Initial Status Conference  No Discovery conducted. |

49

| Master Count | Case Caption | State Where Case is Pending | Court/Cause No. | Judge/ Magistrate | Active Named Defendants | Plaintiff Counsel | Defense Counsel | Case Status |
|---|---|---|---|---|---|---|---|---|
| 103. | Small, Robert E. (III) and Diane v. AstraZeneca Pharmaceuticals LP, et al. | DE | Superior Court of the State of DE N17C-05-174 | John A. Parkins, Jr. | 1. AstraZeneca 2. Procter & Gamble | Napoli Shkolnik, LLC | AZ-McCarter & English LLP | Consolidated. 9/5/17 Initial Status Conference No Discovery conducted. |
| 104. | Smith, Tammy v. AstraZeneca Pharmaceuticals LP, et al. | DE | Superior Court of the State of DE N17C-05-242 | John A. Parkins, Jr. | 1. AstraZeneca 2. Procter & Gamble | Napoli Shkolnik, LLC | AZ-McCarter & English LLP | Consolidated. 9/5/17 Initial Status Conference No Discovery conducted. |

| Master Count | Case Caption | State Where Case is Pending | Court/Cause No. | Judge/ Magistrate | Active Named Defendants | Plaintiff Counsel | Defense Counsel | Case Status |
|---|---|---|---|---|---|---|---|---|
| 105. | Snow, Darrell and Carolyn v. AstraZeneca Pharmaceuticals LP, et al. | DE | Superior Court of the State of DE N17C-06-007 | John A. Parkins, Jr. | AstraZeneca only | Napoli Shkolnik, LLC | McCarter & English LLP | Consolidated. 9/5/17 Initial Status Conference No Discovery conducted. |
| 106. | Snow, Vicki v. AstraZeneca Pharmaceuticals LP, et al. | DE | Superior Court of the State of DE N17C-06-226 | John A. Parkins, Jr. | AstraZeneca only | Napoli Shkolnik, LLC | McCarter & English LLP | Consolidated. 9/5/17 Initial Status Conference No Discovery conducted. |

| Master Count | Case Caption | State Where Case is Pending | Court/Cause No. | Judge/ Magistrate | Active Named Defendants | Plaintiff Counsel | Defense Counsel | Case Status |
|---|---|---|---|---|---|---|---|---|
| 107. | Stevens, William and Nadine v. AstraZeneca Pharmaceuticals LP, et al. | DE | Superior Court of the State of DE N17C-05-659 | John A. Parkins, Jr. | 1. AstraZeneca 2. Pfizer 3. Wyeth | Napoli Shkolnik, LLC | 1. AZ-McCarter & English LLP 2. Pfizer and Wyeth-DLA Piper LLP (US) | Consolidated. 9/5/17 Initial Status Conference No Discovery conducted. |
| 108. | Stone, Evelyn v. AstraZeneca Pharmaceuticals, et al. | DE | Superior Court of the State of DE N17C-06-366 | John A. Parkins, Jr. | 1. AstraZeneca 2. Pfizer 3. Wyeth | Napoli Shkolnik, LLC | 1. AZ-McCarter & English LLP 2. Pfizer and Wyeth-DLA Piper LLP (US) | Consolidated. 9/5/17 Initial Status Conference No Discovery conducted. |

| Master Count | Case Caption | State Where Case is Pending | Court/Cause No. | Judge/ Magistrate | Active Named Defendants | Plaintiff Counsel | Defense Counsel | Case Status |
|---|---|---|---|---|---|---|---|---|
| 109. | Sullivan, Catherine v. AstraZeneca Pharmaceuticals LP, et al. | DE | Superior Court of the State of DE N17C-06-359 | John A. Parkins, Jr. | 1. AstraZeneca 2. Procter & Gamble 3. Pfizer 4. Wyeth 5. Salix 6. Santarus 7. Bayer 8. Takeda | Napoli Shkolnik, LLC | 1. AZ-McCarter & English LLP 2. Pfizer and Wyeth-DLA Piper LLP (US) | Consolidated. 9/5/17 Initial Status Conference No Discovery conducted. |
| 110. | Sylvester, Dean v. AstraZeneca Pharmaceuticals LP, et al. | DE | Superior Court of the State of DE N17C-06-279 | John A. Parkins, Jr. | 1. AstraZeneca 2. Procter & Gamble | Napoli Shkolnik, LLC | AZ-McCarter & English LLP | Consolidated. 9/5/17 Initial Status Conference No Discovery conducted. |

