

September 19, 2017

**VIA ECF AND EMAIL**

Honorable Judge Claire C. Cecchi
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

        **In Re: Proton-Pump Inhibitor Products Liability Litigation**
            **2:17-md-2789 (CCC)(MF) (MDL 2789)**

Dear Judge Cecchi:

    Pursuant to Your Honor's instructions during the Case Management Conference on September 12, 2017, Plaintiffs' respectfully submit the attached proposed Case Management Order No. 3. Defendants' counsel have reviewed and agreed to this proposed Order.

    We thank the Court for its time and courtesy, and should the Court have any questions or concerns regarding this submission, please do not hesitate to contact me.

                        Respectfully submitted,

                        /s/ Christopher A. Seeger
                        **CHRISTOPHER A. SEEGER**
                        SEEGER WEISS LLP
                        77 Water Street, 26th Fl.
                        Ph: 212-584-0708
                        Fax: 212-584-0799
                        Email: cseeger@seegerweiss.com

                        *On behalf of the Plaintiffs' Steering Committee*

cc:    All Counsel of Record (via ECF)