UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: PROTON-PUMP INHIBITOR PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to: ALL ACTIONS | 2:17-MD-2789 (CCC)(MF)<br>(MDL 2789)<br>and all member and related cases<br><br>Judge Claire C. Cecchi<br><br>CASE MANAGEMENT ORDER #3 ON SEPTEMBER 12, 2017 STATUS CONFERENCE |

The Court having held a case management conference on September 12, 2017, and having discussed various case management issues with the parties, enters the following ORDER:

1. The parties shall meet and confer regarding adoption of the ESI Order. If the parties are able to reach agreement, they should submit an agreed-to Order by September 26, 2017. If the parties are unable to reach agreement, they shall each simultaneously submit their competing versions of the Order, along with a letter setting forth their positions by September 26, 2017.

2. The parties shall meet and confer regarding a proposed Privilege Log Order and report back to the Court by September 26, 2017.

3. Defendants' pending Motions to Dismiss are hereby administratively terminated with a right to reinstate at a later date. The parties shall meet and confer regarding the appropriate time to bring such motions.

4. Defendants' time to respond to complaints already transferred, pending transfer, or yet to be filed, is hereby tolled, pending further consideration by the Court after the parties meet and confer on issues such as master and short-form complaints, the filing of

1

Answers and Waiver of Service. The parties shall report back to the Court at the next status conference.

5. Plaintiffs have proposed a Direct Filing Order. The parties shall meet and confer regarding the terms of Plaintiffs' draft proposed order and report back to the Court at the next status conference. The Court intends to confer with the Clerk to discuss the logistics of such an order if entered.

6. The parties shall meet and confer regarding the following topics and report back to the Court at the next status conference:

    a. Plaintiff and Defendant Fact Sheets and Product Identification and Injury Diagnosis Records;

    b. Discovery Plan and Schedule; and

    c. Science Day

7. The next status conference shall be on October 11, 2017 at 1 p.m.

SO ORDERED:

Dated: Newark, New Jersey
      September 19, 2017

CLAIRE C. CECCHI
United States District Judge