# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# NEWARK DIVISION

| | |
|---|---|
| IN RE: PROTON-PUMP INHIBITOR PRODUCTS LIABILITY LITIGATION (NO. II)<br><br>This Document Relates to: ALL ACTIONS | 2:17-md-2789 (CCC)(MF)<br>(MDL 2789)<br><br>OCTOBER 11, 2017<br>STATUS CONFERENCE<br>JOINT STATUS REPORT AND AGENDA |

The parties hereby submit their Joint Status Report and Proposed Agenda in advance of the October 11, 2017, MDL Status Conference.

## I.  STATUS REPORT

Since the last status conference, the parties have met and conferred concerning the Electronically Stored Information ("ESI") and Privilege Log Orders and, thereafter, submitted letters detailing their differences to the Court on September 26, 2017 and October 4, 2017 respectively.  Also, the parties are conferring regarding product identification and injury diagnosis records, a Plaintiff Fact Sheet ("PFS"), a Defendant Fact Sheet ("DFS) and associated Enabling Orders, a Direct Filing Order, a Scheduling Order, and the timing and protocol for a Science Day.  The parties will continue to meet and confer on these orders and to the extent we still have disagreement, will raise any issues with the Court.  Additionally, Plaintiffs have served document production requests and initial 30(b)(6) deposition notices to AstraZeneca's counsel on September 26, 2017 and to counsel for Takeda, Procter & Gamble and Pfizer/Wyeth on October 4, 2017.  The parties will meet and confer on these discovery demands.

At the time of this filing, approximately 275 potentially related actions with 285 plaintiffs are pending in federal court.  The parties attach a list of these cases as **Exhibit A**.

Currently, approximately 130 potentially related state court actions with 130 plaintiffs are pending in the Delaware Superior Court, New Castle County, before Judge John A. Parkins, and

one related state court action with 28 plaintiffs is pending in the Missouri Circuit Court, Twenty-Second Judicial Circuit (City of St. Louis) before Judge Michael K. Mullen.  Further, one related state court action with one plaintiff is pending in the Court of Common Pleas of Philadelphia County, Pennsylvania.  There is also a single plaintiff case pending in the 12th Judicial District Court, Avoyelles Parish, Louisiana.

Finally, there is a single plaintiff appellate case pending before the Ninth Circuit Court of Appeals. (*Bekins v. AstraZeneca Pharmaceuticals LP, et al.*, No.16-02732 (S.D. Cal. Mar. 7, 2017), *appeal docketed*, No. 17-55461 (9th Cir. Apr. 5, 2017).

II. **AGENDA FOR OCTOBER 11, 2017 STATUS CONFERENCE**

The Parties have met and conferred and propose the following Agenda:

- Oral Argument Relating to the Proposed ESI Order;

- Oral Argument Relating to the Proposed Privilege Log Order;

- Status of the Parties' Discussions Regarding (1) Proposed Case Management Order Addressing Production of Product Identification and Injury Diagnosis Records; (2) Plaintiff Fact Sheet, and (3) Defendant Fact Sheet;

- Meet and Confer Schedule for Discovery Demands;

- Status of the Direct Filing Order;

- Scheduling Order;

- Science Day;

- Scheduling of Recurring Status Conferences; and

- Establishing Telephonic Conference Call for Open Court Conferences.

