UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

NEWARK

Date: October 11, 2017

JUDGE: HON. CLAIRE C. CECCHI

COURT REPORTER: WALTER PERELLI

DEPUTY CLERK:  JACQUIE LAMBIASE

Docket No. 17-md-2789 (CCC)

Title of Case:  In Re: Proton-Pump Inhibitor Products Liability Litigation (No. II)

Appearances:

| **Attorney for Various Plaintiffs:** | **Attorney for Various Defendants:** |
|---|---|
| Christopher A. Seeger, Esq. | Gregory L. Hindy, Esq. |
| Jeffrey Grand, Esq. | Makenzie Windfelder, Esq. |
| Stephanie O'connor, Esq. | Amy K. Fisher, Esq. |
| Paul J. Pennock, Esq. | Stephen J. Mcconnell, Esq. |
| Jonathan M. Sedgh, Esq. | K.C. Green, Esq. |
| Neil D. Overholtz, Esq. | Loren Brown, Esq. |
| Nathan C. Bess, Esq. | Matthew A. Holian, Esq. |
| Seth A. Katz, Esq. | Stephen C. Matthews, Esq. |
| Navan Ward, Esq. | Craig Thompson, Esq. |
| Tracy A. Finken, Esq. | Sherry A. Knutson, Esq. |
| Shannon Pennock, Esq. | Beth A. Rose, Esq. |
| Bill Cash, Iii, Esq. | |
| Derriel C. Mccorvey, Esq. | |
| Daniel R. Lapinski, Esq. | |
| Brett S. Bustamante, Esq. | |
| Williams Kherkher, Esqs. | |
| Sejal K. Brahmbhatt, Esq. | |
| Arthur E. Brown, Esq. | |

**NATURE OF PROCEEDINGS**:    IN PERSON STATUS CONFERENCE

Status Conference held on the record.
Next status conference to be held on November 8, 2017 at 1:00 p.m. before Judge Claire C. Cecchi.

Time Commenced:  1:00 p.m.                                   Time Adjourned:  3:30 p.m.

*Jacquie Lambiase*
Jacquie Lambiase, Deputy Clerk