UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

NEWARK

Date: November 8, 2017

JUDGE: HON. CLAIRE C. CECCHI

COURT REPORTER: WALTER PERELLI

DEPUTY CLERK:  JACQUIE LAMBIASE

Docket No. 17-md-2789 (CCC)

Title of Case:  In Re: Proton-Pump Inhibitor Products Liability Litigation (No. II)

Appearances:

| **Attorney for Various Plaintiffs:** | **Attorney for Various** | **Defendants:** |
|---|---|---|
| Christopher A. Seeger, Esq. | Michael London, Esq. | Katherine W. Insogna, Esq. |
| Jeffrey Grand, Esq. | Alan E. Rothman, Esq. | Stephen C. Matthews, Esq. |
| Stephanie O'Connor, Esq. | Gregory L. Hindy, Esq. | Sherry A. Knutson, Esq. |
| Navan Ward, Esq. | Makenzie Windfelder, Esq. | Beth A. Rose, Esq. |
| Tracy A. Finken, Esq. | James J. Freebery, Esq. | Wendy Butler Curtis, Esq. |
| Paul J. Pennock, Esq. | Amy K. Fisher, Esq. | Loren Brown, Esq. |
| Jonathan M. Sedgh, Esq. | Sonja S. Weissman, Esq. | Cara Edwards, Esq. (By Phone) |
| Bill Cash, III, Esq. | Sandra M. DiIorio, Esq. | |
| Arthur E. Brown, Esq. | K.C. Green, Esq. | |
| | Jeffrey R. Schaefer, Esq. | |

**NATURE OF PROCEEDINGS**:    IN PERSON STATUS CONFERENCE

Conferences held in Chambers (off the record).
Status Conference held on the record.
Next status conference to be held on December 18, 2017 at 1:00 p.m. before Judge Claire C. Cecchi.

Time Commenced:  1:00 p.m.                        Time Adjourned:  6:00 p.m.

*Jacquie Lambiase*
Jacquie Lambiase, Deputy Clerk