# SW SEEGERWEISS LLP

77 Water Street, New York, NY 10005     P 212.584.0700     F 212.584.0799     www.seegerweiss.com

November 14, 2017

**VIA ECF**

Honorable Judge Claire C. Cecchi
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

**In Re: Proton-Pump Inhibitor Products Liability Litigation
2:17-md-2789 (CCC)(MF) (MDL 2789)**

Dear Judge Cecchi:

Plaintiffs respectfully submit the attached Proposed Case Management Order No. 5, which summarizes Your Honor's instructions and rulings at the November 8, 2017 Status Conference. Defendants' counsel have reviewed and agreed to this proposed Order.

We thank the Court for its time and courtesy, and should the Court have any questions or concerns regarding this submission, please do not hesitate to contact me.

Respectfully submitted,

/s/ Christopher A. Seeger
**CHRISTOPHER A. SEEGER**
SEEGER WEISS LLP
77 Water Street, 26th Fl.
Ph: 212-584-0708
Fax: 212-584-0799
Email: cseeger@seegerweiss.com

*On behalf of the Plaintiffs' Steering Committee*

cc:     All Counsel of Record (via ECF)