November 17, 2017

**VIA ECF**

Hon. Claire C. Cecchi, U.S.D.J.
United States District Court for the District of New Jersey
Martin Luther King, Jr. Bldg. & U.S. Courthouse
Courtroom  MLK 5B
50 Walnut Street
Newark, New Jersey 07101

Gregory J. Hindy
Partner
T. 973-639-6954
F. 973-297-3883
ghindy@mccarter.com

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ  07102-4056
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

Re:  Proton-Pump Inhibitor Products Liability Litigation
     Civil Action No. 2:17-md-2789 (CCC)(MF) (MDL 2789)

Dear Judge Cecchi:

Pursuant to Case Management Order No. 5, the Privilege Log Order is due today. Defendants seek a short extension and Plaintiffs do not object.  We write to confirm that the Court has agreed to extend the due date on the Privilege Log Order until Monday, November 20, 2017.

Respectfully submitted,

*/s/ Gregory J. Hindy*

Gregory J. Hindy

GJH:rmb

BOSTON

HARTFORD

STAMFORD

NEW YORK

NEWARK

EAST BRUNSWICK

PHILADELPHIA

WILMINGTON

WASHINGTON, DC

ME1 26133302v.1