UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: PROTON-PUMP INHIBITOR PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to: ALL ACTIONS | 2:17-MD-2789 (CCC)(MF)<br>(MDL 2789)<br>and all member and related cases<br><br>Judge Claire C. Cecchi<br><br>CASE MANAGEMENT ORDER NO. 6 ON DECEMBER 18, 2017 STATUS CONFERENCE |

The Court having held a case management conference on December 18, 2017, and after reviewing the parties' submissions and having discussed various case management issues with the parties, enters the following ORDER:

1. Having received guidance from the Court, the parties shall meet and confer regarding submission of an agreed-to Plaintiff Fact Sheet ("PFS") along with an implementing Case Management Order governing the PFS. By January 9, 2018, the parties shall submit an agreed upon PFS and implementing Case Management Order. If the parties are unable to reach agreement on a PFS and/or implementing order, they shall submit, by January 9, 2018, a single PFS and/or order that includes any competing provisions, along with simultaneous letter briefs setting forth their positions.

2. Having received guidance from the Court, the parties shall meet and confer regarding submission of an agreed-to Direct Filing Order ("DFO"). The DFO shall not require Plaintiffs with previously filed cases to file new Short Form Complaints ("SFC"), but Defendants may file a Short Form Answer to each such previously filed case (in which an Answer has not already been filed). Prior to filing any motion to dismiss, Defendants must seek leave of the

Court. By January 9, 2018, the parties shall endeavor to submit an agreed upon DFO. If the parties are unable to reach agreement on the DFO, they shall submit, by January 9, 2018, a single Order that includes any competing provisions, along with simultaneous letter briefs setting forth their positions.

3. The AstraZeneca Defendants shall serve the PSC with one master set of Rule 26(a)(1) initial disclosures by January 26, 2018. The remaining Defendants shall confer with the PSC regarding a schedule for their Rule 26(a)(1) initial disclosures.

4. The deadline for the AstraZeneca Defendants to respond to Plaintiffs' First Set of Interrogatories, dated December 1, 2017, is extended to January 26, 2018.

5. Having received guidance from the Court, with respect to discovery from the AstraZeneca Defendants, the parties shall meet and confer on their discovery disputes set forth in the PSC's letter, dated December 14, 2017, by December 22, 2017 (which the Court understands has been done). Then to the extent there are any remaining disputes, on January 9, 2018, by 4:00 p.m. EST, the parties shall submit simultaneous letter briefs, a maximum of 5-pages single spaced, informing the Court of any disputes.

6. With respect to the Rule 30(b)(6) depositions that have been scheduled, Defendants shall identify in advance which topic area(s) will be addressed by each scheduled 30(b)(6) witness(es).

7. The parties shall meet and confer on a Science Day to be held in the spring of 2018, depending on the Court's schedule, and will report back to the Court at the next status conference.

8. The next status conference is scheduled for January 12, 2018 at 1:00 p.m. EST, the Plaintiffs will coordinate a dial-in telephone conference line. The parties shall submit a Joint Status Report and Agenda to the Court by January 10, 2018.

9. Other than the AstraZeneca discovery disputes in item 5, above briefing on any issues between the parties shall be limited to one letter brief per side, neither document to exceed ten pages, single-spaced. Either party may seek leave of the Court to file a letter brief in excess of ten pages.

SO ORDERED:

Dated: Newark, New Jersey
January 8, 2018

CLAIRE C. CECCHI
United States District Judge