UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: PROTON-PUMP INHIBITOR PRODUCTS LIABILITY LITIGATION (NO. II)** | 2:17-MD-2789 (CCC) (MF)<br>MDL 2789 |

### NOTICE OF APPEARANCE OF STEPHEN J. MCCONNELL

To the Clerk:

Please enter the appearance of Stephen J. McConnell on behalf of Defendants GSK Consumer Health, Inc. (f/k/a Novartis Consumer Health, Inc.), GlaxoSmithKline Consumer Healthcare Holdings (US) LLC, GlaxoSmithKline Consumer Healthcare, L.P., and GlaxoSmithKline Consumer Healthcare (US) IP LLC (collectively, the "GSK Defendants") on this Court's MDL master docket.

The above-referenced counsel has complied with the ECF requirements for this Court and has received a personal ID and password.

By entering an appearance, the GSK Defendants do not waive any defenses, and, in fact, specifically preserve all defenses, including but not limited to, defenses related to service and personal jurisdiction in any individual case that is currently pending in MDL 2789 or that subsequently may be transferred to or consolidated with MDL 2789.

- 2 -

          */s/ Stephen J. McConnell*
          Stephen J. McConnell
          **REED SMITH LLP**
          Three Logan Square
          1717 Arch Street, Suite 3100
          Philadelphia, PA 19103
          Phone: (215) 851-8100
          Fax: (215) 851-1420
          Email: smcconnell@reedsmith.com

          *Attorneys for Defendants GSK Consumer Health, Inc. (f/k/a Novartis Consumer Health, Inc.), GlaxoSmithKline Consumer Healthcare Holdings (US) LLC, GlaxoSmithKline Consumer Healthcare, L.P., and GlaxoSmithKline Consumer Healthcare (US) IP*

Dated:  January 25, 2018

**CERTIFICATE OF SERVICE**

I hereby certify that on January 25, 2018, I electronically filed the foregoing Notice of Appearance of Stephen J. McConnell with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

> */s/ Stephen J. McConnell*
> Stephen J. McConnell