UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: PROTON-PUMP INHIBITOR PRODUCTS LIABILITY LITIGATION | 2:17-MD-2789 (CCC)(MF) (MDL 2789) and all member and related cases |
| This Document Relates to: ALL ACTIONS | Judge Claire C. Cecchi |
| | CASE MANAGEMENT ORDER NO. 8 ON JANUARY 12, 2018 STATUS CONFERENCE |

The Court having held a case management conference on January 12, 2018, and after reviewing the parties' submissions and having discussed various case management issues with the parties, enters the following ORDER:

1. Science Day shall take place on May 16, 2018. The parties shall be prepared to discuss the parameters of the presentations at the next status conference. Any party may seek a continuance of the Science Day for good cause shown, which Plaintiffs contend may include the reasons already set forth at the hearing on January 12, 2018, and any party may oppose such continuance.

2. The parties shall meet and confer regarding submission of an agreed-to Defendant Fact Sheet ("DFS") along with an implementing Case Management Order governing the DFS. By February 15, 2018, the parties shall submit an agreed upon DFS and implementing Case Management Order. If the parties are unable to reach agreement on a DFS and/or implementing order, they shall submit, by February 15, 2018, a single DFS and/or order that includes any competing provisions, along with simultaneous letter briefs setting forth their positions.

3. The parties shall meet and confer regarding a Scheduling Order and update the

1

Court by February 15, 2018. Any disagreements regarding the schedule can be addressed at the next status conference.

4.   The AstraZeneca Defendants shall run the search terms proposed by Plaintiffs and provide Plaintiffs with sufficient information to evaluate the volume generated by specific terms and by custodian. The parties shall than meet and confer on the extent to which modifiers may be needed for certain searches.

5.   The AstraZeneca Defendants shall produce draft versions of marketing and promotional materials, in addition to the final, copy approved versions of such materials that they have already agreed to produce.

6.   The parties shall meet and confer on search terms to be applied to AstraZeneca's call note and customer complaint databases, to the extent they are unable to reach agreement, the parties shall notify the Court in advance of the next status conference.

7.   The AstraZeneca Defendants shall include the terms "Pharmaceutical Research and Manufacturers of America" and "PhRMA" in their document search terms.

8.   The next status conference is scheduled for February 22, 2018 at 1:00 p.m. EST, the Plaintiffs will coordinate a dial-in telephone conference line. The parties shall submit a Joint Status Report and Agenda to the Court by February 19, 2018.

SO ORDERED:

Dated: Newark, New Jersey
      January 30, 2018

                                                     CLAIRE C. CECCHI
                                                     United States District Judge