January 30, 2018

VIA ECF

Hon. Claire C. Cecchi, U.S.D.J.
United States District Court for the District of New Jersey
Martin Luther King, Jr. Bldg. & U.S. Courthouse
Courtroom  MLK 5B
50 Walnut Street
Newark, New Jersey  07101

**Re:** **Proton-Pump Inhibitor Products Liability Litigation (No. II)**
**2:17-md-2789 (CCC)(MF) (MDL 2789)**
**Proposed Case Management Order No. 9**
**(Plaintiff Fact Sheet and PFS Document Production)**

Dear Judge Cecchi:

With plaintiffs' permission, Defendants respectfully submit the attached Proposed Case Management Order No. 9, with exhibits, in reference to the above captioned matter.

Respectfully submitted,

*/s/ Gregory J. Hindy*

Gregory J. Hindy

cc:     All Counsel of Record (via ECF)

Gregory J. Hindy
Partner
T. 973-639-6954
F. 973-297-3883
ghindy@mccarter.com

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ  07102-4056
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

BOSTON

HARTFORD

STAMFORD

NEW YORK

NEWARK

EAST BRUNSWICK

PHILADELPHIA

WILMINGTON

WASHINGTON, DC

ME1 26543499v.1