UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

NEWARK

Date: January 12, 2018

JUDGE: HON. CLAIRE C. CECCHI

COURT REPORTER: WALTER PERELLI

DEPUTY CLERK: JACQUIE LAMBIASE

Docket No. 17-md-2789 (CCC)

Title of Case: In Re: Proton-Pump Inhibitor Products Liability Litigation (No. II)

Appearances:

| **Attorney for Various Plaintiffs:** | **Attorney for Various Defendants:** |
|---|---|
| Christopher A. Seeger, Esq. | Arthur E. Brown, Esq. |
| Jeffrey Grand, Esq. | Gregory L. Hindy, Esq. |
| Seth A. Katz, Esq. | Makenzie Windfelder, Esq. |
| Shayna E. Sacks, Esq. (By Phone) | James J. Freebery, Esq. |
| Christopher R. Lopalo, Esq. (By Phone) | John A. Camp, Esq. |
| Navan Ward, Esq. | William A. Wright, Esq. |
| Tracy A. Finken, Esq. (By Phone) | Stephen J. Mcconnell, Esq. |
| James J. Rosemergy, Esq. (By Phone) | Sonja S. Weissman, Esq. |
| Derek T. Braslow, Esq. (By Phone) | K.C. Green, Esq. |
| Michael Acciavatti, Esq. (By Phone) | Loren H. Brown, Esq. |
| | Katherine B. W. Insogna, Esq. |
| | Matthew A. Holian, Esq. |
| | Stephen C. Matthews, Esq. |
| | Jason C. Rose, Esq. |
| | Sherry A. Knutson, Esq. |
| | Beth A. Rose, Esq. |
| | Wendy Butler Curtis, Esq. (By Phone) |

**NATURE OF PROCEEDINGS**:    IN PERSON STATUS CONFERENCE

Status Conference held on the record.
Next status conference to be held on February 22, 2018 at 1:00 p.m. before Judge Claire C. Cecchi.

Time Commenced:  1:00 p.m.                              Time Adjourned:  3:00 p.m.

*Jacquie Lambiase*

Jacquie Lambiase, Deputy Clerk