

February 15, 2018

**VIA ECF AND FEDERAL EXPRESS**

Honorable Judge Claire C. Cecchi
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

    **In Re: Proton-Pump Inhibitor Products Liability Litigation
    2:17-md-2789 (CCC)(MF) (MDL 2789)**

Dear Judge Cecchi,

    This letter is to update the Court on the status of Defense Fact Sheet ("DFS") discussions. The PSC and the Pfizer Defendants are close to agreement on a Defense Fact Sheet. The parties believe this agreement may serve as the basis for individual DFS orders for the remaining Defendants. As such, we respectfully request an additional three weeks to submit proposed DFS orders to the Court.

    Respectfully submitted,

    /s/ Christopher A. Seeger
    Christopher A. Seeger
    SEEGER WEISS LLP
    55 Challenger Road 6th Floor
    Ridgefield Park, NJ
    212-584-0700
    212-584-0799 (fax)
    cseeger@seegerweiss.com

    /s/ Stephanie O'Connor
    Stephanie O'Connor
    DOUGLAS & LONDON, P.C.
    59 Maiden Lane, 6th Fl.
    New York, NY 10038
    212-566-7500
    212-566-7501 (fax)
    soconnor@douglasandlondon.com

    *Plaintiffs' Co-Lead Counsel*

cc:  All Counsel of Record (via ECF)