UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: PROTON-PUMP INHIBITOR PRODUCTS LIABILITY LITIGATION (No. II) | MDL NO. 2789 |
| | 2:17-MD-2789 (CCC) (MF) |
| This Document Relates to All Actions | JUDGE CLAIRE C. CECCHI |

## NOTICE OF APPEARANCE

TO:   Clerk of Court
      Martin Luther King Building & U.S. Courthouse
      50 Walnut Street, Room 4015
      Newark, NJ 07101

PLEASE TAKE NOTICE that Jonathan B. Skidmore of Norton Rose Fulbright US LLP hereby enters an appearance on behalf of Defendants Takeda Pharmaceuticals USA, Inc., Takeda Pharmaceuticals America, Inc., Takeda Development Center Americas, Inc. and Takeda Pharmaceuticals International, Inc. in this matter.

Dated: February 20, 2018

By:   s/ Jonathan B. Skidmore
      JONATHAN B. SKIDMORE
      NORTON ROSE FULBRIGHT US LLP
      2200 Ross Avenue
      Suite 3600
      Dallas, TX 75201-7932
      Phone: (214)855-8000
      E-mail: jon.skidmore@nortonrosefulbright.com

      s/ Beth S. Rose
      Beth S. Rose
      Vincent Lodato
      SILLS CUMMIS & GROSS P.C.
      One Riverfront Plaza
      Newark, New Jersey 07102
      Phone: (973) 643-7000
      E-mail: brose@sillscummis.com
      E-mail: vlodato@sillscummis.com

<em>Attorneys for Defendants<br>
Takeda Pharmaceuticals USA, Inc.,<br>
Takeda Pharmaceuticals America, Inc.,<br>
Takeda Development Center Americas, Inc.<br>
and Takeda Pharmaceuticals International, Inc.</em>

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of February, 2018, I caused a copy of the within Notice of Appearance to be served by the Court's Electronic Case Filing System on all counsel of record.

<em>s/ Beth S. Rose</em><br>
BETH S. ROSE