

March 15, 2018

**VIA ECF**

Honorable Judge Claire C. Cecchi
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

       **In Re: Proton-Pump Inhibitor Products Liability Litigation**
          **2:17-md-2789 (CCC)(MF) (MDL 2789)**

Dear Judge Cecchi,

    Plaintiffs respectfully submit the attached Proposed Case Management Order No. 10, which summarizes Your Honor's instructions and rulings at the March 5, 2018 telephonic Status Conference. Defendants' counsel has reviewed and agreed to this proposed Order.

    We thank the Court for its time and courtesy, and should the Court have any questions or concerns regarding this submission, please do not hesitate to contact me.

                                      Respectfully submitted,

                                      /s/ Christopher A. Seeger
                                      Christopher A. Seeger
                                      SEEGER WEISS LLP
                                      55 Challenger Road 6th Floor
                                      Ridgefield Park, NJ
                                      212-584-0700
                                      212-584-0799 (fax)
                                      cseeger@seegerweiss.com

                                      *On behalf of the Plaintiffs' Steering Committee*

cc:  All Counsel of Record (via ECF)

55 Challenger Road • Ridgefield Park, NJ 07660 • T: 212.584.0700 F: 212.584.0799 • seegerweiss.com