

May 3, 2018

**VIA ECF**

Hon. Claire C. Cecchi, U.S.D.J.
United States District Court for the District of New Jersey
Martin Luther King, Jr. Bldg. & U.S. Courthouse
Courtroom MLK 5B
50 Walnut Street
Newark, New Jersey 07101

**Re: Proton-Pump Inhibitor Products Liability Litigation,
2:17-md-2789 (CCC)(MF) (MDL 2789)
Proposed Science Day Case Management Order**

Dear Judge Cecchi:

This firm represents AstraZeneca Pharmaceuticals LP and AstraZeneca LP ("AstraZeneca") and Merck Sharpe & Dohme Corporation, and we enclose for Your Honor's consideration a Joint Proposed Science Day Case Management Order, which the parties have consented to the entry of in the above captioned matter.

> Respectfully submitted,
> */s/ Gregory J. Hindy*
> Gregory J. Hindy

GJH:bcs
Enclosure
cc:   All Counsel of Record (Via ECF)

Gregory J. Hindy
Partner
T. 973-639-6954
F. 973-297-3883
ghindy@mccarter.com

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ  07102-4056
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

BOSTON

HARTFORD

STAMFORD

NEW YORK

NEWARK

EAST BRUNSWICK

PHILADELPHIA

WILMINGTON

WASHINGTON, DC

ME1 27154419v.1