

NEW YORK • NEW JERSEY • PHILADELPHIA

May 7, 2018

**VIA ECF**

Honorable Judge Claire C. Cecchi
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

        **In Re: Proton-Pump Inhibitor Products Liability Litigation**
               **2:17-md-2789 (CCC)(MF) (MDL 2789)**

Dear Judge Cecchi,

        As discussed at the last status conference, Plaintiffs respectfully submit the attached Proposed Case Management Order Regarding Management of Timekeeping, Cost Reimbursement, and Related Common Benefit Issues.  As stated at the conference, Defendants' counsel have reviewed and take no position with respect to the proposed Order.

        We thank the Court for its time and courtesy, and should the Court have any questions or concerns regarding this submission, please do not hesitate to contact me.

                                Respectfully submitted,

                                /s/ Christopher A. Seeger
                                Christopher A. Seeger
                                SEEGER WEISS LLP
                                55 Challenger Road 6th Floor
                                Ridgefield Park, NJ
                                212-584-0700
                                212-584-0799 (fax)
                                cseeger@seegerweiss.com


                                *On behalf of the Plaintiffs' Steering Committee*


cc:  All Counsel of Record (via ECF)