

Stephen A. Klein
dir 202 898 5833
sklein@hollingsworthllp.com

May 15, 2018

**VIA ELECTRONIC MAIL**

Honorable Judge Claire C. Cecchi
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

    Re:    In re: Proton Pump Inhibitor Products Liab. Litig.
            2:17-md-2789 (CCC)(MF) (MDL 2789)

Dear Judge Cecchi:

    I am attorney of record for the four Novartis entities named in Plaintiffs' Master Long Form Complaint ("Master Complaint"): Novartis Corporation, Novartis Pharmaceuticals Corporation, Novartis Vaccines and Diagnostics, Inc., and Novartis Institutes for Biomedical Research, Inc. (collectively, the "Novartis Defendants").

    I am unable to attend Science Day on May 16, 2018 and would like to have my colleague, Tabitha King, attend in my place. Ms. King is a young attorney at our firm who is admitted to the District of Columbia bar, and whose application for admission to the U.S. District Court for the District of Columbia, submitted on May 9, 2018, is currently pending.

    I am happy to provide further information to the court, if requested. Thank you for your understanding.

Sincerely,

Stephen A. Klein

cc: All Counsel of Record (via ECF)

1350 I Street, N.W. || Washington, DC 20005 || tel 202 898 5800 || www.hollingsworthllp.com