UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

NEWARK

Date: July 24, 2018

JUDGE: HON. CLAIRE C. CECCHI

COURT REPORTER: WALTER PERELLI

DEPUTY CLERK: JACQUIE LAMBIASE

Docket No. 17-md-2789 (CCC)

Title of Case: In Re: Proton-Pump Inhibitor Products Liability Litigation (No. II)

Appearances:

| Attorney for Various Plaintiffs: | Attorney for Various | Defendants: |
|---|---|---|
| Michael London, Esq. | Arthur E. Brown, Esq. | Allyson Julien |
| David Buchannan | Alan E. Rothman, Esq. | Kathryn Deal |
| Paul J. Pennock, Esq | Gregory L. Hindy, Esq. | Debra Perry |
| Tracy A. Finken, Esq. | Makenzie Windfelder, Esq. | Katherine W. Insogna, Esq. |
| Stephanie O'Connor, Esq. | James J. Freebery, Esq. | Sherry A. Knutson, Esq. |
| Daniel Lapinski, Esq. | Amy K. Fisher, Esq. | Wendy Curtis, Esq. |
| Roger Denton, Esq. | K.C. Green, Esq. | Loren Brown, Esq. |
| Navan Ward, Esq. | John Camp | Cara Edwards, Esq. |
| Seth Katz, Esq. . | Stephen McConnell | |
| Brett Bustamente, Esq. | Mattthew Holian | |
| Shayna Sack, Esq. (via phone) | Craig Thompson | |
| Christopher Lopalo, Esq. (via phone) | Vincent Lodato | |
| Abby McClellan, Esq. (via phone) | Lorna Dotro, | |

**NATURE OF PROCEEDINGS**:   IN PERSON STATUS CONFERENCE

Status Conference held on the record.
Next status conference to be held on September 7, 2018 at 1:00 p.m. before Judge Claire C. Cecchi.

Time Commenced:  1:00 p.m.                    Time Adjourned:  3:30 p.m.

*Jacquie Lambiase*

Jacquie Lambiase, Deputy Clerk