# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: PROTON-PUMP INHIBITOR PRODUCTS LIABILITY LITIGATION | 2:17-MD-2789 (CCC)(MF) (MDL 2789) and all member and related cases |
| This Document Relates to: ALL ACTIONS | Judge Claire C. Cecchi |

## CASE MANAGEMENT ORDER NO. 23
## ON JULY 24, 2018 STATUS CONFERENCE

The Court having held a case management conference on July 24, 2018, and after reviewing the parties' submissions and having discussed various case management issues with the parties, enters the following ORDER:

1. The parties shall continue to meet and confer regarding: (a) Defendants' requests for amendments to existing CMOs regarding Service, Appearances, Short-Form Answers, and revised PFS Deadlines; (b) Defendants' request that Plaintiffs separately produce or ear-mark proof of use records produced with Plaintiff Fact Sheets; (c) Plaintiffs' requests for Defendants' non-custodial productions; and (d) the parties' position(s) on *Lexecon*. In the event the parties are unable to reach agreement on these issues, each side shall submit letters setting forth their respective positions by 4 pm Eastern Standard Time on **Monday, September 17, 2018**.

2. The Court has scheduled an in-person status conference for **September 21, 2018 at 1:30 p.m.** The parties shall submit a joint status report and agenda for that conference by **September 17, 2018**.

SO ORDERED:

Dated: Newark, New Jersey
August 24, 2018

_____
CLAIRE C. CECCHI
United States District Judge