# Sills Cummis & Gross
A Professional Corporation

**The Legal Center**
**One Riverfront Plaza**
**Newark, New Jersey 07102**
**Tel: (973) 643-7000**
**Fax (973) 643-6500**

101 Park Avenue
28th Floor
New York, NY 10178
Tel: (212) 643-7000
Fax: (212) 643-6500

**Beth S. Rose**
**Member**
**Admitted In NJ, NY**
**Direct Dial: 973-643-5877**
**Email: brose@sillscummis.com**

600 College Road East
Princeton, NJ 08540
Tel: (609) 227-4600
Fax: (609) 227-4646

September 14, 2018

**Via ECF**

The Honorable Claire C. Cecchi, U.S.D.J.
United States District Court
Martin Luther King Building & U.S. Courthouse, PO-09
50 Walnut Street
Newark, New Jersey 07101

    Re: In Re: Proton Pump Inhibitor Products Liability Litigation (NO. II) MDL 2789

Dear Judge Cecchi:

  Defendants respectfully submit the enclosed Proposed Case Management Order No. 24 (Dismissal of Certain Takeda U.S. Defendants), Proposed Case Management Order No. 25 (Dismissal of Certain GlaxoSmithKline Defendants) and Proposed Case Management Order No. 26 (Dismissal of Wyeth Defendants). Also enclosed is the Second Amended Short Form Complaint and Jury Demand, which serves as Exhibit A to each of the three Proposed CMOs. All parties have stipulated to the entry of these Proposed CMOs. If the same meets Your Honor's approval, kindly execute and direct the Clerk's Office to post them on the Court's docket.

                Respectfully submitted,

                *s/ Beth S. Rose*

                BETH S. ROSE

Enc.
cc: All Counsel of record (via ECF)