**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: PROTON-PUMP INHIBITOR PRODUCTS LIABILITY LITIGATION** | **2:17-MD-2789 (CCC)(MF) (MDL 2789) and all member and related cases** |
| **This Document Relates to: ALL ACTIONS** | **Judge Claire C. Cecchi** |
| | **CASE MANAGEMENT ORDER NO. 28 ON SEPTEMBER 21, 2018 STATUS CONFERENCE** |

The Court having held a case management conference on September 21, 2018, and after reviewing the parties' submissions and having discussed various case management issues with the parties, enters the following ORDER:

1. The parties reached agreement on amendments to Case Management Orders No. 7 (Master Complaint, Master Answers, Short Form Adoption, Direct Filing) and No. 9 (Plaintiff Fact Sheet and PFS Document Production). These amendments are set forth in Case Management Order No. 27, entered on September 24, 2018.

2. Defendants shall advise the Court of their respective positions on *Lexecon* at or before the November 5, 2018 status conference.

3. The parties shall continue to meet and confer on issues relating to Defendants' various productions. If the parties are unable to agree, any party may request a teleconference with the Court in advance of the next case management conference and need not wait until the next conference to raise such disputes.

4. The Court has scheduled in-person status conferences for November 5, 2018 and December 19, 2018. Both conferences shall begin at 1 p.m. By 4 pm EST on November 1, 2018

and December 14, 2018, respectively, the parties shall submit a joint status report and agenda, and if needed, letters setting forth any disputes that need to be addressed at the conference.

SO ORDERED:

Dated: Newark, New Jersey
      October 4, 2018

                                            CLAIRE C. CECCHI
                                            United States District Judge