UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **IN RE: PROTON-PUMP** | **:** | **MDL NO. 2789** |
| **INHIBITOR PRODUCTS** | **:** | |
| **LIABILITY LITIGATION** | **:** | **2:17-MD-2789 (CCC)(MF)** |
| **(NO. II)** | **:** | |
| | **:** | |
| ***This Document Relates to:*** | **:** | **JUDGE CLAIRE C. CECCHI** |
| | **:** | |
| **2:18-cv-15688** | **:** | **ORAL ARGUMENT** |
| **2:18-cv-15015** | **:** | **REQUESTED** |
| **2:18-cv-14926** | **:** | |
| **2:18-cv-14991** | **:** | |
| **2:18-cv-15492** | **:** | |
| **2:18-cv-15638** | **:** | |
| **2:18-cv-15602** | **:** | |
| **2:18-cv-16132** | **:** | |
| **2:18-cv-16046** | **:** | |
| **2:18-cv-14547** | **:** | |
| **2:18-cv-16025** | **:** | |
| **2:18-cv-16480** | **:** | |
| **2:18-cv-16243** | **:** | |
| **2:18-cv-16771** | **:** | |
| **2:18-cv-15773** | **:** | |
| **2:18-cv-14650** | **:** | |

## NOTICE OF DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO PROVIDE PROOF OF INJURY AND/OR PROOF OF USE AFTER TOLLING EXPIRATION

**PLEASE TAKE NOTICE** that on January 22, 2019, or as soon thereafter

as counsel may be heard, the undersigned attorneys for Defendants AstraZeneca

Pharmaceuticals LP and AstraZeneca LP (collectively "AstraZeneca"), Merck

Sharp & Dohme Corporation, incorrectly named as Merck & Co. Inc. d/b/a Merck,

Sharp & Dohme Corporation ("Merck"), The Procter & Gamble Manufacturing

Company, and The Procter & Gamble Company (collectively "Procter & Gamble"), Abbott Laboratories ("Abbott"), Takeda Pharmaceuticals U.S.A., Inc., Takeda Pharmaceuticals America, Inc., Takeda Development Center Americas, Inc., f/k/a Takeda Global Research & Development Center, Inc., and Takeda Pharmaceutical Company Limited (collectively "Takeda"), Pfizer Inc. ("Pfizer"), and Glaxosmithkline Consumer Healthcare Holdings (US) LLC and Novartis Consumer Health, Inc. n/k/a GSK Consumer Health, Inc. (collectively "GSK") (collectively, "Defendants" or "Moving Defendants"), by counsel and pursuant to the Stipulation Regarding Tolling of Statutes of Limitation (Dkt. 232) ("Tolling Agreement"), shall apply before the United States District Court of the District of New Jersey Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07101, for an Order granting Moving Defendants' Motion to Dismiss the Complaints in their entirety of the captioned Plaintiffs (collectively "the Plaintiffs"), for failure to comply with the requirements of the Tolling Agreement upon refiling of their Complaints.

**PLEASE TAKE FURTHER NOTICE** that Moving Defendants will rely upon the supporting Memorandum in support of its motion, and a proposed form of Order is also submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Civil Rule 78.1(b), Moving Defendants requests oral argument if an opposition is filed.

Dated: December 14, 2018

*/s/ Loren H. Brown*
Loren H. Brown
Cara D. Edwards
Lucas P. Przymusinski
DLA PIPER LLP (US)
1251 Avenue of the Americas, 27th Floor
New York, NY 10020
Tel: (212) 335-4500
Fax: (212) 335-4501
loren.brown@dlapiper.com
cara.edwards@dlapiper.com
lucas.przymusinski@dlapiper.com

*/s/ Matthew A. Holian*
Matthew A. Holian
Katie W. Insogna
DLA PIPER LLP (US)
33 Arch Street, 26th Floor
Boston, MA 02110
Tel: (617) 406-6000
Fax: (617) 406-6100
matt.holian@dlapiper.com
katie.insogna@dlapiper.com

