**SEEGER WEISS LLP**
55 CHALLENGER ROAD
6TH FLOOR
RIDGEFIELD PARK, NJ 07660
(973) 639-9100
Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## NEWARK DIVISION

| | |
|---|---|
| IN RE: PROTON-PUMP INHIBITOR PRODUCTS LIABILITY LITIGATION (NO. II)<br><br>This Document Relates to:<br><br>*Peter Mos v. AstraZeneca Pharmaceuticals LP*<br>2:18-cv-05435-CCC-MF | MDL No. 2789<br><br>JUDGE CLAIRE C. CECCHI<br><br>MAGISTRATE MARK FALK<br><br>Case No.: 2:17-md-2789 (CCC)(MF)<br><br>**MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY OF RECORD FOR PLAINTIFF PETER MOS** |

**TO:** Gregory J. Hindy, Esq.
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07101-0652
Attorneys for Defendants

James J. Freebery, Esq.
Makenzie Windfelder, Esq.
McCarter & English, LLP
405 N. King Street, 8th Floor
Wilmington, DE 19801 (302) 984-6300

Amy K. Fisher, Esq.
Katherine D. Althoff, Esq.
John A. Camp, Esq.
Ice Miller LLP
One American Square, Ste. 2900
Indianapolis, IN 46281-0200

>Attorneys for Defendants
>AstraZeneca Pharmaceuticals LP, AstraZeneca LP,
>and Merck Sharp & Dohme Corporation
>
>Arthur E. Brown, Esq.
>Matthew J. Douglas, Esq.
>Alan E. Rothman, Esq.
>Arnold & Porter Kaye Scholer LLP
>250 W. 55th Street, New York, NY 10019-9710
>Attorneys for Defendants
>AstraZeneca Pharmaceuticals LP and AstraZeneca LP
>
>Kathryn E. Deal, Esq.
>Seamus C. Duffy, Esq.
>Akin Grump Strauss Hauer & Feld LLP
>Two Commerce Square
>2001 Market Street, Suite 4100
>Philadelphia, PA 19103-7013
>Attorneys for Defendants
>Merck Sharp & Dohme Corporation
>
>Lisa C. Dykstra, Esq.
>Shevon L. Scarafile, Esq.
>Morgan Lewis & Bockius LLP
>1701 Market Street Philadelphia, PA 19103-2921
>Attorney for Defendants
>Merck Sharp & Dohme Corporation

**PLEASE TAKE NOTICE** that on **January 22, 2019**, or as soon thereafter as counsel may be heard, the undersigned attorneys for Plaintiff Peter Mos shall move before the United States District Court for the District of New Jersey for an Order seeking leave to withdraw as the attorney of record for Plaintiff Peter Mos.

**PLEASE TAKE FURTHER NOTICE** that, in support of this Motion, the undersigned attorneys for Plaintiff Peter Mos will rely upon the declaration of Asim M. Badaruzzaman, Esq.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith pursuant to L.Civ.R. 7.1(e).

**PLEASE TAKE FURTHER NOTICE** that oral argument is waived.

DATED:  December 27, 2018

                                                Respectfully Submitted,

                                                By: /s/ Christopher A. Seeger
                                                Christopher A. Seeger
                                                Asim M. Badaruzzaman
                                                SEEGER WEISS LLP
                                                55 Challenger Road, 6th Floor
                                                Ridgefield Park, NJ  07660
                                                (973) 639-9100 telephone
                                                (973) 639-9393 facsimile

                                                Attorneys for Plaintiff