IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: PROTON-PUMP INHIBITOR PRODUCTS LIABILITY LITIGATION (NO. II)<br><br>**This Document Relates to:**<br><br>*Trina A. Waldon v. Abbott Laboratories, et al.*<br><br>**Civil Action No.: 2:19-cv-1779** | MDL No. 2789 (CCC) (MF) |

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by Plaintiff Trina A. Waldon and Defendants AstraZeneca Pharmaceuticals LP, AstraZeneca LP and Merck & Co. Inc. d/b/a Merck, Sharp & Dohme Corporation, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff Trina A. Waldon's claims be voluntarily dismissed without prejudice, and with each party to bear its own costs.

| For Plaintiff Trina A. Waldon: | For Defendant AstraZeneca Pharmaceuticals, LP, AstraZeneca LP and Merck & Co. Inc. |
|---|---|
| /s/ *Douglass A. Kreis* | /s/ *Amy K. Fisher* |
| Douglass A. Kreis (FL Bar No.: 0129704) | Amy K. Fisher |
| Dkreis@awkolaw.com | Amy.Fisher@icemiller.com |
| Neil D. Overholtz (FL Bar No.: 188761) | ICE MILLER, LLP |
| Noverholtz@awkolaw.com | ONE AMERICAN SQUARE, SUITE 2900 |
| Jennifer M. Hoekstra (LA Bar No.: 31476) | INDIANAPOLIS, IN 46282-0200 |
| Jhoekstra@awkolaw.com | Telephone: (317).236.5842 |
| Aylstock, Witkin, Kreis & Overholtz, PLLC | Facsimile (317) 592.5443 |
| 17 East Main Street, Suite 200 | |
| Pensacola, FL 32502-5998 | |
| Telephone: (850) 202-1010 | |
| Fax: (850) 916-7449 | |

Dated: 05/28/2019                                       Dated: 05/28/2019

SO ORDERED this ___ day of _____, 2019.

_____
HONORABLE CLAIRE C. CECCHI, U.S.D.J.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 28, 2019, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system.

/*s/ Douglass A. Kreis*
Douglass A. Kreis (FL Bar No.: 0129704)
Dkreis@awkolaw.com