**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**NEWARK DIVISION**

| | |
|---|---|
| **IN RE: PROTON-PUMP INHIBITOR PRODUCTS LIABILITY LITIGATION (NO. II)**<br><br>This Document Relates to: ALL ACTIONS | **2:17-md-2789 (CCC)(MF)**<br>**(MDL 2789)**<br><br>**AUGUST 13, 2019**<br>**STATUS CONFERENCE**<br>**JOINT STATUS REPORT AND**<br>**PROPOSED AGENDA** |

Pursuant to Your Honor's Order of July 11, 2019 (Dkt. No. 394), the parties hereby submit their Joint Status Report and Proposed Agenda in advance of the August 13, 2019 Status Conference.

## I. STATUS REPORT

At the time of this filing, approximately 13,269 potentially related actions with 13,297 plaintiffs are pending in federal court.

Currently, approximately 141 related state court actions/plaintiffs are pending in the Delaware Superior Court, New Castle County, before Judge John A. Parkins, 68 related state court actions/plaintiffs are pending in the Circuit Court of Cook County, Illinois before Judge Brendan A. O' Brien, 47 related state court actions/plaintiffs are pending in New Jersey state courts in Bergen, Middlesex and Camden Counties before various Judges, 1 related action/plaintiff is pending in New York Supreme Court in New York County, and 22 related actions/plaintiffs are pending in the Court of Common Pleas, Hamilton County, Ohio before Judge Sylvia Hendon.

## II. PROPOSED AGENDA FOR AUGUST 13, 2019 STATUS CONFERENCE

The Parties have met and conferred and propose the following Agenda:

- Plan to Select Bellwether Cases

- Amending CMO 21 following entry of a bellwether plan so as to extend appropriate related deadlines

- Tolling Issues / Defendants' Motions To Dismiss Related to Cases on the Tolling Agreement [Dkt. Nos. 314, 317, 336, 339, 365, 366, 369, 370, 371, 386, 393]

- Pending Plaintiff-Specific Defendants' Motions to Compel, Plaintiffs' Motions to Withdraw, and Plaintiffs' Motion to Sever (*Averhart*)

- Defendants' Previous Request for Clean-Up CMO

- Court's Entry of PSC's Uncontested Motion for Issuance of Commissions via Letters Rogatory [Dkt. No. 338]

- PEC's Motion to Challenge Privilege Claims [Dkt. No. 388]

- AZ's Motion to Compel Death Certificates [Dkt. No. 395]

- Report on Depositions & PSC Request for a Special Master

- Update on Document Productions
    - SAS Productions
    - Supplementation of Regulatory Files

- Defendants' Request that Court Enforce JPML Limitations on MDL Scope and Exclude Gastric Cancer Cases and Plaintiffs' Request that such cases remain in the MDL [Dkt. Nos. 372 and 385]

- PSC's Forthcoming Request to Add Additional PSC Members

### III.  TELEPHONIC MONITORING OF THE CASE MANAGEMENT CONFERENCE

As instructed by the Court, counsel has arranged for a telephonic conference line so interested attorneys can monitor the proceedings. Dial-in information is as follows:

Dial In: (888) 808-6929
Access Code: 9945288#

Note that the status conference is scheduled to begin at 11 a.m. eastern.

Dated: August 5, 2019