**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**NEWARK DIVISION**

| | |
|---|---|
| IN RE: PROTON-PUMP INHIBITOR PRODUCTS LIABILITY LITIGATION (NO. II)<br><br>This Document Relates to: ALL ACTIONS | 2:17-md-2789 (CCC)(MF)<br>(MDL 2789)<br><br>OCTOBER 11, 2019<br>STATUS CONFERENCE<br>JOINT STATUS REPORT AND<br>PROPOSED AGENDA |

The parties hereby submit their Joint Status Report and Proposed Agenda in advance of the October 11, 2019 Status Conference.

## I. STATUS REPORT

At the time of this filing, approximately 13,561 potentially related actions with 13,592 plaintiffs are pending in federal court.

Currently, approximately 99 related state court actions/plaintiffs are pending in the Delaware Superior Court, New Castle County, before Judge Eric M. Davis, 68 related state court actions/plaintiffs are pending in the Circuit Court of Cook County, Illinois before Judge Brendan A. O' Brien, 47 related state court actions/plaintiffs are pending in New Jersey state courts in Bergen, Middlesex and Camden Counties before various Judges, 1 related action/plaintiff is pending in New York Supreme Court in New York County, and 22 related actions/plaintiffs are pending in the Court of Common Pleas, Hamilton County, Ohio before Judge Sylvia Hendon.

## II. PROPOSED AGENDA FOR OCTOBER 11, 2019 STATUS CONFERENCE

The Parties have met and conferred and propose the following Agenda:

- Plan to Select Bellwether Cases;
    - PSC Request for Defendants' List of Post-May 1, 2019 Stage 1 Cases;

- - Amending CMO 21 following entry of a bellwether plan so as to extend appropriate related deadlines;

- Tolling Issues / Defendants' Motions To Dismiss Related to Cases on the Tolling Agreement [Dkt. Nos. 284, 314/317, 336, 339, 365, 366, 368, 369, 370, 371, 386, 393, 429, and 430, as well as Dkt. No. 9 in 2:19-cv-07421] and the Parties' Recent Letters in re Tolling Agreement [Dkt. Nos. 480, 481, and 482];

- Pending Plaintiff-Specific Defendants' Motions to Compel, Plaintiffs' Motions to Withdraw, and Plaintiffs' Motion to Sever (*Averhart*);

- Defendants' Previous Request for Clean-Up CMO;

- PEC's Motions to Challenge Privilege Claims [Dkt. Nos. 388 and 433];

- Report on Depositions;

  - Status of deposition scheduling;

  - PSC's forthcoming requests for additional Letters Rogatory to take foreign witness depositions and to Amend the Letters Rogatory for the foreign witness, Barry Arnold;

  - PSC's request to know whether for those former employee foreign witnesses now represented by AstraZeneca, if AstraZeneca will accept service under the Hague, and if not, provide the witnesses' address; and

  - Central Authority of Sweden's Request for Translation of the Court's Letter of Request and to Contact the Court;

- Update on Document Productions;

  - AstraZeneca's SAS Productions;

  - Clinical Trial Information; and

  - Supplementation of Regulatory Files;

- Defendants' Request that Court Enforce JPML Limitations on MDL Scope and Exclude Gastric Cancer Cases and Plaintiffs' Request that such cases remain in the MDL [Dkt. Nos. 372, 385 and 446]; and

- PSC's Forthcoming Request to Add Additional PSC Members.

### III. TELEPHONIC MONITORING OF THE CASE MANAGEMENT CONFERENCE

As instructed by the Court, counsel has arranged for a telephonic conference line so interested attorneys can monitor the proceedings. Dial-in information is as follows:

Dial In: (888) 808-6929
Access Code: 9945288#

Note that the status conference is scheduled to begin at 11:00 a.m. eastern.

Dated: October 4, 2019