IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION

| | |
|---|---|
| IN RE: PROTON-PUMP INHIBITOR PRODUCTS LIABILITY LITIGATION (NO. II)<br><br>This Document Relates to: ALL ACTIONS | 2:17-md-2789 (CCC)(MF)<br>(MDL 2789)<br><br>DECEMBER 17, 2019<br>STATUS CONFERENCE<br>JOINT STATUS REPORT AND<br>PROPOSED AGENDA |

The parties hereby submit their Joint Status Report and Proposed Agenda in advance of the December 17, 2019 Status Conference.

I. STATUS REPORT

At the time of this filing, approximately 13,373 potentially related actions with 13,404 plaintiffs are pending in MDL 2789.

Currently, approximately 113 state court actions/plaintiffs are pending in the Delaware Superior Court, New Castle County, before Judge Eric M. Davis, 69 state court actions/plaintiffs are pending in the Circuit Court of Cook County, Illinois before Judge Brendan A. O' Brien, 47 state court actions/plaintiffs are pending in a multicounty litigation ("MCL") in New Jersey state court in Atlantic County before Judge John C. Porto, 1 action/plaintiff is pending in New York Supreme Court in New York County, and 23 actions/plaintiffs are pending in the Court of Common Pleas, Hamilton County, Ohio before Judge Sylvia Hendon.

II. PROPOSED AGENDA FOR DECEMBER 17, 2019 STATUS CONFERENCE

The Parties have met and conferred and propose the following Agenda:

- Bellwether Trial Scheduling Order;
- Update on Eligible Case List;

- - Finalization of List;
  - Medical Record Sharing CMO;

- Resolution of the parties' competing Proposed Orders to Show Cause for the following Plaintiffs in Alleged Violation of the Tolling Agreement and Subject to Defendants' Tolling Motions to Dismiss (Dkt Nos. 489 – 492, 494 – 495 and 500)

  - the 609 Plaintiffs; and
  - The 4,956 Plaintiffs;

- Status Update on Clean-Up CMO for "Stage 2" cases without proof of use;

- Update on Discovery;

  - Status of Depositions;
  - Status of Document Productions; and

- PSC's Forthcoming Request to Add Additional PSC Members.

### III.   TELEPHONIC MONITORING OF THE CASE MANAGEMENT CONFERENCE

As instructed by the Court, counsel has arranged for a telephonic conference line so interested attorneys can monitor the proceedings.  Dial-in information is as follows:

Dial In: (888) 808-6929
Access Code: 9945288#

Note that the status conference is scheduled to begin at 1:00 p.m. eastern.

Dated:  December 13, 2019