**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: PROTON-PUMP INHIBITOR PRODUCTS LIABILITY LITIGATION (NO. II)<br><br>This Document Relates to: ALL ACTIONS | 2:17-md-2789 (CCC)(MF)<br>(MDL 2789)<br><br>**FEBRUARY 20, 2020**<br>**STATUS CONFERENCE**<br>**JOINT STATUS REPORT AND**<br>**PROPOSED AGENDA** |

The parties hereby submit their Joint Status Report and Proposed Agenda in advance of the February 20, 2020 Status Conference.

**I.   STATUS REPORT**

At the time of this filing, approximately 13,635 potentially related actions with 13,666 plaintiffs are pending in federal court.

Currently, approximately 89 state court actions/plaintiffs are pending in the Delaware Superior Court, New Castle County, before Judge Eric M. Davis, 69 state court actions/plaintiffs are pending in the Circuit Court of Cook County, Illinois before Judge Brendan A. O' Brien, 47 state court actions/plaintiffs are pending in a multicounty litigation ("MCL") in New Jersey state court in Atlantic County before Judge John C. Porto, 1 action/plaintiff is pending in New York Supreme Court in New York County before Justice Freed, and 22 actions/plaintiffs are pending in the Court of Common Pleas, Hamilton County, Ohio before Judge Sylvia Hendon.

**II.   PROPOSED AGENDA FOR FEBRUARY 20, 2020 STATUS CONFERENCE**

The Parties have met and conferred and propose the following Agenda:

- Plaintiffs' January 31, 2020 Submission of Production Information for the Plaintiffs in Alleged Violation of the Tolling Agreement and Subject to Defendants' Tolling Motions to Dismiss;

- Update on Bellwether Eligible Case Review Process;

- Update on status of interim resolution reached between the parties concerning record retrieval through the Marker Group, Inc.;

- PSC's Open Motion to Quash Non-Party Discovery Request [Dkt. Nos. 520, 534, 543, and 549];

- Defendants' Proposed CMO to Govern Process for Cases in which Plaintiffs Have Failed to Serve Plaintiff Fact Sheets as Required by CMO No. 9;

- PEC's Open Motions to Challenge Privilege Claims [Dkt. Nos. 388 and 433];

- Update on Defendant Discovery;

  - Update on Deposition Scheduling

  - AstaZeneca's Continuing SAS production;

  - AstraZeneca's Response for Clinical and Preclinical Trial Information; and

  - PSC's Third Request for Production of Documents.

III. **TELEPHONIC MONITORING OF THE CASE MANAGEMENT CONFERENCE**

As instructed by the Court, counsel has arranged for a telephonic conference line so interested attorneys can monitor the proceedings. Dial-in information is as follows:

Dial In: (888) 808-6929
Access Code: 9945288#

Note that the status conference is scheduled to begin at 10:00 a.m. eastern.

Dated: February 14, 2020

2

ME1 32658238v.1