UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: PROTON-PUMP INHIBITOR PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>All cases listed in Exhibit A | 2:17-MD-2789 (CCC)(MF)<br>(MDL 2789)<br>and all member and related cases<br><br>Judge Claire C. Cecchi |

### ORDER TO SHOW CAUSE

The 112 Plaintiffs enumerated on the attached Exhibit A are hereby ordered to show cause within ten (10) days as to why their case should not be dismissed without prejudice for failure to comply with the parties' Tolling Agreement.

Any Plaintiffs who fail to respond within ten (10) days are automatically dismissed without prejudice.

For any Plaintiff who responds, Defendants have seven (7) days to reply to any Plaintiff responses and the Court will thereafter rule as to whether the Plaintiff's case should be dismissed.

**SO ORDERED** on this 21 day of Febry, 2020.

CLAIRE C. CECCHI
United States District Judge

1

Exhibit A

| No. | Plaintiff's Name | Case No. | Plaintiff's Counsel |
|---|---|---|---|
| 1 | England, Lucette | 18-cv-05779 | Baron & Budd, P.C. |
| 2 | Beal, Linda | 18-cv-05835 | Baron & Budd, P.C. |
| 3 | Brown, Faye | 18-cv-05843 | Baron & Budd, P.C. |
| 4 | Brown, Peggy | 18-cv-06063 | Baron & Budd, P.C. |
| 5 | Fuentes, Elisa | 18-cv-06393 | Baron & Budd, P.C. |
| 6 | Renteria, Jeanette | 18-cv-06711 | Baron & Budd, P.C. |
| 7 | Hall, Derrick | 18-cv-07422 | Baron & Budd, P.C. |
| 8 | Lawson, Ina | 18-cv-07433 | Baron & Budd, P.C. |
| 9 | Polk, Sam | 18-cv-07621 | Baron & Budd, P.C. |
| 10 | Reed, Candice Lowe | 18-cv-07625 | Baron & Budd, P.C. |
| 11 | Roberts, Edna | 18-cv-07663 | Baron & Budd, P.C. |
| 12 | Trotter, Linda | 18-cv-09508 | Baron & Budd, P.C. |
| 13 | Chesney, Maureen | 18-cv-05292 | Weitz & Luxenberg P.C. |
| 14 | Congelliere, Rhonda J. | 18-cv-05295 | Weitz & Luxenberg P.C. |
| 15 | Gurard-Loosmore, Charlene | 18-cv-05301 | Weitz & Luxenberg P.C. |
| 16 | Lozano, Roberta | 18-cv-05319 | Weitz & Luxenberg P.C. |
| 17 | Mangiardi, Dominic | 18-cv-05320 | Weitz & Luxenberg P.C. |
| 18 | Schultz, Susan | 18-cv-05328 | Weitz & Luxenberg P.C. |
| 19 | Green, Carl | 18-cv-05350 | Weitz & Luxenberg P.C. |
| 20 | Richard, James | 18-cv-05362 | Weitz & Luxenberg P.C. |
| 21 | Gross, III, Edward | 18-cv-05470 | Weitz & Luxenberg P.C. |
| 22 | Mooney, Melissa | 18-cv-05480 | Weitz & Luxenberg P.C. |
| 23 | Tomiak, Robyn | 18-cv-05486 | Weitz & Luxenberg P.C. |
| 24 | Morrison, Debbie | 18-cv-05515 | Weitz & Luxenberg P.C. |
| 25 | Green, Michael D. | 18-cv-05517 | Weitz & Luxenberg P.C. |
| 26 | Thompson, Christopher B. | 18-cv-05518 | Weitz & Luxenberg P.C. |
| 27 | Taylor, Belinda | 18-cv-05519 | Weitz & Luxenberg P.C. |
| 28 | Graves, Sandra, as Proposed Representative of the Estate of Deloris Greene | 18-cv-05961 | Weitz & Luxenberg P.C. |
| 29 | Geoghagan, Laura | 18-cv-05969 | Weitz & Luxenberg P.C. |
| 30 | Schrader, Kelly | 18-cv-05999 | Weitz & Luxenberg P.C. |
| 31 | Arnold, Adrienne | 18-cv-06131 | Weitz & Luxenberg P.C. |
| 32 | Brown, Angela as PR of Estate of Stephen Brown | 18-cv-06190 | Weitz & Luxenberg P.C. |
| 33 | Stokes, Willie | 18-cv-06205 | Weitz & Luxenberg P.C. |
| 34 | Taylor, Jana | 18-cv-06208 | Weitz & Luxenberg P.C. |
| 35 | Williams, Sheri | 18-cv-06220 | Weitz & Luxenberg P.C. |
| 36 | Ex, Benjamin | 18-cv-06229 | Weitz & Luxenberg P.C. |
| 37 | Richardson, Angela | 18-cv-06258 | Weitz & Luxenberg P.C. |
| 38 | Hurst, Kathy | 18-cv-06261 | Weitz & Luxenberg P.C. |
| 39 | Joslyn, Lon, as representative of the estate of Jo Priel | 18-cv-06285 | Weitz & Luxenberg P.C. |
| 40 | Cissell, Darryl | 18-cv-06441 | Weitz & Luxenberg P.C. |
| 41 | Gant, Jennifer | 18-cv-06464 | Weitz & Luxenberg P.C. |
| 42 | Harris, Lori, as Proposed Representative of the Estate of Jeffery Harris, Sr., Deceased | 18-cv-06478 | Weitz & Luxenberg P.C. |
| 43 | Kurns, Talisa, as Proposed Representative of the Estate of Mary Kurns | 18-cv-06491 | Weitz & Luxenberg P.C. |
| 44 | Gonzales, James | 18-cv-06492 | Weitz & Luxenberg P.C. |

