**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**NEWARK DIVISION**

| | |
|---|---|
| **IN RE: PROTON-PUMP INHIBITOR PRODUCTS LIABILITY LITIGATION (NO. II)**<br><br>This Document Relates to: ALL ACTIONS | **2:17-md-2789 (CCC)(MF)**<br>**(MDL 2789)**<br><br>**APRIL 22, 2020**<br>**TELEPHONIC STATUS CONFERENCE**<br>**JOINT STATUS REPORT AND**<br>**PROPOSED AGENDA** |

The parties hereby submit their Joint Status Report and Proposed Agenda in advance of the April 22, 2020 Telephonic Status Conference.

### I. STATUS REPORT

At the time of this filing, approximately 13,919 potentially related actions with 13,950 plaintiffs are pending in federal court.

Currently, approximately 85 state court actions/plaintiffs are pending in the Delaware Superior Court, New Castle County, before Judge Eric M. Davis, 68 state court actions/plaintiffs are pending in the Circuit Court of Cook County, Illinois before Judge Brendan A. O' Brien, 47 state court actions/plaintiffs are pending in a multicounty litigation ("MCL") in New Jersey state court in Atlantic County before Judge John C. Porto, and 22 actions/plaintiffs are pending in the Court of Common Pleas, Hamilton County, Ohio before Judge Sylvia Hendon.

### II. PROPOSED AGENDA FOR APRIL 22, 2020 TELEPHONIC STATUS CONFERENCE

The Parties have met and conferred and propose the following Agenda:

- Update on Bellwether Trial Pool and Strike Process and Bellwether-specific issues:
    - Plaintiff-specific deficiencies;
    - Updating Defense Fact Sheets in accordance with CMO 22 and DFS Deferral Agreements between the parties;

- Tolling Motions to Dismiss

    - March 10, 2020 Order to Show Cause (Dkt. 562)
        - Dismissal of 67 Cases Without Response
        - Order on Plaintiff J. Weese Response to OTSC (Dkt. 562, 566, 567)

    - Proposed Orders to Show Cause for No POU and/or POI
        - 7 Carey, Danis & Lowe Plaintiffs (submitted by consent on April 9, 2020 for entry)
        - Meet/confer on 275 Weitz & Luxenberg Plaintiffs

- Proposed Case Management Order No. 9A (Resolution of "No PFS Cases");

- Unopposed Motions to Withdraw;

- Volume/Viability of 2020 Complaints

- PSC's Motion to Quash Non-Party Discovery Request [Dkt. Nos. 520, 534, 542, and 549];

- Effectuation of Dismissal of Novartis entities;

- Update on Discovery;

    - Update on Deposition Scheduling;

    - PSC's Proposed Order for Remote Depositions;

    - Status of Deposition Scheduling of Foreign Former AstraZeneca Employees Residing in Sweden;

    - PSC's Third Request for Production of Documents; and

- PSC's Open Motions to Challenge Privilege Claims [Dkt. Nos. 388 and 433].

III.   **TELEPHONIC MONITORING OF THE CASE MANAGEMENT CONFERENCE**

For those counsel that wish to monitor the conference telephonically, the dial-in information is as follows:

**Participant (listen only mode) dial-in info:**

877-830-3587
Participant Automated CID: 774635

Conference ID/Program Title: PPIMDL

Note that the status conference is scheduled to begin at 11:00 a.m. eastern.

Dated: April 17, 2020