UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: PROTON-PUMP INHIBITOR PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to: ALL ACTIONS | 2:17-MD-2789 (CCC)(MF)<br>(MDL 2789)<br><br>Judge Claire C. Cecchi |

## CASE MANAGEMENT ORDER NO. 41

The Court, after having held a case management conference on May 20, 2020 and having heard from the parties, enters the following ORDER:

1. The parties shall meet and confer with counsel for Lucy Business Services on the scope of Defendants' discovery requests and report back to the Court at the July 14, 2020 status conference.

2. Counsel for *Sabin v. AstraZeneca, et al*., shall provide Defendant with an update on the status of proof of use, proof of injury and the Plaintiff Fact Sheet by May 27, 2020.

3. The PSC and Defendants shall continue to confer on the New Jersey Bellwether plaintiff and shall update the Court by June 3, 2020.

4. Defendants shall begin a) confirming deposition dates for bellwether plaintiff depositions and b) offering new dates for defense depositions previously scheduled for April and May 2020 by May 29, 2020.

5. The parties shall continue to confer on Defendants' proposal for newly filed cases and report back to the Court at the July 14, 2020 status conference.

6. The parties shall meet and confer on the appointment of a Special Master with the Court's proposed parameters in mind and report back to the Court by June 3, 2020.

7. The Court has scheduled a telephonic case management conferences for July 14,

2020 at 11 a.m. Dial-in information shall be included in the parties' Joint Report and Agenda, which shall be submitted by July 10, 2020.

SO ORDERED:

Dated: Newark, New Jersey

      June 2, 2020

                                          CLAIRE C. CECCHI
                                          United States District Judge