**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**NEWARK DIVISION**

| | |
|---|---|
| **IN RE: PROTON-PUMP INHIBITOR PRODUCTS LIABILITY LITIGATION (NO. II)**<br><br>This Document Relates to: ALL ACTIONS | **2:17-md-2789 (CCC)(MF)**<br>**(MDL 2789)**<br><br>**JULY 14, 2020**<br>**TELEPHONIC STATUS CONFERENCE**<br>**JOINT STATUS REPORT AND**<br>**PROPOSED AGENDA** |

The parties hereby submit their Joint Status Report and Proposed Agenda in advance of the July 14, 2020 Telephonic Status Conference.

**I.  STATUS REPORT**

At the time of this filing, approximately 14,362 potentially related actions with 14,385 plaintiffs are pending in federal court.

Currently, approximately 61 state court actions/plaintiffs are pending in the Delaware Superior Court, New Castle County, before Judge Eric M. Davis, 48 state court actions/plaintiffs are pending in the Circuit Court of Cook County, Illinois before Judge Brendan A. O' Brien, 48 state court actions/plaintiffs are pending in a multicounty litigation ("MCL") in New Jersey state court in Atlantic County before Judge Joseph L. Marczyk, and 21 actions/plaintiffs are pending in the Court of Common Pleas, Hamilton County, Ohio before Judge Sylvia Hendon.

**II.  PROPOSED AGENDA FOR JULY 14, 2020 TELEPHONIC STATUS CONFERENCE**

The Parties have met and conferred and propose the following Agenda:

- Update on PSC's Motion to Quash Non-Party Discovery Request [Dkt. Nos. 520, 534, 542, and 549];

- Update on appointment of a Special Master

- Update on Bellwether Cases:
    - NJ Bellwether Cases;
    - Status of production of custodial files for sales representatives and regional business managers; and
    - Status of plaintiff depositions and Plaintiff-specific issues
- Update on Discovery/Tolling Issues;
    - Update on Deposition Scheduling;
    - PSC's Third Request for Production of Documents (in re nonclinical study materials);
    - Update on status of depositions for witnesses located outside the United States;
    - Update on document productions;
    - Update on Meet/Confer on Defendants' Request for Initial Plaintiff Profile Form and Stage 2 CMO
    - PSC Request for a Revised DFS Process
    - Update on Meet/Confer on Weitz & Luxenberg Tolling OTSC
- Open Motions
    - PSC's Open Motions to Challenge Privilege Claims [Dkt. Nos. 388 and 433].
    - Order on Plaintiff J. Weese Response to OTSC [Dkt. Nos. 562, 566, 567]
    - Dismissal Orders on Pro Se Plaintiffs Failing to Comply with Withdrawal Orders
    - Dismissal Orders on Duplicate Cases

### III. TELEPHONIC MONITORING OF THE CASE MANAGEMENT CONFERENCE

For those counsel that wish to monitor the conference telephonically, the dial-in information is as follows:

**Participant (listen only mode) dial-in info:**

866-831-8711
Participant Automated CID: 774635

Note that the status conference is scheduled to begin at 11:00 a.m. eastern.

Dated: July 10, 2020