**IN THE UNITED STATES DISTRICT
COURT DISTRICT OF NEW JERSEY
NEWARK DIVISION**

| | |
|---|---|
| **IN RE: PROTON-PUMP INHIBITOR PRODUCTS LIABILITY LITIGATION (NO. II)** <br><br> **This Document Relates to:** <br> *Freddy Bales,* **No. 2:17-cv-06124;** <br> *David Foster,* **No. 2:17-cv-02475;** <br> *Steve Kersch,* **No. 2:18-cv-03159;** <br> *Kimberly Lee,* **No. 2:17-cv-00212;** <br> *Diane Nelson,* **No. 2:17-cv-13727;** <br> *James Rieder,* **No. 2:19-cv-00850** | **MDL No. 2789** <br> **Case No.: 2:17-md-2789 (CCC)(MF)** |

**PSC's NOTICE OF PLAINTIFFS' OMNIBUS *DAUBERT* MOTION TO EXCLUDE DEFENSE EXPERTS**

The Plaintiffs' Steering Committee ("PSC") hereby moves this Court for an

Order to exclude the opinions and testimony of Defendants' designated experts for

the reasons set forth in the accompanying brief in support.

Respectfully submitted,

s/ Christopher A. Seeger
Christopher A. Seeger
SEEGER WEISS, LLP
55 Challenger Road
Ridgefield Park, NJ 07660
T: (212) 584-0700
cseeger@seegerweiss.com

s/ Stephanie O'Connor
Stephanie O'Connor

1

DOUGLAS & LONDON, P.C.
59 Maiden Lane, 6th Floor
New York, NY 10038
T: (212) 566-7500
soconnor@douglasandlondon.com

Shannon M. Pennock
Pennock Law Firm LLC
75 Montgomery, Suite 203
Jersey City, NJ 07302
212-967-4213
shannonpennock@pennocklawfirm.com

Josh Autry
Morgan & Morgan
333 W. Vine St, St 1200
Lexington, KY 40507
859-899-8785
jautry@forthepeople.com

Dated: October 15, 2021                    Plaintiffs' Co-Lead Counsel

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

*s/ Christopher A. Seeger*
Christopher A. Seeger