UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: PROTON-PUMP INHIBITOR PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>All cases listed in Exhibit A | 2:17-MD-2789 (CCC)(LDW)<br>(MDL 2789)<br>and all member and related cases<br><br>Judge Claire C. Cecchi |

### CASE MANAGEMENT ORDER NO. 84
### (Order to Show Cause)

On April 7, 2022, the Court entered Case Management Order ("CMO") No. 74, setting 200 cases for discovery in Wave 1. On July 7, 2022, Defendants in the Wave 1 cases notified Special Master Ellen Reisman of various issues that they believed had arisen since CMO No. 74 was issued. Special Master Reisman requested additional information from the Plaintiffs' Steering Committee ("PSC") and Defendants, and subsequently met with the parties on July 26, 2022. Special Master Reisman subsequently has conducted multiple conference calls with counsel for the defendants and the PSC, as well as additional calls with the individual counsel for certain Wave 1 plaintiffs.

The plaintiffs in the cases identified on the attached Exhibit A have not proceeded with their discovery obligations, including individual plaintiffs' counsel in these cases being unable to provide Defendants with dates for the plaintiffs' depositions. Accordingly, the plaintiffs on the attached Exhibit A are hereby ordered

within thirty days of the date of this order to show good cause why their case should not be dismissed. Within fifteen days after a plaintiff files a response to this Order, the Defendants in the case may file a response on the docket of the individual case.

Failure to comply with the terms of this Order will result in the dismissal of the case.

**SO ORDERED**

SIGNED on this 13th day of September, 2022.

_____

ELLEN K. REISMAN

Special Master

# EXHIBIT A

|   | **Plaintiff Name** | **Case No.** |
|---|---|---|
| 1 | Orum, William Paul | 2:18-cv-00359 |
| 2 | Brazle, Glenda | 2:18-cv-08239 |
| 3 | Ford, Paula Sue | 2:19-cv-13657 |
| 4 | Marquez, Clarissia, Individually and as Next Friend of Jacob Kitchen, A Minor Child | 2:19-cv-15663 |