# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: PROTON-PUMP INHIBITOR PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to:**<br>**All Actions** | **2:17-MD-2789 (CCC)(MF)**<br>**(MDL 2789)**<br>**and all member and related cases**<br><br>**Judge Claire C. Cecchi** |

## CASE MANAGEMENT ORDER NO. 87
### (Scheduling Order – In-Person Conference Dates)

The Court shall conduct in-person status conferences in Courtroom 5B, MLK Building, 50 Walnut Street, Newark, New Jersey, as follows:

1. December 16, 2022, at 12:00 p.m. ET;

2. January 20, 2023, at 12:00 p.m. ET;

3. February 24, 2023, at 12:00 p.m. ET.

**IT IS SO ORDERED**

SIGNED 21st day of November, 2022.

                                                  *s/ Claire C. Cecchi*

                                                  CLAIRE C. CECCHI
                                                  United States District Judge