**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: PROTON-PUMP INHIBITOR PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to:**<br>**All Actions** | **2:17-MD-2789 (CCC)(MF)**<br>**(MDL 2789)**<br>**and all member and related cases**<br><br>**Judge Claire C. Cecchi** |

**CASE MANAGEMENT ORDER NO. 88**
**(Scheduling Order – In-Person Conference Dates)**

The Court has been advised by counsel of a scheduling conflict with the December 16, 2022 in-person status conference. That conference is therefore adjourned. The following in-person conferences shall remain as scheduled:

1. January 20, 2023, at 12:00 p.m. ET;

2. February 24, 2023, at 12:00 p.m. ET.

**IT IS SO ORDERED**

SIGNED 8th day of December, 2022.

*s/ Claire C. Cecchi*

**CLAIRE C. CECCHI**
**United States District Judge**