**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: PROTON-PUMP INHIBITOR PRODUCTS LIABILITY LITIGATION** | **2:17-MD-2789 (CCC)(LDW)** **(MDL 2789)** and all member and related cases  Judge Claire C. Cecchi |
| **This Document Relates to: ALL ACTIONS** | |

**CASE MANAGEMENT ORDER NO. 89**
**(Amended Round Two Bellwether Case Schedule)**

I. **Scope and Applicability**

This Case Management Order ("CMO") is intended to conserve judicial resources, eliminate duplicative discovery, serve the convenience of the parties and witnesses, and promote the just and efficient conduct of this litigation. The following shall apply to all cases in MDL 2789. This CMO modifies certain deadlines set forth in Sections V.A and V.F of CMO No. 73 and is entered with the consent of the parties.

II. **Expert Discovery for Second Bellwether Trial Pool Cases**

A. Expert discovery of the Second Bellwether Trial Pool Cases shall take place between January 3, 2023 and June 30, 2023.

B. Plaintiffs' expert disclosures shall be served by February 13, 2023.

C. Defendants' expert disclosures shall be served by March 17, 2023.

1

D. Plaintiffs' expert witness rebuttal reports shall be served by April 17, 2023.

E. The expert deposition deadline and close of expert discovery is June 30, 2023.

Consented to by:


*/s/ Stephanie O'Connor*
Stephanie O'Connor
Co-Lead Counsel, Plaintiffs' Steering Committee
Douglas & London, P.C.
59 Maiden Ln., 6th floor
New York, NY 10038
(212) 566-7500
(212) 566-7501 (fax)
soconnor@douglasandlondon.com


_____


*/s/ Beth S. Rose*
Beth S. Rose
William R. Stuart III
SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, NJ 07102
(973) 643-7000
(973) 643-6500
brose@sillscummis.com
wstuart@sillscummis.com

*Attorneys for Takeda Development Center Americas, Inc. (d/b/a Takeda Global Research & Development Center, Inc.), Takeda Pharmaceuticals America, Inc., Takeda Pharmaceutical Company Limited, Takeda Pharmaceuticals U.S.A., Inc., and Abbott Laboratories*

/s/ *K.C. Green*
K.C. Green
Gina M. Saelinger
Ulmer & Berne LLP
312 Walnut Street, Suite 1400
Cincinnati, Ohio 45202
Phone: 513-698-5000
Fax: 513-698-5009
kcgreen@ulmer.com
gsaelinger@ulmer.com

*Attorneys for Defendants The Procter & Gamble Company and The Procter & Gamble Manufacturing Company*


*/s/ Stephen J. McConnell*
Stephen J. McConnell
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Telephone: (215) 851-8100
smcconnell@reedsmith.com

Jesse J. Ash
REED SMITH LLP
1301 K Street, N.W.
Suite 1000, East Tower
Washington, DC 20005
Telephone: (202) 414-9200
jjash@reedsmith.com

*Attorneys for Defendants GlaxoSmithKline Consumer Healthcare Holdings (US) LLC and Novartis Consumer Health, Inc., n/k/a GSK Consumer Health, Inc.*

**MCCARTER & ENGLISH, LLP**
*/s/ Gregory J. Hindy*
Gregory J. Hindy
Natalie H. Mantell
Four Gateway Center
100 Mulberry Street
Newark, NJ 07101-0652
(973) 622-4444
ghindy@mccarter.com
nmantell@mccarter.com
*Attorneys for AstraZeneca Pharmaceuticals LP, AstraZeneca LP, and Merck Sharp & Dohme Corp.*

*/s/ James J. Freebery*
James J. Freebery
Makenzie Windfelder
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
jfreebery@mccarter.com
mwindfelder@mccarter.com

*/s/ Amy K. Fisher*
Amy K. Fisher
Katherine D. Althoff
Kimberly C. Metzger
880 West Monon Green Blvd., Suite 101
Carmel, IN 46032
(973) 622-4444
afisher@mccarter.com
kalthoff@mccarter.com
kmetzger@mccarter.com

*/s/ John A. Camp*
John A. Camp
2525 Ponce De Leon Blvd., Suite 300
Coral Gables, FL 33134
(786) 437-5780
jcamp@mccarter.com

**ARNOLD & PORTER KAYE SCHOLER LLP**
*/s/ Arthur E. Brown*
Arthur E. Brown
250 West 55th Street
New York, NY 10019-9710
(212) 836-8000
Arthur.Brown@arnoldporter.com
*Attorneys for AstraZeneca Pharmaceuticals LP and AstraZeneca LP*[1]

**AKIN GUMP STRAUSS HAUER & FELD LLP**
*/s/ Seamus C. Duffy*
Seamus C. Duffy
Two Commerce Square
2001 Market Street, Suite 4100
Philadelphia, PA 19103-7013
(215) 965-1219
sduffy@akingump.com

**MORGAN LEWIS & BOCKIUS LLP**
*/s/ Lisa C. Dykstra*
Lisa C. Dykstra
Shevon L. Scarafile
1701 Market Street
Philadelphia, PA 19103-2921
(215) 963-5000
Lisa.Dykstra@morganlewis.com
Shevon.Scarafile@morganlewis.com

*Attorneys for Merck Sharp & Dohme Corporation*

**DLA PIPER LLP (US)**

*/s/ Stephen C. Matthews*
Stephen C. Matthews
51 John F. Kennedy Parkway

---

[1] Defendant AstraZeneca LP dissolved as a legal entity on December 31, 2018.

Suite 120
Short Hills, NJ 07078-2704
Tel: (973) 520-2550
Fax: (973) 520-2551
stephen.matthews@dlapiper.com

*/s/ Loren H. Brown*
Loren H. Brown
Cara D. Edwards
Lucas P. Przymusinski
1251 Avenue of the Americas, 27th Floor
New York, NY 10020-1104
(212) 335-4500
loren.brown@dlapiper.com
cara.edwards@dlapiper.com
lucas.przymusinski@dlapiper.com

*/s/ Matthew A. Holian*
Matthew A. Holian
Katie W. Insogna
33 Arch Street, 26th Floor
Boston, MA 02110
Tel: (617) 406-6000
Fax: (617) 406-6100
matt.holian@dlapiper.com
katie.insogna@dlapiper.com

*Counsel for Defendant Pfizer Inc.*

**IT IS SO ORDERED**

SIGNED 6th day of January 2023.

_____
CLAIRE C. CECCHI
United States District Judge