UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: PROTON-PUMP INHIBITOR PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to:**<br>**All cases listed in Exhibit A** | **2:17-MD-2789 (CCC) (LDW)**<br>**(MDL 2789)**<br>and all member and related cases<br><br>Judge Claire C. Cecchi |

### CASE MANAGEMENT ORDER NO. 90
### (Order to Show Cause)

In Case Management Order ("CMO") No. 64, counsel for plaintiffs were ordered to show cause why their cases should not be dismissed as legal nullities due to the plaintiffs having been deceased before the date of their complaints. *See* ECF No. 713 & Ex. A attached thereto (identifying the cases subject to CMO No. 64). On December 22, 2022, this Court dismissed the cases identified in Exhibit A to CMO No. 64 as legal nullities because the named plaintiffs were deceased at the time of filing. *See* ECF Nos. 892, 893.

Defendants have identified an additional 104 cases that are listed in the attached Exhibit A where the plaintiffs appear to have been deceased before the date their complaints asserting personal injury claims relating to the use of PPIs were filed. Plaintiffs' counsel for these 104 cases are hereby ordered to show cause within thirty days of the date of this Order why these 104 cases should not be dismissed as

legal nullities consistent with the Court's prior Opinion and Order.  *See* ECF Nos. 892, 893.

      **SO ORDERED**.

DATE: January 19, 2023

_____
**CLAIRE C. CECCHI**
**United States District Judge**