**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: PROTON-PUMP INHIBITOR PRODUCTS LIABILITY LITIGATION**<br><br>**Freddy Bales v. AstraZeneca Pharmaceuticals LP, et al. (2:17-cv-06124-CCC-LDW)** | **2:17-MD-2789 (CCC)(LDW)**<br>**(MDL 2789)**<br>**and all member and related cases**<br><br>**Judge Claire C. Cecchi** |

**CASE MANAGEMENT ORDER NO. 92**
**(Amended Pretrial Deadlines in *Bales*)**

**I.      Scope and Applicability**

This Case Management Order ("CMO") is intended to conserve judicial resources, eliminate duplicative discovery, serve the convenience of the parties and witnesses, and promote the just and efficient conduct of this litigation. This CMO modifies certain deadlines set forth in the Parties' Joint Stipulation and Order to Modify Certain Pretrial Deadlines Set Forth in CMO No. 83 and is entered with the consent of the parties.

**II.      Pretrial Deadlines for *Bales***

A.      Objections to deposition designations and counter-designations for Bales shall be filed on or before **February 6, 2023**.

1

     B.     Objections to deposition counter-designations for Bales shall be filed

on or before **February 20, 2023**.

Consented to by:

*/s/ Stephanie O'Connor*

Stephanie O'Connor

Co-Lead Counsel, Plaintiffs' Steering Committee

Douglas & London, P.C.

59 Maiden Ln., 6th floor

New York, NY 10038

(212) 566-7500

(212) 566-7501 (fax)

soconnor@douglasandlondon.com

_____

*/s/ Beth S. Rose*

Beth S. Rose

William R. Stuart III

SILLS CUMMIS & GROSS P.C.

One Riverfront Plaza

Newark, NJ 07102

(973) 643-7000

(973) 643-6500

brose@sillscummis.com

wstuart@sillscummis.com

*Attorneys for Takeda Development Center*
*Americas, Inc. (d/b/a Takeda Global*
*Research & Development Center, Inc.),*
*Takeda Pharmaceuticals America, Inc.,*
*Takeda Pharmaceutical Company Limited,*

*Takeda Pharmaceuticals U.S.A., Inc., and*
*Abbott Laboratories*

**MCCARTER & ENGLISH, LLP**
*/s/ Gregory J. Hindy*
Gregory J. Hindy
Natalie H. Mantell
Four Gateway Center
100 Mulberry Street
Newark, NJ 07101-0652
(973) 622-4444
ghindy@mccarter.com
nmantell@mccarter.com

*/s/ James J. Freebery*
James J. Freebery
Makenzie Windfelder
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
jfreebery@mccarter.com
mwindfelder@mccarter.com

*/s/ Amy K. Fisher*
Amy K. Fisher
Katherine D. Althoff
Kimberly C. Metzger
880 West Monon Green Blvd., Suite 101
Carmel, IN 46032
(973) 622-4444
afisher@mccarter.com
kalthoff@mccarter.com
kmetzger@mccarter.com

*/s/ John A. Camp*
John A. Camp
2525 Ponce De Leon Blvd., Suite 300
Coral Gables, FL 33134
(786) 437-5780
jcamp@mccarter.com

3

**ARNOLD & PORTER KAYE SCHOLER LLP**
*/s/ Arthur E. Brown*
Arthur E. Brown
250 West 55th Street
New York, NY 10019-9710
(212) 836-8000
Arthur.Brown@arnoldporter.com

*Attorneys for AstraZeneca Pharmaceuticals LP and AstraZeneca LP*[1]

**IT IS SO ORDERED**

SIGNED _1_ day of ___February___ 2023.

_____
CLAIRE C. CECCHI
United States District Judge

---

[1] Defendant AstraZeneca LP dissolved as a legal entity on December 31, 2018.