## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: PROTON-PUMP INHIBITOR PRODUCTS LIABILITY LITIGATION (NO. II)** | **2:17-md-2789-CCC-LDW (MDL 2789) and all member and related cases** |
| **This Document Relates to:** | **Judge Claire C. Cecchi** |
| ***Bales v. AstraZeneca Pharmaceuticals LP*, No. 2:17-cv-06124** | |

### CASE MANAGEMENT ORDER NO. 98
### (Amended Pretrial Deadlines in *Bales*)

### I.     Scope and Applicability

This Case Management Order ("CMO") is intended to conserve judicial resources, eliminate duplicative discovery, serve the convenience of the parties and witnesses, and promote the just and efficient conduct of this litigation.  This CMO modifies certain deadlines set forth in the Parties' Joint Stipulation and Order to Modify Certain Pretrial Deadlines Set Forth in CMO No. 83 and is entered with the consent of the parties.

### II.     <u>Pretrial Deadlines for *Bales*</u>

A.     Parties shall exchange on or before **March 24, 2023** their objections, with a brief explanation not to exceed 75 words for each objection, to the up to

50 priority exhibits for *Bales* designated by the other party.

B.     Parties shall exchange on or before **March 24, 2023** their objections, with a brief explanation inserted as a bubble comment and not to exceed 75 words for each designation or counter-designation, to the designations and counter-designations for the 8 priority transcripts for *Bales* designated by the other party.

C.     Parties shall exchange on or before **April 5, 2023** their responses, not to exceed 75 words per response, to the objections for the up to 50 priority exhibits for *Bales* designated by the other party.  Each party shall also submit to the Court a spreadsheet with copies of the exhibits.

D.     Parties shall exchange on or before **April 5, 2023** a response, with a brief explanation inserted as a bubble comment and not to exceed 75 words, to the objections to the designations and counter-designations for the 8 priority transcripts for *Bales* designated by the other party.  Each party shall also submit to the Court copies of the transcripts with annotated comments as well as any implicated exhibits.

Consented to by:

*/s/ Stephanie O'Connor*
Stephanie O'Connor
Co-Lead Counsel, Plaintiffs' Steering Committee
Douglas & London, P.C.
59 Maiden Ln., 6th floor
New York, NY 10038

(212) 566-7500
(212) 566-7501 (fax)
soconnor@douglasandlondon.com

*Attorney for Plaintiff*

_____

/s/ Beth S. Rose
Beth S. Rose
William R. Stuart III
SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, NJ 07102
(973) 643-7000
(973) 643-6500
brose@sillscummis.com
wstuart@sillscummis.com

*Attorneys for Takeda Development Center*
*Americas, Inc. (d/b/a Takeda Global*

*Research & Development Center, Inc.),*
*Takeda Pharmaceuticals America, Inc.,*
*Takeda Pharmaceutical Company Limited,*
*Takeda Pharmaceuticals U.S.A., Inc., and*
*Abbott Laboratories*

**MCCARTER & ENGLISH, LLP**
**/s/ Gregory J. Hindy**
Gregory J. Hindy
Natalie H. Mantell
Four Gateway Center
100 Mulberry Street
Newark, NJ 07101-0652
(973) 622-4444
ghindy@mccarter.com
nmantell@mccarter.com

**/s/ James J. Freebery**

3

James J. Freebery
Makenzie Windfelder
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
jfreebery@mccarter.com
mwindfelder@mccarter.com

*/s/ Amy K. Fisher*
Amy K. Fisher
Katherine D. Althoff
Kimberly C. Metzger
880 West Monon Green Blvd., Suite 101
Carmel, IN 46032
(973) 622-4444
afisher@mccarter.com
kalthoff@mccarter.com
kmetzger@mccarter.com

*/s/ John A. Camp*
John A. Camp
2525 Ponce De Leon Blvd., Suite 300
Coral Gables, FL 33134
(786) 437-5780
jcamp@mccarter.com

**ARNOLD & PORTER KAYE SCHOLER LLP**
*/s/ Arthur E. Brown*
Arthur E. Brown
250 West 55th Street
New York, NY 10019-9710
(212) 836-8000
Arthur.Brown@arnoldporter.com

*Attorneys for AstraZeneca Pharmaceuticals LP and AstraZeneca LP[1]*

---

[1] Defendant AstraZeneca LP dissolved as a legal entity on December 31, 2018.

**IT IS SO ORDERED**

SIGNED _16_ day of March 2023

_____ _____

CLAIRE C. CECCHI
United States District Judge