UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

NEWARK

Date: May 23, 2023

JUDGE: HON. CLAIRE C. CECCHI

COURT REPORTER: NICOLE SESTA

DEPUTY CLERK: JACQUIE LAMBIASE

Docket No. 17-md-2789 (CCC)

Title of Case: In Re: Proton-Pump Inhibitor Products Liability Litigation (No. II)

Appearances: As indicated on the record

**NATURE OF PROCEEDINGS**:    STATUS CONFERENCE

Status Conference held on the record.

Time Commenced:  2:00 p.m.                              Time Adjourned:   2:40 p.m.


*Jacquie Lambiase*

Jacquie Lambiase, Deputy Clerk