# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: PROTON-PUMP INHIBITOR PRODUCTS LIABILITY LITIGATION** | **2:17-MD-2789 (CCC)(LDW) (MDL 2789) and all member and related cases** |
| **This Document relates to:** | **Judge Claire C. Cecchi** |
| **All Wave One Cases** | |

## CASE MANAGEMENT ORDER NO. 100
### (Wave One Expert Deposition Protocol)

### I.        Scope and Applicability

This Case Management Order ("CMO") is intended to conserve judicial resources, eliminate duplicative discovery, serve the convenience of the parties and witnesses, and promote the just and efficient conduct of this litigation. This CMO applies to all remaining Wave One (CMO 74) cases and is entered with the consent of the parties.

### II.        Protocol

A.        General experts who were designated and deposed in Bellwether One and who are designated as experts in Wave One cases will not be re-deposed on their general opinions, so long as they do not amend or supplement their general reports. If any such general experts amended or supplemented their generic opinions, their

supplemental deposition will be limited to 2 hours and only to their supplemental opinion(s).

B.      Depositions of experts not previously disclosed in Bellwether One will be limited to 7 hours on the record. However, if any of these experts provided case-specific reports in multiple Wave One cases, then in addition to a 7-hour initial deposition, such witnesses may be deposed  a total of 3 hours on the record for each additional case-specific report they have offered.

C.      Depositions of experts who were previously deposed in Bellwether One, but who provide a case specific report(s) in Wave One cases may be deposed for a total of 3 hours on the record for each additional case-specific report they have offered.

D.      All depositions shall take place remotely. Counsel can elect to defend the deposition of any expert in person. If counsel elects to defend an expert's deposition in person, counsel must be on camera while on the record.

E.      Depositions will be limited to one questioner per side for a new general expert or for questioning on general issues within a case specific expert's report. Depositions of any witness offering a case-specific report will be limited to one questioner per party, who may be different from the questioner for the general portion.

F.      Documents requested in a subpoena duces tecum associated with a notice of deposition will be produced at least 24 hours in advance of the deposition.

G.      For Wave One expert depositions, witnesses shall be compensated for their time by the producing party or parties.

Consented to by:

*/s/ Stephanie O'Connor*
Stephanie O'Connor
Co-Lead Counsel, Plaintiffs' Steering Committee
Douglas & London, P.C.
59 Maiden Ln., 6th floor
New York, NY 10038
(212) 566-7500
(212) 566-7501 (fax)
soconnor@douglasandlondon.com

*/s/ Beth S. Rose*
Beth S. Rose
William R. Stuart III
SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, NJ 07102
(973) 643-7000
(973) 643-6500
brose@sillscummis.com
wstuart@sillscummis.com

*Attorneys for Takeda Development Center*
*Americas, Inc. (d/b/a Takeda Global*
*Research & Development Center, Inc.),*
*Takeda Pharmaceuticals America, Inc.,*
*Takeda Pharmaceutical Company Limited,*

*Takeda Pharmaceuticals U.S.A., Inc., and*
*Abbott Laboratories*

**MCCARTER & ENGLISH, LLP**
*/s/ Gregory J. Hindy*
Gregory J. Hindy
Natalie H. Mantell
Four Gateway Center
100 Mulberry Street
Newark, NJ 07101-0652
(973) 622-4444
ghindy@mccarter.com
nmantell@mccarter.com

*/s/ James J. Freebery*
James J. Freebery
Makenzie Windfelder
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
jfreebery@mccarter.com
mwindfelder@mccarter.com

*/s/ Amy K. Fisher*
Amy K. Fisher
Katherine D. Althoff
Kimberly C. Metzger
880 West Monon Green Blvd., Suite 101
Carmel, IN 46032
(973) 622-4444
afisher@mccarter.com
kalthoff@mccarter.com

*Attorneys for AstraZeneca Pharmaceuticals LP and AstraZeneca LP[1] and Merck Sharp & Dohme, LLC*

---

[1] Defendant AstraZeneca LP dissolved as a legal entity on December 31, 2018.

**ARNOLD & PORTER LLP**
*/s/ Arthur E. Brown*
Arthur E. Brown
250 West 55th Street
New York, NY 10019-9710
(212) 836-8000
Arthur.Brown@arnoldporter.com

*Attorneys for AstraZeneca Pharmaceuticals LP and AstraZeneca LP*

**IT IS SO ORDERED**

SIGNED 15th  day of June 2023.

_____
CLAIRE C. CECCHI
United States District Judge