# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: PROTON-PUMP INHIBITOR PRODUCTS LIABILITY LITIGATION**<br><br>**This Document relates to:**<br><br>*Rieder v. AstraZeneca Pharmaceuticals*<br>No. 2:19-cv-00850 | 2:17-MD-2789 (CCC)(LDW)<br>(MDL 2789)<br>and all member and related cases<br><br>Judge Claire C. Cecchi |

## CASE MANAGEMENT ORDER NO. 103
## (Amended Bellwether Trial Scheduling Order - Rieder)

In recognition of continuing pretrial proceedings, and in the interests of justice, the trial schedule is amended as follows:

1. **Trial Date.** The trial for *Rieder v. AstraZeneca Pharmaceuticals LP et al.*, No. 19-cv-850, previously scheduled to begin on June 5, 2023, is hereby adjourned until October 10, 2023 (or 30 days after the Court decides summary judgment and *Daubert* motions filed before August 9, 2023, whichever is later).

2. **Proposed Jury Instructions, Jury Questionnaire, and/or Joint Pretrial Orders.**

   a. Plaintiff shall send to Defendants on or before **August 22, 2023** a draft of a proposed Joint Pretrial Order.

   b. The parties shall submit a proposed Joint Pretrial Order to the Court on or before **September 12, 2023**.

ME1 45484068v.1

3. **Schedule for Disclosure of New Expert Report.** The Court also grants leave for Defendants to disclose a new expert report in accordance with the following schedule:

- **July 17, 2023:** Deadline to serve new expert report
- **August 25, 2023:** Deadline for deposition of new expert
- **September 8, 2023:** Deadline for any *Daubert* motion regarding new expert
- **September 22, 2023:** Deadline for opposition to *Daubert* motion regarding new expert
- **September 29, 2023:** Deadline for reply to opposition to *Daubert* motion regarding new expert

4. **Deposition of Magnus Ysander**. The deposition of AstraZeneca witness Magnus Ysander will take place on September 14, 2023.

**IT IS SO ORDERED**

SIGNED __14__ day of July 2023.

_____
CLAIRE C. CECCHI
United States District Judge

ME1 45484068v.1