UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: PROTON-PUMP INHIBITOR PRODUCTS LIABILITY LITIGATION | 2:17-MD-2789 (CCC)(LDW) (MDL 2789) and all member and related cases |
| This Document relates to: | Judge Claire C. Cecchi |
| *Angel Marie Lee, as Administrator of the Estate of David P. Foster, Deceased v. AstraZeneca Pharmaceuticals LP,* No. 2:17-cv-02475 | |

## CASE MANAGEMENT ORDER NO. 104
### (Amended Bellwether Trial Scheduling Order - Foster)

In recognition of continuing pretrial proceedings, and in the interests of justice, the trial schedule is amended as follows:

1.      **Trial Date.**  The trial for *Foster v. AstraZeneca Pharmaceuticals LP et al.*, No. 2:17-cv-02475, previously scheduled to begin on July 17, 2023, is hereby adjourned until November 28, 2023 (or 30 days after the Court decides summary judgment and *Daubert* motions, whichever is later).

2.      **Proposed Jury Instructions, Jury Questionnaire, and/or Joint Pretrial Orders.**

        a.      Each party shall submit proposed jury instructions, jury questionnaire and verdict forms on or before **August 29, 2023**.

      b.      Plaintiff shall send to Defendants on or before **October 3, 2023**

a draft of a proposed Joint Pretrial Order.

      c.      The parties shall submit a proposed Joint Pretrial Order to the

Court on or before **November 1, 2023**.

**IT IS SO ORDERED**

SIGNED _14_ day of July 2023.

 

_____

CLAIRE C. CECCHI
United States District Judge