

Gregory J. Hindy
Partner

T. 973-639-6954
F. 973-297-3883

ghindy@mccarter.com

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102-4056
www.mccarter.com

August 16, 2023

Hon. Claire C. Cecchi, U.S.D.J.
United States District Court for the District of New Jersey
Martin Luther King, Jr. Bldg. & U.S. Courthouse
Courtroom MLK 5B
50 Walnut Street
Newark, New Jersey 07101

Re:   **Proton-Pump Inhibitor Products Liability Litigation (No. II)**
      **2:17-md-2789 (CCC) (LDW) (MDL 2789)**

Dear Judge Cecchi:

Pursuant to the Court's August 1, 2023 Order directing the parties to submit, by August 16, 2023, a joint letter listing all relevant briefing/submissions pertaining to Defendants' Motion for Summary Judgment on preemption grounds, Defendant's Motion for Summary Judgment on statute of limitations grounds in Rieder, PSC's Daubert Motion to Exclude Dr. Palase, PSC's Daubert Motion to Exclude Dr. Leonard-Segal, and PSC's Motion to Disqualify Dr. Leonard-Segal, attached please find the following:

1. Index regarding Defendants' Motion for Summary Judgment on preemption grounds attached hereto as Exhibit A;

2. Index regarding Defendants' Motion for Summary Judgment on statute of limitations grounds in Rieder, attached hereto as Exhibit B;

3. Index regarding PSC's Daubert Motion to Exclude Dr. Palese attached hereto as Exhibit C;

4. Index regarding PSC's Daubert Motion to Exclude Dr. Leonard-Segal attached hereto as Exhibit D;

5. Index regarding PSC's Motion to Disqualify Dr. Leonard-Segal attached hereto as Exhibit E.

In response to the Order's requirement that the parties submit a joint letter concerning the status of a proposed letter to the U.S. Food and Drug Administration as to Dr. Leonard-Segal's ability to appear before the Court in this matter, the parties advise that following the Court's June 22nd hearing, the parties had a telephonic meet and confer on July 3rd concerning a letter to the FDA regarding Dr. Leonard-Segal and agreed to evaluate a draft letter. The PSC sent a draft letter

to Takeda's counsel on August 8, 2023. Takeda responded on August 15, 2023. The PSC sent a
further revised version on August 16, 2023, which Takeda is currently reviewing.

Respectfully submitted,

**MCCARTER & ENGLISH, LLP**
 */s/ Gregory J. Hindy*
Gregory J. Hindy
Four Gateway Center, 100 Mulberry Street
Newark, New Jersey 07101-0652
(973) 622-4444
ghindy@mccarter.com

James J. Freebery
Makenzie Windfelder
405 N. King Street, 8th Floor
Wilmington, DE 19801
jfreebery@mccarter.com
mwindfelder@mccarter.com

Amy K. Fisher
Katherine D. Althoff
Kimberly C. Metzger
880 West Monon Green Blvd., Suite 101
Camel, Indiana 46032
afisher@mccarter.com
kalthoff@mccarter.com
kmetzger@mccarter.com

John A. Camp
2525 Ponce de Leon Boulevard, Suite 300
Coral Gables, Florida 33134
 jcamp@mccarter.com

*Attorneys for Defendants AstraZeneca*
*Pharmaceuticals LP, AstraZeneca LP and*
*Merck Sharp & Dohme Corporation*

**ARNOLD & PORTER KAYE SCHOLER LLP**
*/s/ Arthur E. Brown*
Arthur E. Brown
250 W. 55th Street,
New York, NY 10019-9710
Arthur.Brown@arnoldporter.com

*Attorney for AstraZeneca Pharmaceuticals*
*LP and AstraZeneca LP*

**VENABLE LLP**
/s/ *Jason C. Rose*
Craig A. Thompson
Jason C. Rose
750 East Pratt Street, Suite 900
Baltimore, Maryland 21202
Tel: (410) 244-7400
Fax: (410) 244-7742
cathompson@venable.com
jcrose@venable.com

