UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: PROTON-PUMP INHIBITOR PRODUCTS LIABILITY LITIGATION<br><br>This Document relates to:<br><br>*Rieder v. AstraZeneca Pharmaceuticals*<br>No. 2:19-cv-00850 | 2:17-MD-2789 (CCC)(LDW)<br>(MDL 2789)<br>and all member and related cases<br><br>Judge Claire C. Cecchi |

### CASE MANAGEMENT ORDER NO. 106
### (Amended Bellwether Trial Scheduling Order - Rieder)

In recognition of continuing pretrial proceedings, and in the interests of justice, the trial schedule is amended as follows:

1. **Trial Date.** The trial for *Rieder v. AstraZeneca Pharmaceuticals LP et al.*, No. 19-cv-850, previously scheduled to begin on October 10, 2023, is adjourned. A new trial date will be provided.

2. **Proposed Joint Pretrial Orders.** The August and September 2023 deadlines for provision and submission of a proposed Joint Pretrial Order are adjourned. The parties will meet and confer on new, appropriate deadlines after a new trial date is set.

3. **Schedule Regarding New Expert Report.** The following deadlines previously established by the Court for deposition of, and briefing on, Defendants'

new expert report served on July 17, 2023 are adjourned. The parties will meet and confer on new, appropriate deadlines after a new trial date is set, including:

- The deadline for deposition of new expert;
- The deadline for any *Daubert* motion regarding new expert;
- The deadline for opposition to *Daubert* motion regarding new expert; and
- The deadline for reply to opposition to *Daubert* motion regarding new expert.

4. The September 14, 2023 deposition of AstraZeneca witness Magnus Ysander is adjourned. After a new trial date is set by the Court, the parties will meet and confer on a new date and re-notice the deposition at the appropriate time.

**IT IS SO ORDERED**

SIGNED this 14th day of September 2023.

                                             s/ Claire C. Cecchi
                                             **CLAIRE C. CECCHI**
                                             **United States District Judge**