## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: PROTON-PUMP INHIBITOR PRODUCTS LIABILITY LITIGATION** | 2:17-MD-2789 (CCC)(LDW) (MDL 2789) and all member and related cases |
| | Judge Claire C. Cecchi |
| **This Document relates to:** | |
| *Angel Marie Lee, as Administrator of the Estate of David P. Foster, Deceased v. AstraZeneca Pharmaceuticals LP,* No. 2:17-cv-02475 | |

### CASE MANAGEMENT ORDER NO. 107
### (Amended Bellwether Trial Scheduling Order - Foster)

In recognition of continuing pretrial proceedings, and in the interests of justice, the trial schedule is amended as follows:

1. **Trial Date.** The trial for *Foster v. AstraZeneca Pharmaceuticals LP et al.*, No. 2:17-cv-02475, previously scheduled to begin on November 28, 2023, is adjourned. A new trial date will be provided.

2. **Proposed Jury Instructions, Jury Questionnaire, and/or Joint Pretrial Orders.** The following deadlines previously established by the Court are adjourned. The parties will meet and confer on new, appropriate deadlines for the following after a new trial date is set:

   a. Each parties' submission of proposed jury instructions, jury questionnaires, and verdict forms;

      b.      Plaintiff's submission to Defendants of a draft proposed Joint Pretrial Order; and

      c.      The parties' submission of a proposed Joint Pretrial Order to the Court.

**IT IS SO ORDERED**

SIGNED 14th day of September 2023.

       s/ Claire C. Cecchi
_____
**CLAIRE C. CECCHI**
**United States District Judge**