UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: PROTON-PUMP INHIBITOR PRODUCTS LIABILITY LITIGATION (NO. II) | 2:17-MD-2789 (CCC)(LDW) (MDL 2789) and all member and related cases<br><br>JUDGE CLAIRE C. CECCHI |
| This Document Relates to:<br><br>Bellwether and Wave One Cases | |

## CASE MANAGEMENT ORDER NO. 108
(Stay of AstraZeneca Case Deadlines)

The Court hereby stays any and all requirements and deadlines, including all expert-related deadlines imposed by any Case Management Order, involving Plaintiffs with use of an AstraZeneca product. As to cases involving Plaintiffs with use of another Defendant's product, the Court will provide further guidance through future Case Management Orders.

**SO ORDERED.**

CLAIRE C. CECCHI
United States District Judge

Dated: Newark, New Jersey
October 2, 2023