**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: PROTON PUMP INHIBITOR PRODUCTS LIABILITY LITIGATION**<br><br>**This document relates to:**<br>All Cases listed in Exhibit A | **2:17-MD-2789 (CCC) (MF) (MDL 2789)**<br>**And all member and related cases**<br><br>Judge Claire C. Cecchi |

**ORDER DISMISSING CASES AGAINST ASTRAZENECA and MERCK DEFENDANTS[1] WITH PREJUDICE FOR FAILURE TO COMPLY WITH CMO 135
(Non-Responsive Plaintiffs)**

On October 8, 2025, this Court issued CMO 126 [Dkt. 1083] directing counsel for each specified non-responsive plaintiff to, within ten (10) days of the date of the Order, either: (1) certify to this Court proof of their attempted contact with the listed plaintiff, including the date and method of communication for each such contact; or (2) if the plaintiff is located and responsive, immediately submit a fully executed and valid Release to the AstraZeneca Defendants via the Settlement Administrator. The Plaintiffs listed in Exhibit A, attached, have failed to make the necessary submissions or to show cause why their claims should not be dismissed. Accordingly, the cases identified in Exhibit A are hereby dismissed with prejudice.

IT IS SO ORDERED this __22__ day of ____October____, 2025.

_____
HONORABLE CLAIRE C. CECCHI, U.S.D.J

---

[1] AstraZeneca LP ("AZLP"), AstraZeneca Pharmaceuticals LP ("AZPLP"), and Merck & Co. Inc. d/b/a Merck, Sharp & Dohme Corporation ("Merck")(collectively, the "AstraZeneca Defendants")

**EXHIBIT A**

| | First Name | Last Name | Case No. | Plaintiff Counsel |
|---|---|---|---|---|
| 1 | Ruben | Castro | 2:19-cv-01384 | The Dugan Law Firm, APLC |
| 2 | Randy | Reynolds | 2:19-cv-02052 | Napoli Shkolnik PLLC |
| 3 | Pamela | Powers | 2:21-CV-00388 | Morgan & Morgan |
| 4 | Dan | Warren Jr. | 2:23-cv-01091 | Laminack, Pirtle & Martines |
| 5 | Kim | Bell | 2:18-cv-15397 | Hissey, Mulderig & Friend, PLLC |
| 6 | Marcella | Shell | 2:21-cv-10730 | Hissey, Mulderig & Friend, PLLC |