IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: PROTON PUMP INHIBITOR PRODUCTS LIABILITY LITIGATION**<br><br>**This document relates to:**<br>All Cases listed in Exhibit A | 2:17-MD-2789 (CCC) (MF)<br>(MDL 2789)<br>And all member and related cases<br><br>Judge Claire C. Cecchi |

CASE MANAGEMENT ORDER NO. 139
(Second Dismissals Without Prejudice Transition to Dismissals With Prejudice –
AstraZeneca and Merck Defendants)

The Court has been informed by Plaintiffs' Lead Counsel ("PLC") and counsel for AstraZeneca LP ("AZLP"), AstraZeneca Pharmaceuticals LP ("AZPLP"), and Merck & Co. Inc. d/b/a Merck, Sharp & Dohme Corporation ("Merck") (collectively, the "AZ Defendants") that the prior without prejudice dismissals of the individuals Plaintiffs identified on the attached Exhibit A should be converted to a dismissal with prejudice, pursuant to the Master Settlement Agreement provisions and the Plaintiff's failure to refile the underlying case after the dismissal without prejudice.

In order to avoid dismissal with prejudice, the Plaintiffs on the attached Exhibit A are hereby ordered within seven (7) days of the date of this order to: (1) produce to this Court proof of refiling into the MDL after the dismissal without prejudice; (2) produce to this Court the sufficient proof of use and proof of injury that was already submitted to and approved by the Settlement Administrator; and (3) submit a fully executed and valid Release to the AZ Defendants via the Settlement Administrator. Plaintiffs must file their responses to this Order on the Master Docket and may email any settlement proof or release materials to the "Info PPI" at info@ppisettlementprogram.com.

1

Fully compliant plaintiffs will be removed from Exhibit A, allowed to participate in the settlement – and not be dismissed under this Show Cause Order – as to the AZ Defendants.

Failure to comply with the terms of this Order in their entirety will result in conversion of the prior dismissal of these cases without prejudice to dismissals with prejudice. After the response deadline has expired, the PLC and counsel for the AZ Defendants will meet and confer on and submit to the Court for entry in conjunction with this Show Cause Order a final Order of Dismissal with Prejudice setting forth all Plaintiffs on Exhibit A whose dismissals will henceforth be with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs and fees.

DATED:  October 22, 2025

_____
The Honorable Claire C. Cecchi
United States District Court Judge
District of New Jersey

**EXHIBIT A**

|   | Case No. | Plaintiff Counsel | First Name | Last Name |
|---|---|---|---|---|
| 1 | 2:18-cv-02587 | Anapol Weiss | Dorothy | Harris |
| 2 | 2:18-cv-08341 | Schlichter Bogard & Denton | Darleen E. | Peoples |
| 3 | 2:18-cv-10520 | Davis & Crump, P.C. | Ruby Ann | Dobbins |
| 4 | 2:19-cv-12616 | Hart McLaughlin & Eldridge | Barbara | Gonzalez |
| 5 | 2:19-cv-13657 | The Law Office of L. Paul Mankin | Paula | Ford |
| 6 | 2:20-cv-02439 | Hollis, Wright, Clay & Vail, P.C. | Mary | Jones |
| 7 | 2:22-cv-00316 | Morgan & Morgan | Jane | Alessi-Hazelton |