| Master Count | Case Caption | State Where Case is Pending | Court/Cause No. | Judge/ Magistrate | Active Named Defendants | Plaintiff Counsel | Defense Counsel | Case Status |
|---|---|---|---|---|---|---|---|---|
| 111. | Terry, Regina v. AstraZeneca Pharmaceuticals LP, et al. | DE | Superior Court of the State of DE N17C-04-187 | John A. Parkins, Jr. | 1. AstraZeneca 2. Procter & Gamble 3. Salix Pharmaceuticals | Napoli Shkolnik, LLC | AZ-McCarter & English LLP | Consolidated. 9/5/17 Initial Status Conference No Discovery conducted. |
| 112. | Thomas, Donald and Judy v. AstraZeneca Pharmaceuticals LP, et al. | DE | Superior Court of the State of DE N17C-07-040 | John A. Parkins, Jr. | 1. AstraZeneca 2. Procter & Gamble | Napoli Shkolnik, LLC | AZ-McCarter & English LLP | Consolidated. 9/5/17 Initial Status Conference No Discovery conducted. |

54

| Master Count | Case Caption | State Where Case is Pending | Court/Cause No. | Judge/ Magistrate | Active Named Defendants | Plaintiff Counsel | Defense Counsel | Case Status |
|---|---|---|---|---|---|---|---|---|
| 113. | Thomas, Ruth A. v. AstraZeneca Pharmaceuticals LP, et al. | DE | Superior Court of the State of DE  N17C-03-234 | John A. Parkins, Jr. | 1. AstraZeneca 2. Procter & Gamble 3. Pfizer, Inc. 4. Wyeth 5. Valeant Pharmaceuticals 6. Salix Pharmaceuticals | Napoli Shkolnik, LLC | 1. AZ-McCarter & English LLP  2. Pfizer and Wyeth-DLA Piper LLP (US) | Consolidated.  9/5/17 Initial Status Conference  No Discovery conducted. |
| 114. | Upton, William L. v. AstraZeneca Pharmaceuticals LP, et al. | DE | Superior Court of the State of DE  N17C-07-285 | John A. Parkins, Jr. | 1. AstraZeneca 2. Salix 3. Takeda | Napoli Shkolnik, LLC | AZ-McCarter & English LLP | Consolidated.  9/5/17 Initial Status Conference  No Discovery conducted. |

55

| Master Count | Case Caption | State Where Case is Pending | Court/Cause No. | Judge/ Magistrate | Active Named Defendants | Plaintiff Counsel | Defense Counsel | Case Status |
|---|---|---|---|---|---|---|---|---|
| 115. | Vincent, Sandra and Michael v. AstraZeneca Pharmaceuticals LP, et al. | DE | Superior Court of the State of DE<br><br>N17C-06-146 | John A. Parkins, Jr. | AstraZeneca only | Napoli Shkolnik, LLC | McCarter & English LLP | Consolidated.<br><br>9/5/17 Initial Status Conference<br><br>No Discovery conducted. |
| 116. | Walters, Judy A. v. AstraZeneca Pharmaceuticals LP, et al. | DE | Superior Court of the State of DE<br><br>N17C-07-040 | John A. Parkins, Jr. | AstraZeneca only | Napoli Shkolnik, LLC | McCarter & English LLP | Consolidated.<br><br>9/5/17 Initial Status Conference<br><br>No Discovery conducted. |

| Master Count | Case Caption | State Where Case is Pending | Court/Cause No. | Judge/ Magistrate | Active Named Defendants | Plaintiff Counsel | Defense Counsel | Case Status |
|---|---|---|---|---|---|---|---|---|
| 117. | Washington, Roger v. AstraZeneca Pharmaceuticals LP, et al. | DE | Superior Court of the State of DE N17C-06-242 | John A. Parkins, Jr. | 1. AstraZeneca 2. Pfizer 3. Wyeth | Napoli Shkolnik, LLC | 1. AZ-McCarter & English LLP 2. Pfizer and Wyeth-DLA Piper LLP (US) | Consolidated. 9/5/17 Initial Status Conference No Discovery conducted. |
| 118. | Watkins, Betty v. Pfizer, Inc., et al. | DE | Superior Court of the State of DE N17C-07-266 | John A. Parkins, Jr. | 1. Pfizer 2. Wyeth 3. Takeda | Napoli Shkolnik, LLC | 1. Pfizer and Wyeth-DLA Piper LLP (US) | Consolidated. 9/5/17 Initial Status Conference No Discovery conducted. |
| 119. | Weaver, Edna v. Pfizer, Inc., et al. | DE | Superior Court of the State of DE N17C-03-057 | John A. Parkins, Jr. | 1. Pfizer 2. Wyeth 3. Takeda | Napoli Shkolnik, LLC | 1. Pfizer and Wyeth-DLA Piper LLP (US) | Consolidated. 9/5/17 Initial Status Conference No Discovery |