Dated: October 6, 2017

| | |
|---|---|
| */s/ Christopher A. Seeger*<br>Christopher A. Seeger<br>SEEGER WEISS LLP<br>77 Water Street, 26th Fl.<br>New York, NY 10005<br>212-584-0700<br>212-584-0799 (fax)<br>cseeger@seegerweiss.com | */s/ Amy K. Fisher*<br>Amy K. Fisher<br>Katherine Althoff<br>John Camp<br>ICE MILLER LLP<br>One American Square, Suite 2900<br>Indianapolis, IN 46282<br>T: (317) 236-2100<br>F: (317) 592-5443<br>amy.fisher@icemiller.com<br>katherine.althoff@icemiller.com<br>john.camp@icemiller.com |
| */s/ Stephanie O'Connor*<br>Stephanie O'Connor<br>DOUGLAS & LONDON, P.C.<br>59 Maiden Lane, 6th Fl.<br>New York, NY 10038<br>212-566-7500<br>212-566-7501(fax)<br>soconnor@douglassandlondon.com | */s/ Debra M. Perry*<br>Debra M. Perry<br>Gregory Hindy<br>MCCARTER & ENGLISH LLP<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, New Jersey 07101-0652<br>T: (973) 622-4444<br>F: (973) 624-7070<br>dperry@mccarter.com<br>ghindy@mccarter.com |
| *Plaintiffs' Co-Lead Counsel* | |
| */s/ Arthur E. Brown*<br>Arthur E. Brown<br>ARNOLD & PORTER<br>KAYE SCHOLER LLP<br>Arthur E. Brown<br>250 West 55th Street<br>New York, NY 10019-9710<br>T: (212) 836-8000<br>F: (212) 836-8689<br>arthur.brown@apks.com | */s/ Makenzie Windfelder*<br>Makenzie Windfelder<br>James J. Freebery<br>MCCARTER & ENGLISH LLP<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE  19801<br>T:  (302) 984-6300<br>F:  (302) 984-6399<br>mwindfelder@mccarter.com<br>jfreebery@mccarter.com |
| */s/ William Hoffman*<br>William Hoffman<br>601 Massachusetts Ave., NW<br>Washington, D.C. 20001<br>T: (202) 942-5000<br>F: (202) 942-5999<br>william.hoffman@apks.com | *Attorneys for Defendants  AstraZeneca Pharmaceuticals LP, AstraZeneca LP, and McKesson Corporation* |
| *Attorneys for Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP* | |

*/s/ Craig A. Thompson*
Craig A. Thompson
Jason C. Rose
VENABLE LLP
750 E. Pratt Street, Suite 900
Baltimore, Maryland 21202
Phone: (410) 244-7400
Facsimile: (410) 244-7742
Email: cathompson@venable.com
Email: icrose@venable.com


*/s/ Sherry A. Knutson*
Sherry A. Knutson
James R. M. Hemmings
TUCKER ELLIS LLP
223 South Wacker Drive, Suite 6950
Chicago, IL 60606
Phone: (312) 624-6300
Facsimile: (312) 624-6309
Email: sherry.knutson@tuckerellis.com
Email:  james.hemmings@tuckerellis.com


*/s/ Beth S. Rose*
Beth S. Rose
Vincent Lodato
SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, New Jersey 07102
Phone:  (973) 643-7000
Facsimile:  (973) 643-6500
Email:  brose@sillscummis.com
Email:  vlodato@sillscummis.com

*Attorneys for Defendants*
*Takeda Pharmaceutical Company Limited,*
*Takeda Pharmaceuticals  USA., Inc.,*
*Takeda Pharmaceuticals  America, Inc.,*
*Takeda  Development  Center Americas,*
*Inc., Takeda California,  Inc. and*
*Takeda Pharmaceuticals  International,*
*Inc.*

*/s/ Loren H. Brown*
Loren H. Brown
Cara D. Edwards
Lucas P. Przymusinski
DLA PIPER LLP (US)
1251 Avenue of the Americas, 27th Floor
New York, NY 10020
Tel: (212) 335-4500
Fax: (212) 335-4501
loren.brown@dlapiper.com
cara.edwards@dlapiper.com
lucas.przymusinski@dlapiper.com


*/s/ Matthew A.  Holian*
Matthew A. Holian
Katie W. Insogna
DLA PIPER LLP (US)
33 Arch Street, 26th Floor
Boston, MA 02110
Tel: (617) 406-6000
Fax: (617) 406-6100
matt.holian@dlapiper.com
katie.insogna@dlapiper.com

*/s/ Stephen* C. *Matthews*
Stephen C. Matthews
PORZIO, BROMBERG & NEWMAN, P.C.
100 Southgate Parkway
P.O. Box 1997
Morristown, NJ 07962
Tel: (973) 889-4212
Fax: (973) 538-5146
scmatthews@pbnlaw.com

*Attorneys for Defendants Pfizer Inc.,*
*Wyeth LLC, Wyeth Pharmaceuticals Inc.,*
*and Wyeth Ayerst Laboratories*

4

*/s/ K. C. Green*
K. C. Green
Jeffrey F. Peck
Gina M. Saelinger
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, Ohio  45202
Telephone: (513) 698-5000
Facsimile: (513) 698-5001
kcgreen@ulmer.com
jpeck@ulmer.com
gsaeliinger@ulmer.com

*Attorneys for The Procter & Gamble Company and The Procter & Gamble Manufacturing Company*