*/s/ Stephen C. Matthews*
Stephen C. Matthews
DLA PIPER LLP (US)
51 John F. Kennedy Parkway, Suite 120
Short Hills, NJ 07078-2704
Tel: (973) 520-2550
Fax: (973) 520-2551
stephen.matthews@dlapiper.com

*Attorneys for Defendant Pfizer Inc.*

MCCARTER & ENGLISH, LLP

/s/ Gregory J. Hindy
Gregory J. Hindy
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07101-0652
(973) 622-4444
ghindy@mccarter.com

James J. Freebery
Makenzie Windfelder
405 N. King Street, 8th Floor
Wilmington, DE  19801
(302) 984-6300
jfreebery@mccarter.com
mwindfelder@mccarter.com

*Attorneys for AstraZeneca Pharmaceuticals LP, AstraZeneca LP, and Merck Sharp & Dohme Corporation*

4

ICE MILLER LLP
/s/ Amy K. Fisher
Amy K. Fisher
Katherine D. Althoff
John A. Camp
One American Square, Ste. 2900
Indianapolis, IN  46281-0200
(317) 236-2100
Amy.Fisher@icemiller.com
Katherine.Althoff@icemiller.com
John.Camp@icemiller.com

*Attorneys for AstraZeneca
Pharmaceuticals LP, AstraZeneca
LP, and Merck Sharp & Dohme
Corporation*

ARNOLD & PORTER KAYE SCHOLER LLP
/s/ Arthur E. Brown
Arthur E. Brown
Matthew J. Douglas
Alan E. Rothman
250 W. 55th Street, New York, NY 10019-9710
(212) 836-8000
Arthur.Brown@arnoldporter.com
Matthew.Douglas@arnoldporter.com
Alan.Rothman@arnoldporter.com

*Attorneys for AstraZeneca Pharmaceuticals
LP and AstraZeneca LP*

AKIN GUMP STRAUSS HAUER
& FELD LLP
/s/ Kathryn E. Deal
Kathryn E. Deal
Seamus C. Duffy
Two Commerce Square
2001 Market Street, Suite 4100
Philadelphia, PA 19103-7013
(215) 965-1219
kdeal@akingump.com
sduffy@akingump.com

*Attorneys for Merck Sharp & Dohme
Corporation*

MORGAN LEWIS & BOCKIUS LLP
/s/ Lisa C. Dykstra
Lisa C. Dykstra
Shevon L. Scarafile
1701 Market Street
Philadelphia, PA 19103-2921
(215) 963-5000
Lisa.Dykstra@morganlewis.com
Shevon.Scarafile@morgan.lewis.com

*Attorneys for Merck Sharp &
Dohme Corporation*

5

ULMER & BERNE LLP

*/s/ K. C. Green*
K. C. Green
Jeffrey F. Peck
Gina M. Saelinger
600 Vine Street, Suite 2800
Cincinnati, Ohio 45202
Telephone: (513) 698-5000
Facsimile: (513) 698-5001
kcgreen@ulmer.com
jpeck@ulmer.com
gsaelinger@ulmer.com

*Attorneys for The Procter & Gamble
Company and The Procter & Gamble
Manufacturing Company*

VENABLE LLP

/s/ Craig A. Thompson
Craig A. Thompson
Jason C. Rose
VENABLE LLP
750 East Pratt Street, Suite 900
Baltimore, MD 21202
Telephone: (410) 244-7400
Facsimile: (410) 244-7742
cathompson@venable.com
jcrose@venable.com

*Attorneys for Takeda Defendants*

TUCKER ELLIS LLP

/s/ Sherry Knutson
Sherry Knutson
James Hemmings
233 South Wacker Drive
Suite 6950
Chicago, Illinois 60606-9997
(312) 624-6300
(312) 624-6309
sherry.knutson@tuckerellis.com
james.hemmings@tuckerellis.com

*Attorneys for Takeda Defendants*

6

/s/ Stephen J. McConnell
Stephen J. McConnell
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Telephone: (215) 851-8100
smcconnell@reedsmith.com

*Attorneys for Glaxosmithkline Consumer
Healthcare Holdings (US) LLC and
Novartis Consumer Health, Inc. n/k/a GSK
Consumer Health, Inc.*