Exhibit A

| No. | Plaintiff's Name | Case No. | Plaintiff's Counsel |
|---|---|---|---|
| 45 | Odle, Delbert | 18-cv-06495 | Weitz & Luxenberg P.C. |
| 46 | Smith, Montoya as PR for the estate of Wilfred Smith | 18-cv-06514 | Weitz & Luxenberg P.C. |
| 47 | Watson, Danny | 18-cv-06538 | Weitz & Luxenberg P.C. |
| 48 | Trammell, Steven, as representative of the estate of Gary Trammell | 18-cv-06545 | Weitz & Luxenberg P.C. |
| 49 | Miller, David C. | 19-cv-04172 | Weitz & Luxenberg P.C. |
| 50 | Mincey, Theresa | 19-cv-04270 | Weitz & Luxenberg P.C. |
| 51 | Cannon, Ginger | 19-cv-04496 | Weitz & Luxenberg P.C. |
| 52 | Bell, Jean | 19-cv-04520 | Weitz & Luxenberg P.C. |
| 53 | Boyd, Kerry Von Eric | 19-cv-04522 | Weitz & Luxenberg P.C. |
| 54 | Augustine, Linda | 19-cv-04540 | Weitz & Luxenberg P.C. |
| 55 | Cedillo, Betty | 19-cv-04744 | Weitz & Luxenberg P.C. |
| 56 | Defibaugh, Carolyn | 19-cv-04764 | Weitz & Luxenberg P.C. |
| 57 | Coleman, Kim J. | 19-cv-04803 | Weitz & Luxenberg P.C. |
| 58 | Dove, Patricia | 19-cv-04864 | Weitz & Luxenberg P.C. |
| 59 | Collins, Lillie | 19-cv-04874 | Weitz & Luxenberg P.C. |
| 60 | Anderson, Brooke | 19-cv-04889 | Weitz & Luxenberg P.C. |
| 61 | Andres, Shelia | 19-cv-04896 | Weitz & Luxenberg P.C. |
| 62 | Fisher, Deborah | 19-cv-04996 | Weitz & Luxenberg P.C. |
| 63 | Borell, Linda A. | 19-cv-05055 | Weitz & Luxenberg P.C. |
| 64 | Johnson, Joel | 19-cv-05223 | Weitz & Luxenberg P.C. |
| 65 | Humpherys, Shaun | 19-cv-05225 | Weitz & Luxenberg P.C. |
| 66 | Jimison, Taya | 19-cv-05265 | Weitz & Luxenberg P.C. |
| 67 | Irving, Yolinda | 19-cv-05317 | Weitz & Luxenberg P.C. |
| 68 | Gaynor, Sandra | 19-cv-05346 | Weitz & Luxenberg P.C. |
| 69 | Kirby, Melissa | 19-cv-05381 | Weitz & Luxenberg P.C. |
| 70 | Gonzales, Patricia | 19-cv-05398 | Weitz & Luxenberg P.C. |
| 71 | Hill, Linda | 19-cv-05500 | Weitz & Luxenberg P.C. |
| 72 | Hamilton, Temika | 19-cv-05591 | Weitz & Luxenberg P.C. |
| 73 | Harris, Pearl | 19-cv-05690 | Weitz & Luxenberg P.C. |
| 74 | Hatch, Ollie | 19-cv-05708 | Weitz & Luxenberg P.C. |
| 75 | Lankey, Rosetta | 19-cv-06009 | Weitz & Luxenberg P.C. |
| 76 | Leatherwood, Susan | 19-cv-06020 | Weitz & Luxenberg P.C. |
| 77 | Williams, Rose | 19-cv-06206 | Weitz & Luxenberg P.C. |
| 78 | Williams, Valerie | 19-cv-06252 | Weitz & Luxenberg P.C. |
| 79 | Morey, Kelly | 19-cv-06665 | Weitz & Luxenberg P.C. |
| 80 | Musgrave, Gail | 19-cv-06719 | Weitz & Luxenberg P.C. |
| 81 | Martin, Gina M. | 19-cv-06840 | Weitz & Luxenberg P.C. |
| 82 | New, Cynthia | 19-cv-06875 | Weitz & Luxenberg P.C. |
| 83 | Plunk, Randy | 19-cv-06884 | Weitz & Luxenberg P.C. |
| 84 | Powell, Heather | 19-cv-06964 | Weitz & Luxenberg P.C. |
| 85 | Roberts, Meland | 19-cv-07079 | Weitz & Luxenberg P.C. |
| 86 | Zapata, Ester | 19-cv-07108 | Weitz & Luxenberg P.C. |
| 87 | Rosado, Antonia | 19-cv-07127 | Weitz & Luxenberg P.C. |
| 88 | Pena, David | 19-cv-07174 | Weitz & Luxenberg P.C. |
| 89 | Silvas, Cynthia | 19-cv-07204 | Weitz & Luxenberg P.C. |
| 90 | Singleton, Pamela | 19-cv-07221 | Weitz & Luxenberg P.C. |
| 91 | Ruiz, Darlene | 19-cv-07301 | Weitz & Luxenberg P.C. |