*Attorneys for the Takeda and Abbott Defendants*

**TUCKER ELLIS LLP**
/s/ *Sherry Knutson*
James Mizgala
Sherry Knutson
Andrea Przybysz
233 South Wacker Drive
Suite 6950
Chicago, Illinois 60606-9997
(312) 624-6300
(312) 624-6309
sherry.knutson@tuckerellis.com
james.mizgala@tuckerellis.com
andrea.przybysz@tuckerellis.com

*Attorneys for the Takeda and Abbott Defendants*

**LAMINACK, PIRTILE & MARTINES, LLP**
/s/ *Buffy Martines*
Buffy K. Martines
5020 Montrose Boulevard, 9th Floor
Houston, TX 77006-6533
(713) 292-2750
(713) 292-2755 (fax)
buffym@lpm-triallaw.com

**SEEGER Weiss LLP**
/s/ *Jeffrey S. Grand*
Jeffrey S. Grand
55 Challenger Road
6th Floor
Ridgefield Park, NJ 07660

3

973-639-9100
973-639-9393 (fax)
jgrand@seegerweiss.com

***Attorneys for Plaintiffs' Steering Committee***

cc:   Ellen Reisman
      All counsel of record (via CM/ECF)

# Exhibit A

| Date | Title | Docket nos. |
|---|---|---|
| 10/7/2021 | MOTION for Summary Judgment on preemption grounds by Takeda Responses due by 10/18/2021 attaching # 1 Statement of undisputed facts, # 2 Brief, # 3 Certification of M. Anderson, #4-38 Exhibits A - EE, # 39 Text of Proposed Order | Bales 71 |
| 10/7/2021 | MOTION for Summary Judgment on Grounds that Plaintiffs' State Law Failure to Warn Claims are Preempted by AstraZeneca attaching # 1 Statement of Undisputed Material Facts, # 2 Brief, # 3 Certification of Gregory J. Hindy, #4-54 Exhibits A-VV, # 55 Text of Proposed Order, # 56 Certificate of Service | Bales 73[1] |
| 12/3/2021 | MOTION for Leave to File Excess Pages - PSC's Motion for Leave to File Excess Pages for its Brief Opposing Defendants' Motion for Summary Judgment on Failure-to-Warn Preemption attaching # 1 Text of Proposed Order | MDL 727 |
| 12/3/2021 | [PSC's] Response [Brief Opposing Defendants' Motions for Summary Judgement On Failure-to-Warn Preemption, Bales Dkt Nos. 69 and 71] attaching # 1 Plaintiffs' Response to AstraZeneca's Statement of Undisputed Material Facts in Support of its Motion for Summary Judgment on the Grounds that Plaintiffs' State Law Failure-to-Warn Claims are Preempted by Federal Law, # 2 Plaintiffs' Response to Takeda's Statement of Undisputed Material Facts in Support of its Motion for Summary Judgment on the Grounds that Plaintiffs' State Law Failure-to-Warn Claims are Preempted by Federal Law, # 3 Plaintiffs' Statement of Disputed Material Facts in Support of Their Opposition to Defendants' Motions for Summary Judgment on the Grounds that Plaintiffs' State Law Failure-to-Warn Claims are Preempted by Federal law, # 4 Certification of Paul J. Pennock in Opposition to Defendants' Motion for Summary Judgment on Failure-to-Warn Preemption | MDL 728 |
| 12/3/2021 | Exhibits 1-145 of PSC's Brief Opposing Defendants' Motions for Summary Judgment on Failure-to-Warn Preemption | MDL 729 |
| 12/3/2021 | Exhibits 146-245 of PSC's Brief Opposing Defendants' Motions for Summary Judgment on Failure-to-Warn Preemption | MDL 730 |
| 12/3/2021 | Exhibits 246-346 of PSC's Brief Opposing Defendants' Motions for Summary Judgment on Failure-to-Warn Preemption | MDL 731 |
| 12/13/2021 | RESPONSE to Motion filed by Takeda re 727 MOTION for Leave to File Excess Pages - PSC's Motion for Leave to File Excess Pages for its Brief Opposing Defendants' Motion for Summary Judgment on Failure-to-Warn Preemption | MDL 746 |