| Master Count | Case Caption | State Where Case is Pending | Court/Cause No. | Judge/ Magistrate | Active Named Defendants | Plaintiff Counsel | Defense Counsel | Case Status |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | conducted. |
| 120. | Whalen, Timothy v. AstraZeneca Pharmaceuticals LP, et al. | DE | Superior Court of the State of DE<br><br>N17C-05-594 | John A. Parkins, Jr. | 1. AstraZeneca<br>2. Pfizer<br>3. Wyeth<br>4. Takeda | Napoli Shkolnik, LLC | 1. AZ-McCarter & English LLP<br><br>2. Pfizer-DLA Piper LLP (US)<br><br>3. Wyeth-DLA Piper LLP (US)<br><br>4. Takeda-Potter Anderson & Corroon LLP; Tucker Ellis LLP | Consolidated.<br><br>9/5/17 Initial Status Conference<br><br>No Discovery conducted. |

| Master Count | Case Caption | State Where Case is Pending | Court/Cause No. | Judge/ Magistrate | Active Named Defendants | Plaintiff Counsel | Defense Counsel | Case Status |
|---|---|---|---|---|---|---|---|---|
| 121. | Whitaker, Myrtle v. AstraZeneca Pharmaceuticals LP, et al. | DE | Superior Court of the State of DE N17C-07-263 | John A. Parkins, Jr. | 1. AstraZeneca 2. Procter & Gamble 3. Pfizer 4. Wyeth 5. Salix 6. Acatavis 7. Apotex | Napoli Shkolnik, LLC | 1. AZ-McCarter & English LLP 2. Pfizer and Wyeth-DLA Piper LLP (US) | Consolidated. 9/5/17 Initial Status Conference No Discovery conducted. |
| 122. | Whitaker, Paul J. v. AstraZeneca Pharmaceuticals LP, et al. | DE | Superior Court of the State of DE N17C-04-317 | John A. Parkins, Jr | 1. AstraZeneca 2. Pfizer, Inc. 3. Wyeth | Napoli Shkolnik, LLC | 1. AZ-McCarter & English LLP 2. Pfizer and Wyeth-DLA Piper LLP (US) | Consolidated. 9/5/17 Initial Status Conference No Discovery conducted. |

59

| Master Count | Case Caption | State Where Case is Pending | Court/Cause No. | Judge/ Magistrate | Active Named Defendants | Plaintiff Counsel | Defense Counsel | Case Status |
|---|---|---|---|---|---|---|---|---|
| 123. | White, Beverly v. AstraZeneca Pharmaceuticals LP , et al. | DE | Superior Court of the State of DE N17C-05-199 | John A. Parkins, Jr. | 1. AstraZeneca 2. Procter & Gamble 3. Pfizer 4. Wyeth 5. Salix 6. Takeda | Napoli Shkolnik, LLC | 1. AZ-McCarter & English LLP 2. Procter & Gamble 3. Pfizer-DLA Piper LLP (US) 4. Wyeth-DLA Piper LLP (US) 5. Salix 6. Takeda-Potter Anderson & Corroon LLP; Tucker Ellis LLP | Consolidated. 9/5/17 Initial Status Conference No Discovery conducted. |

60

| Master Count | Case Caption | State Where Case is Pending | Court/Cause No. | Judge/ Magistrate | Active Named Defendants | Plaintiff Counsel | Defense Counsel | Case Status |
|---|---|---|---|---|---|---|---|---|
| 124. | White, Thelma and Richard (Sr.) v. AstraZeneca Pharmaceuticals LP, et al. | DE | Superior Court of the State of DE N17C-08-010 | John A. Parkins, Jr. | 1. AstraZeneca 2. Salix 3. Santarus. | Napoli Shkolnik, LLC | AZ-McCarter & English LLP | Consolidated. 9/5/17 Initial Status Conference No Discovery conducted. |
| 125. | Wilkinson Regina and Steve v. AstraZeneca Pharmaceuticals LP, et al. | DE | Superior Court of the State of DE N17C-05-040 | John A. Parkins, Jr. | 1. AstraZeneca 2. Pfizer, Inc. 3. Wyeth 4. Takeda | Napoli Shkolnik, LLC | 1. AZ-McCarter & English LLP 2. Pfizer-DLA Piper LLP (US) 3. Wyeth-DLA Piper LLP (US) 4. Takeda-Potter Anderson & Corroon LLP; | Consolidated. 9/5/17 Initial Status Conference No Discovery conducted. |