Exhibit A

| No. | Plaintiff's Name | Case No. | Plaintiff's Counsel |
|---|---|---|---|
| 92 | Semien, Michael | 19-cv-07305 | Weitz & Luxenberg P.C. |
| 93 | Smith, Evelyn | 19-cv-07364 | Weitz & Luxenberg P.C. |
| 94 | Shields, Susan | 19-cv-07394 | Weitz & Luxenberg P.C. |
| 95 | Smith, Tracy as PR for George Smith | 19-cv-07397 | Weitz & Luxenberg P.C. |
| 96 | Snow, Mark | 19-cv-07478 | Weitz & Luxenberg P.C. |
| 97 | Taylor, Rebecca A. | 19-cv-07568 | Weitz & Luxenberg P.C. |
| 98 | Perkins, Noami A. | 19-cv-07571 | Weitz & Luxenberg P.C. |
| 99 | Taylor, Robert | 19-cv-07583 | Weitz & Luxenberg P.C. |
| 100 | Teft, Donald | 19-cv-07585 | Weitz & Luxenberg P.C. |
| 101 | Garcia, Lisa | 19-cv-07746 | Weitz & Luxenberg P.C. |
| 102 | Strickland, Sandra | 19-cv-07860 | Weitz & Luxenberg P.C. |
| 103 | Mock, John | 19-cv-07926 | Weitz & Luxenberg P.C. |
| 104 | Willey, Sr., Herbert L. | 19-cv-08042 | Weitz & Luxenberg P.C. |
| 105 | Walton, Sr., Ronald | 19-cv-08190 | Weitz & Luxenberg P.C. |
| 106 | Turner, Jabina | 19-cv-08214 | Weitz & Luxenberg P.C. |
| 107 | Wendt, Ruth M. | 19-cv-08508 | Weitz & Luxenberg P.C. |
| 108 | Brittain, Sandra | 19-cv-14629 | Weitz & Luxenberg P.C. |
| 109 | Budd, Vickie | 19-cv-14635 | Weitz & Luxenberg P.C. |
| 110 | Grissom, Chris as Proposed Representative of Estate of Alisha Grissom | 19-cv-15641 | Weitz & Luxenberg; Aylstock, Witkin, Kreis & Overholtz, PLLC |
| 111 | Davila, Efrain | 19-cv-15690 | Weitz & Luxenberg; Aylstock, Witkin, Kreis & Overholtz, PLLC |
| 112 | Williams, D'Andrae | 19-cv-15972 | Weitz & Luxenberg; Aylstock, Witkin, Kreis & Overholtz, PLLC |