---

[1] AstraZeneca has identified only the docket numbers in the *Bales* case for ease of reference, but has filed identical preemption briefing on the dockets for each of the six bellwether cases.

| Date | Title | Docket nos. |
|------|-------|-------------|
| 1/28/2022 | REPLY to Response to Motion filed by Takeda re 71 MOTION for Summary Judgment on preemption grounds attaching #1 Statement Response to Plaintiff's' Statement of Disputed Material Facts, # 2 Certification of V. Lodato, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit v, # 6 Exhibit xi | Bales 100 |
| 1/28/2022 | Takeda REPLY to Response to Motion filed by Takeda re 71 MOTION for Summary Judgment on preemption grounds reply ISO Motion for PSJ on Preemption Grounds attaching #1-17 Exhibits i-xix | Bales 101 |
| 1/28/2022 | REPLY to Response to Motion filed by ASTRAZENECA LP, ASTRAZENECA PHARMACEUTICALS LP re 73 MOTION for Summary Judgment on Grounds that Plaintiffs' State Law Failure to Warn Claims are Preempted attaching # 1 Defendants' Response to Plaintiffs' Statement of Disputed Material Facts, # 2 Reply Certification of Gregory Hindy, # 3 Exhibit A | Bales 102 |
| 3/25/2022 | Letter from Defendants AstraZeneca and Takeda Pharmaceuticals, Joint Letter Regarding Motions for Summary Judgment on the Grounds that Plaintiffs' State Law Failure-to-Warn Claims are Preempted by Federal Law | MDL 774 Bales 106 |
| 5/31/2022 | BRIEF in Support filed by Takeda re 71 MOTION for Summary Judgment on preemption grounds [Proposed Findings of Fact and Conclusions of Law in Support of its Motion for Partial Summary Judgment on Preemption Grounds] attaching # 1 Brief in Support, # 2 Certification, # 3 Exhibit 5 | Bales 109 |
| 5/31/2022 | CERTIFICATION in Support filed by Takeda re 71 MOTION for Summary Judgment on preemption grounds attaching #1-5 Exhibits 1-4, 6 | Bales 110 |
| 5/31/2022 | BRIEF [filed by AstraZeneca] Supplemental in Further Support of Defendants' Motion for Summary Judgment on the Ground That Plaintiffs' State Law Failure-To-Warn Claims are Preempted by Federal Law attaching # 1 Findings of Fact & Conclusions of Law, # 2 Certification of Gregory Hindy, #3-8 Exhibits WW - BBB | Bales 111 |
| 5/31/2022 | BRIEF Plaintiff Steering Committee's Supplemental Brief on Preemption Motions | MDL 790 |
| 5/31/2022 | STATEMENT Plaintiff Steering Committee's Proposed Statement of Facts and Conclusions of Law by PLAINTIFFS' STEERING COMMITTEE | MDL 791 |
| 5/31/2022 | Certification of Jeff Grand on behalf of PLAINTIFFS' STEERING COMMITTEE Re 791 Statement and Exhibits 347-382 | MDL 792 |
| 6/8/2022 | RESPONSE re 791 Statement [AstraZeneca's Response to Plaintiff Steering Committee's Proposed Statement of Facts and Conclusions of Law] | MDL 802 |