| Master Count | Case Caption | State Where Case is Pending | Court/Cause No. | Judge/ Magistrate | Active Named Defendants | Plaintiff Counsel | Defense Counsel | Case Status |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Tucker Ellis LLP | |
| 126. | Williams, Stephanie T. v. AstraZeneca Pharmaceuticals LP, et al. | DE | Superior Court of the State of DE N17C-06-001 | John A. Parkins, Jr. | 1. AstraZeneca 2. Procter & Gamble | Napoli Shkolnik, LLC | AZ-McCarter & English LLP | Consolidated. 9/5/17 Initial Status Conference No Discovery conducted. |
| 127. | Wilson, Debra and Rockey v. AstraZeneca Pharmaceuticals LP, et al. | DE | Superior Court of the State of DE N17C-04-008 | John A. Parkins, Jr. | 1. AstraZeneca 2. Procter & Gamble | Napoli Shkolnik, LLC | AZ-McCarter & English LLP | Consolidated. 9/5/17 Initial Status Conference No Discovery conducted. |

| Master Count | Case Caption | State Where Case is Pending | Court/Cause No. | Judge/ Magistrate | Active Named Defendants | Plaintiff Counsel | Defense Counsel | Case Status |
|---|---|---|---|---|---|---|---|---|
| 128. | Wilson, Kimberly v. AstraZeneca Pharmaceuticals LP, et al. | DE | Superior Court of the State of DE N17C-05-245 | John A. Parkins, Jr. | 1. AstraZeneca 2. Procter & Gamble | Napoli Shkolnik, LLC | AZ-McCarter & English LLP | Consolidated. 9/5/17 Initial Status Conference No Discovery conducted. |
| 129. | Wright, Henry v. AstraZeneca Pharmaceuticals LP, et al. | DE | Superior Court of the State of DE N17C-06-006 | John A. Parkins, Jr. | 1. AstraZeneca 2. Procter & Gamble | Napoli Shkolnik, LLC | AZ-McCarter & English LLP | Consolidated. 9/5/17 Initial Status Conference No Discovery conducted. |

| Master Count | Case Caption | State Where Case is Pending | Court/Cause No. | Judge/ Magistrate | Active Named Defendants | Plaintiff Counsel | Defense Counsel | Case Status |
|---|---|---|---|---|---|---|---|---|
| 130. | Young, Mark C. and Madonna v. AstraZeneca Pharmaceuticals LP, et al. | DE | Superior Court of the State of DE N17C-06-169 | John A. Parkins, Jr. | AstraZeneca only | Napoli Shkolnik, LLC | McCarter & English LLP | Consolidated. 9/5/17 Initial Status Conference No Discovery conducted. |
| 131. | Fisher, Larry v. Takeda Pharmaceuticals U.S.A., Inc. et al. (4 plaintiffs) | IL | Twentieth Judicial Circuit, St. Clair County, Illinois 16L672 | Vincent Lopinot | Takeda only | The Driscoll Firm, P.C. | Takeda-Greensfelder, Hemker & Gale, P.C.; Tucker Ellis LLP | Takeda has answered some claims. Motions to dismiss other claims and to sever and transfer claims based upon improper venue are pending. No Discovery conducted. |

| Master Count | Case Caption | State Where Case is Pending | Court/Cause No. | Judge/ Magistrate | Active Named Defendants | Plaintiff Counsel | Defense Counsel | Case Status |
|---|---|---|---|---|---|---|---|---|
| 132. | Walker, Carmel, et al. v. AstraZeneca Pharmaceuticals LP, et al. (28 plaintiffs) | MO | St. Louis City, MO Circuit Court  1622-CC-11589 | Michael Kellan Mullen | AstraZeneca only | The Driscoll Firm | Baker Sterchi Cowden & Rice LLC; and FoxGalvin, LLC | Case remanded back to State Court.  AZ response to the Complaint is due 9/12/17. |

IV12288995.2