| Date | Title | Docket nos. |
|------|-------|-------------|
| 6/8/2022 | RESPONSE re 791 Statement [AstraZeneca's Response to Plaintiff Steering Committee's Proposed Statement of Facts and Conclusions of Law] | MDL 803 |
| 6/8/2022 | STATEMENT Plaintiffs' Omnibus Response to the AstraZeneca and Takeda Defendants' Proposed Findings of Fact and Conclusions of Law by PLAINTIFFS' STEERING COMMITTEE attaching # 1 Certification of Jeffrey S. Grand | MDL 804 |
| 6/8/2022 | MOTION to Seal [MDL Dkt nos. 790, 791, 792] by PLAINTIFFS' STEERING COMMITTEE attaching # 1 Text of Proposed Order | MDL 805 |
| 6/8/2022 | RESPONSE [to the PSC's Proposed Statements of Fact] in Support filed by Takeda re 72 MOTION for Summary Judgment attaching # 1 Certification of S. Knutson | Bales 112 |
| 6/8/2022 | RESPONSE in Support filed by Takeda re 72 MOTION for Summary Judgment attaching # 1 Exhibit 7 | Bales 113 |
| 8/1/2022 | REPORT & RECOMMENDATION of Special Master Ellen Reisman Regarding Defendants' Summary Judgment Motions as to Preemption of Failure to Warn Claims. Signed by Special Master Ellen Reisman on 8/1/2022 attaching #1 Exhibit 1 (Oral Argument, Apr. 5, 2022), # 2 Proposed Order | Bales 124 |
| 9/12/2022 | OBJECTION to 124 Report and Recommendations of Special Master Ellen K. Reisman Regarding Defendants' Preemption Motions (Doc. 124) by Takeda attaching # 1 Certification of Andrea Glinka Przybysz, # 2 Exhibit A, # 3 Exhibit B | Bales 129 |
| 9/12/2022 | [AstraZeneca's] BRIEF In Support of Defendants' Objections to the Special Master's Report and Recommendation Regarding Defendants' Preemption Motion | Bales 130 |
| 9/21/2022 | BRIEF in Opposition to Defendants' Objections to the Special Masters Report and Recommendation Regarding Defendants' Preemption Motions | Bales 132 |
| 9/21/2022 | MOTION to Seal Brief Opposing Defendants' Objections to the Special Masters Report and Recommendation Regarding Defendants' Preemption Motions by All Plaintiffs attaching #1 Text of Proposed Order | Bales 133 |
| 9/22/2022 | Set Deadlines as to 133 MOTION to Seal Brief Opposing Defendants' Objections to the Special Masters Report and Recommendation Regarding Defendants' Preemption Motions. Motion set for 10/17/2022 before Judge Claire C. Cecchi. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court | NA |

| Date | Title | Docket nos. |
|------|-------|-------------|
| 10/4/2022 | MOTION for Leave to File Takeda Defendants' Reply by Takeda attaching # 1 Brief Reply in Support of Objections to Report & Recommendation Denying Motion for Partial Summary Judgment on Preemption Grounds, # 2 Text of Proposed Order | Bales 135 |
| 1/17/2023 | NOTICE by Takeda re 129 Objection to Report and Recommendations, Notice of Supplemental Authority [re *In re Zofran*] | Bales 172 |
| 1/17/2023 | NOTICE by ASTRAZENECA LP, ASTRAZENECA PHARMACEUTICALS LP re 130 Brief of Supplemental Authority [re In re Zofran] | Bales 173 |
| 2/2/2023 | MOTION for Leave to File a Supplemental Brief Opposing Defendants' Objections to the Special Master's Report and Recommendation Regarding Defendants' Preemption Motion by PLAINTIFFS' STEERING COMMITTEE attaching #1 Text of Proposed Order | MDL 903 |
| 2/2/2023 | Exhibit to 903 Motion for Leave to File, PSC's Supplemental Brief Opposing Defendants' Objections to the Special Master's Report and Recommendation Regarding Defendants' Preemption Motion by PLAINTIFFS' STEERING COMMITTEE | MDL 904 |
| 2/2/2023 | MOTION to Seal Supplemental Brief Opposing Defendants' Objections to the Special Master's Report and Recommendation Regarding Defendants' Preemption Motions by PLAINTIFFS' STEERING COMMITTEE and Attachment 1 Proposed Order | MDL 905 |
| 2/27/2023 | RESPONSE in Opposition filed by ASTRAZENECA LP, ASTRAZENECA PHARMACEUTICALS LP, MERCK SHARP & DOHME CORP. re 903 MOTION for Leave to File a Supplemental Brief Opposing Defendants' Objections to the Special Master's Report and Recommendation Regarding Defendants' Preemption Motion | MDL 911 |
| 4/18/2023 | ORDER GRANTING 135 Motion for Leave to File Reply In Support of Objections to Report & Recommendation Denying Motion for Partial Summary Judgment on Preemption Grounds | Bales 237 |
| 8/1/2023 | MDL TEXT ORDER - Oral argument on the following motions shall proceed accordingly: exp...and preemption (December 8, 2023, at 10:00 a.m.). By August 16, 2023, the parties shall submit a joint letter listing all relevant briefing/submissions, including corresponding docket numbers, pertaining to the aforementioned motions. Fourteen days prior to each argument, each side shall submit a letter no longer than three pages summarizing their positions as to that motion.... | MDL 944 |

# Exhibit B

| Date | Title | Docket nos. |
|---|---|---|
| 10/21/2021 | Letter from Gregory Hindy, Esq. Regarding Filing of Amended Brief, Statement of Undisputed Material Facts, and Certification of Gregory J. Hindy re 29 MOTION for Summary Judgment on Statute of Limitation Grounds. (HINDY, GREGORY) (Entered: 10/21/2021) | Rieder 43 |
| 10/21/2021 | AMENDED DOCUMENT by ASTRAZENECA LP, ASTRAZENECA PHARMACEUTICALS LP, MERCK & CO. INC.. Amendment to 29 MOTION for Summary Judgment on Statute of Limitation Grounds . Amended Memorandum of Law,. (Attachments: # 1 Amended Statement of Undisputed Material Facts, # 2 Amended Certification of GregoryJ. Hindy, Esq., # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Exhibit F, # 9 Certificate of Service)(HINDY, GREGORY) | Rieder 44 |
| 1/10/2022 | RESPONSE. (Attachments: # 1 Plaintiff's Supplemental Statement of Material Facts in Opposition to Defendants' Amended Motion for Summary Judgment as to Plaintiff James Rieder on Statute of Limitations Grounds, # 2 PSC's Response to Defendants' Amended Motion for Summary Judgment as to Plaintiff James Rieder on Statute of Limitations Grounds, # 3 Plaintiff James Rieder's Exhibit List and Certification of Stephanie O'Connor, # 4 Ex. 1, # 5 Ex. 2, # 6 Ex. 3, # 7 Ex. 4, # 8 Ex. 5, # 9 Ex. 6, # 10 Ex. 7, # 11 Ex. 8, # 12 Ex. 9, # 13 Ex. 10, # 14 Ex. 11, # 15 Ex. 12, # 16 Ex. 13, # 17 Ex. 14, # 18 Ex. 15, # 19 Ex. 16, # 20 Ex. 17)(SEEGER, CHRISTOPHER) | MDL 757 |
| 2/8/2022 | REPLY BRIEF to Opposition to Motion filed by ASTRAZENECA LP, ASTRAZENECA PHARMACEUTICALS LP, MERCK & CO. INC. re 29 MOTION for Summary Judgment on Statute of Limitation Grounds and re 44 Amended Motion for Summary Judgment on Statute of Limitations Grounds (Attachments: # 1 In Response to Plaintiff's Supplemental Statement of Material Facts, # 2 Reply Certification of Gregory Hindy, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C)(HINDY, GREGORY) | Rieder 53 |
| 2/15/2022 | MOTION for Leave to File Surreply in Opposition to Defendants' Amended Motion for Summary Judgment as to Plaintiff James Rieder on Statute of Limitation Grounds by PLAINTIFFS' STEERING COMMITTEE. (Attachments: # 1 PSC's Surreply to Defendants' Amended Motion for Summary Judgment as to Plaintiff James Rieder on Statute of Limitation Grounds, # 2 Text of Proposed Order)(SEEGER, CHRISTOPHER) (Entered: 02/15/2022) | MDL 762 |

| Date | Title | Docket nos. |
|------|-------|-------------|
| 2/18/2022 | Letter from Gregory Hindy in Opposition to re 762 MOTION for Leave to File Surreply in Opposition to Defendants' Amended Motion for Summary Judgment as to Plaintiff James Rieder on Statute of Limitation Grounds . (HINDY, GREGORY) (Entered: 02/18/2022) | MDL765 |
| 6/27/2022 | REPORT & RECOMMENDATION of Special Master Ellen Reisman Regarding Defendants' Motion For Summary Judgment on Statute of Limitations Grounds. Signed by Special Master Ellen Reisman on 6/27/2022. (Attachments: # 1 Exhibit 1 (Oral Argument, Apr. 5, 2022), # 2 Proposed Order) (jl, ) (Entered: 06/27/2022) | Rieder 119 |
| 7/25/2022 | BRIEF In Support of Objection to Report and Recommendation on Defendants Motion for Summary Judgment on Statute of Limitations Grounds Re: [ECF No. 44] [ECF No. 119] (Attachments: # 1 Text of Proposed Order)(HINDY, GREGORY) (Entered: 07/25/2022) | Rieder 156 |
| 8/8/2022 | RESPONSE re 156 Brief. (AUTRY, JOSH) (Entered: 08/08/2022)<br><br>Document Title:  PSC's RESPONSE TO DEFENDANTS' OBJECTION TO THE SPECIAL MASTER'S REPORT AND RECOMMENDATION ON THEIR MOTION FOR SUMMARY JUDGMENT ON STATUTE OF LIMITATIONS GROUNDS | Rieder 160 |
| 8/1/2023 | MDL TEXT ORDER - Oral argument on the following motions shall proceed accordingly: exp...and preemption (December 8, 2023, at 10:00 a.m.). By August 16, 2023, the parties shall submit a joint letter listing all relevant briefing/submissions, including corresponding docket numbers, pertaining to the aforementioned motions. Fourteen days prior to each argument, each side shall submit a letter no longer than three pages summarizing their positions as to that motion.... | MDL 944 |

# Exhibit C

ME1 16056449v.1

| Date | Title | Docket nos. |
|------|-------|-------------|
| 10/15/2021 | PSC's Notice of Plaintiffs' Omnibus Daubert Motion to Exclude Defense Experts (Attachments: # 1 Text of Proposed Order) | MDL 702 |
| 10/15/2021 | BRIEF in Support filed by [PSC] re … PSC's Notice of Plaintiffs' Omnibus Daubert Motion to Exclude Defense Experts (Attachments: #1-29 Exhibits 1-29) | MDL 703 |
| 12/10/2021 | RESPONSE in Opposition filed by ASTRAZENECA LP, ASTRAZENECA PHARMACEUTICALS LP, MERCK & CO. D/B/A MERCK SHARP & DOHME CORP., MERCK SHARP & DOHME CORP. re … PSC's Notice of Plaintiffs' Omnibus Daubert Motion to Exclude Defense Experts (Attachments: # 1 Certification of Gregory Hindy, # 2-26 Exhibits A-Y, # 27 Certificate of Service) | MDL 734 |
| 1/6/2022 | [PSC's] MOTION for Leave to File Excess Pages … for its Reply Brief in Support of Plaintiffs' Omnibus Daubert Motion to Exclude Certain Defense Experts (Attachments: # 1 Text of Proposed Order) | MDL 751 |
| 1/6/2022 | [PSC's] REPLY BRIEF to Opposition to Motion filed by [PSC] re … PSC's Notice of Plaintiffs' Omnibus Daubert Motion to Exclude Defense Experts – PSC's Reply Memorandum in Support of Plaintiffs' Omnibus Daubert Motion to Exclude Certain Defense Experts (Attachments: # 1-3 Exhibits R1-R3) | MDL 752 |
| 7/5/2022 | REPORT & RECOMMENDATION of Special Master Ellen K. Reisman regarding Daubert Motions | MDL 811 |
| 7/27/2022 | BRIEF In Support of Defendants' Objections to the Special Master's Report and Recommendations Regarding Daubert Motions [ECF No. 811] & [ECF No. 823] (Attachments: # 1 Certification of Gregory Hindy, # 2-7 Exhibits A-F) | MDL 824 |
| 8/10/2022 | [PSC's] RESPONSE re 824 Brief [Defendants' Objections to the Special Master's Report and Recommendations Regarding Daubert Motions] | MDL 830 |
| 8/10/2022 | [PSC's] MOTION to Seal the Briefs in Opposition to Defendants' Objections to the Special Master's Report & Recommendations regarding Daubert Motions (Attachments: # 1 Text of Proposed Order) | MDL 833 |
| 8/1/2023 | MDL TEXT ORDER - Oral argument on the following motions shall proceed accordingly: experts Palese and Leonard-Segal (October 20, 2023, at 10:00 a.m.).... By August 16, 2023, the parties shall submit a joint letter listing all relevant briefing/submissions, including corresponding docket numbers, pertaining to the aforementioned motions. Fourteen days prior to | MDL 944 |

| Date | Title | Docket nos. |
|---|---|---|
| | each argument, each side shall submit a letter no longer than three pages summarizing their positions as to that motion.... | |

# Exhibit D

PSC's Motion to Exclude Leonard-Segal Pursuant to Daubert and Rule 702 Pleadings

| Date | Title | Docket nos. |
|------|-------|-------------|
| 10/15/2021 | [PSC's] MOTION in Limine Motion to Disqualify Takeda Defense Expert Dr. Andrea Leonard-Segal (Attachments: # 1 Text of Proposed Order) | MDL 702 |
| 10/15/2021 | BRIEF in Support filed by PLAINTIFFS' STEERING COMMITTEE re 702 MOTION in Limine -PSC's Notice of Plaintiffs' Omnibus Daubert Motion to Exclude Defense Experts (Attachments: # 1-29 Exhibits 1-29) | MDL 703 |
| 12/10/2021 | BRIEF [filed by Takeda] in opposition to Plaintiff's motion to exclude expert testimony of Dr. Andrea Leonard-Segal (Attachments: # 1 Certification of V. Lodato, # 2 Exhibit A) | Bales 88 |
| 1/6/2022 | [PSC's] REPLY BRIEF to Opposition to Motion filed by PLAINTIFFS' STEERING COMMITTEE re 702 MOTION in Limine -PSC's Notice of Plaintiffs' Omnibus Daubert Motion to Exclude Defense Experts – PSC's Reply Memorandum in Support of Plaintiffs' Motion to Exclude Dr. Andrea Leonard-Segal Pursuant to Daubert and Rule 702 | MDL 750 |

# Exhibit E

PSC's Motion to Disqualify Dr. Leonard-Segal

| Date | Title | Docket nos. |
|------|-------|-------------|
| 10/15/2021 | [PSC's] MOTION in Limine Motion to Disqualify Takeda Defense Expert Dr. Andrea Leonard-Segal by [PSC] | MDL 700 |
| 10/15/2021 | BRIEF in Support filed by [PSC] re 700 MOTION in Limine Motion to Disqualify Takeda Defense Expert Dr. Andrea Leonard-Segal (Attachments: # 1-33 Exhibits 1-33, #34 Proposed Order) | MDL 701 |
| 12/10/2021 | [Takeda's] BRIEF in Opposition to Plaintiff's Motion to Disqualify Takeda Regulatory Expert Dr. Andrea Leonard-Segal (Attachments: # 1 Certification of V. Lodato, # 2-3 Exhibits A-B). | Bales 89 |
| 1/06/2022 | REPLY BRIEF to Opposition to Motion filed by [PSC] re 700 MOTION in Limine Motion to Disqualify Takeda Defense Expert Dr. Andrea Leonard-Segal (Attachments: # 1 Certification of Stephanie O'Connor, # 2-18 Exhibits 34-50). | MDL 753 |
| 6/17/2022 | REPORT & RECOMMENDATION of Special Master Ellen Reisman Regarding Plaintiff Bales's Motion to Disqualify Dr. Andrea Leonard-Segal (Attachments: # 1 Oral Argument, Apr. 4, 2022, # 2 Proposed Order) | Bales 114 |
| 7/8/2022 | Defendants' Objections to the Report and Recommendation of Special Master Ellen Reisman re: filed by Takeda | Bales 117 |
| 7/22/2022 | [PSC'S] Brief in Opposition to Defendants' Objections to the Report and Recommendation of Special Master Ellen Reisman Regarding Plaintiff Bales' Motion to Disqualify Takeda Defense Expert Dr. Andrea Leonard-Segal (Attachments: # 1-6 Exhibits 1-6, # 7 Exhibit 18, # 8 Exhibit 49, # 9 Exhibit 50) | MDL 818 |